**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | **Chapter 7 Case** |
| | ) | |
| **GTHC HOLDING CORP.,** | ) | **Case No.  16-36418** |
| | ) | |
| Debtor. | ) | **Hon. Jeff Bohm** |
| | ) | |
| | ) | |
| In re: | ) | **Chapter 7 Case** |
| | ) | |
| **GEOTRACE TECHNOLOGIES, INC.** | ) | **Case No. 16-36419** |
| | ) | |
| Debtor. | ) | |
| | ) | **Hon. Karen K. Brown** |
| | ) | |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING
THE DEBTORS' SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

**I.**

**INTRODUCTION AND
SUMMARY OF RELEVANT BACKGROUND**

GTHC Holding Corp. (**"GTHC"**) and GeoTrace Technologies, Inc. (**"GTI"** and collectively with GTHC, the **"Debtors"**), with the assistance of their respective counsel, have filed their Schedules of Assets and Liabilities (the **"Schedules"**) and Statements of Financial Affairs (the **"Statements"** and collectively with the Schedules, the **"Schedules and Statements"**) with the Bankruptcy Court for the Southern District of Texas, Houston Division (the **"Bankruptcy Court"**) in the above-captioned bankruptcy cases (the **"Bankruptcy Cases"** and each a **"Bankruptcy Case"**) in accordance with section 521 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the **"Bankruptcy Code"** or **"Code"**) and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**).

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules and Statements of Financial Affairs (the **"Global Notes"**) pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"). Nor are the Schedules and Statements intended to be fully reconciled with the financial statements of the Debtors.  Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report their assets and liabilities, taking into account the unique challenges posed by the Debtors' unplanned cessation of operations on October 27, 2016.[1]

John A. ("Tony") Downer has signed each of the Schedules and Statements.  As of October 23, 2016, Mr. Downer was a member of the Boards of Directors of each of the Debtors, along with William Schrom and Mark S. Rossi.  Mssrs. Schrom and Rossi resigned from the Boards of Directors on October 27, 2016 and October 24, 2016, respectively.  Mr. Schrom also resigned his post as Chief Executive Officer on October 27, 2016.  Mr. Downer was thereafter appointed Acting Chairman of the Debtors pursuant to a certain *Written Consent of the Board of Directors of GTHC Holdings Corp., a Delaware Corporation and GeoTrace Technologies, a Colorado Corporation*, dated November 1, 2016.  Since assuming the position of Acting Chairman, Mr. Downer has focused his efforts on effectuating an orderly liquidation.

To prepare these Schedules and Statements, the Debtors entered into a series of consulting agreements with former GeoTrace accounting and IT personnel wherein these former GeoTrace employees were paid nominal one-time fees in exchange for their assistance with collecting and interpreting the accounting information required to complete the Schedules and Statements.  Of particular note, Mr. Downer enlisted the assistance of Deborah Walker, the Debtors' former Vice President of Accounting. Even so, these Schedules and Statements are based on the best available information given the company's unexpected cessation of operations.

In connection with the filing of the Debtors' Chapter 7 bankruptcy petitions, Mr. Downer has resigned as the remaining Director of the Debtors and as Acting Chairman.  By operation of that certain *Written Consent of the Board of Directors of GTHC Holdings Corp., a Delaware Corporation and GeoTrace Technologies, Inc., a Colorado Corporation*, dated December 16, 2016 (the "12/16/2016 Written Consent"), Mr. Downer shall continue to have the authority (and only such authority) to execute, amend and (as applicable) cause to be filed with the Bankruptcy Court the Schedules and Statements until the earlier of (i) the conclusion of the meeting of creditors as required by 11 U.S.C. § 341 (the "341 Meeting") or (ii) upon Mr. Downer providing written notice of relinquishment of such authority to Allison D. Byman as the duly-appointed Chapter 7 Trustee in these Bankruptcy Cases and Joseph E. Bain as counsel to the Debtors.[2]  The 12/16/2016 Written Consent further authorizes Mr. Downer and Deborah Walker to attend the 341 Meeting on behalf of the Debtors.

---

[1] On or about October 20, 2016, the Debtors learned of an unexpected interruption of an intercompany transfer from GeoTrace Technologies Limited ("**GeoTrace UK**"), a Scottish limited liability company and direct subsidiary of GTI. Absent the intercompany transfer from GeoTrace UK, the Debtors were unable to make October payroll and thus terminated all of its employees on October 27, 2016.

[2] A copy of the 12/16/2016 Written Consent was filed with the Chapter 7 bankruptcy petitions filed by each of the Debtors.

**II.**
**GLOBAL NOTES AND OVERVIEW OF METHODOLOGY**

1.      **Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description(s) and/or designation(s); dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of liability by the Debtors.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statement.

2.      **Description of Case and "As Of" Effective Date**.  On December 16, 2016 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under Chapter 7 of the Bankruptcy Code in the Bankruptcy Court.

        Allison D. Byman was duly-appointed the Chapter 7 Trustee (in such capacity, the "**Trustee**") in each of the Debtors' Bankruptcy Cases.

        Given the Debtors' unexpected cessation of operations and the termination of all of Debtors' employees on October 27, 2016, the Debtors were not able to process and close the October 2016 accounting data.  As such, the information provided in these Schedules and Statements, except as otherwise noted, is accurate as of **September 30, 2016** (the "**Effective Date**"), the last date of the Debtors' last full accounting month.

        The Debtors have taken every effort to provide updated financial information in these Schedules and Statements regarding developments that have occurred since the Effective Date until the Petition Date.  However, the Debtors' lack of resources and the sudden cessation of the Debtors' business operations prevent the Debtors from providing comprehensive financial information after the Effective Date.

3.      **Net Book Value of Assets.**  At present, the Debtors lack the resources to obtain current market valuation for their assets.  Moreover, it would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets.  Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book value as of the Effective Date.  Additionally, because the book values of assets such as stock, patents, trademarks, and copyrights may materially differ from their fair market values, they are listed as unknown amounts as of the Effective and Petition Date.

**4.**     **Recharacterization.**   Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, and/or omitted certain items due to the complexity and size of the Debtors' business.  Accordingly, the Debtors' reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available.

**5.**     **Summary of Significant Reporting Policies.**   The following is a summary of significant reporting policies:

   a.   <u>Undetermined Amounts</u>.   The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

   b.   <u>Totals</u>.  All totals that are included in the Schedules and Statements represent totals of all known amounts.   In other words, unknown or undermined amounts are disregarded for purposes of calculating any totals.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

   c.   <u>Liens</u>.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

**6.**     **Currency.**  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**7**.     **Page Numbers.**  References to page numbers within the Schedules and Statements do not include any supporting schedules attached to the particular Schedule or Statement.

**8.**     **Limited Access to Information Concerning the Debtors' Tax Liabilities.**  As of the filing of these Schedules and Statements, the Debtors lack detailed information concerning their tax liabilities due to the Debtors' unplanned cessation of operations on October 27, 2016.  As such, the information contained within the Schedules and Statements pertaining to the Debtors' tax liabilities may be incomplete.

**9.**     **Confidentiality.**  Addresses of current and former employees, including but not limited to directors, of the Debtors are generally not included in the Schedules and Statements.  In addition, no social security numbers of any of the Debtors employees are included in the Schedules and Statements.   The Debtors shall provide this information to the Trustee if requested.[3]

**10.**    **Global Notes Control**.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

---

[3] This information may also be shared with Oak Investment Partners in an effort to potentially resolve certain employee-related claims.

### III.
### SPECIFIC DISCLOSURES WITH RESPECT TO THE SCHEDULES OF
### GTHC HOLDING CORP. ("GTHC")

**Schedule A/B, Item 15**.  The value of GTHC's 100% equity interest in GeoTrace Technologies, Inc. is stated to be "Unknown".  As of the Effective Date, GTHC placed a book value on this property of $23,256,305.91.  However, the Debtors believe that the market value of its shares in GTI is negligible based on the Debtors' prepetition efforts to market its assets.

**Schedule G.**  Please note that the Debtors entered into certain service agreements (collectively, the **"Consulting Agreements"**) on December 2, 2016 with (i) Deborah Walker, (ii) Patti Gentry, (iii) Way Mathews and (iv) Fred Goss (collectively the **"Consultants"**).  The Consultants are former employees of GTI, who previously served as the Debtors' core accounting staff and as IT staff in support of the accounting staff.  In exchange for nominal one-time, upfront payments, the Consultants agreed to provide consulting services to the Debtors for purposes of completing the Schedules and Statements and assisting the Debtors in satisfying the Debtors' obligations under the Bankruptcy Code and Bankruptcy Rules.  Because the Debtors have fully performed under the Consulting Agreements and have no further obligations, the Consulting Agreements are not "executory" and thus have not been included in Schedule G. E.g., Matter of Murexco Petroleum, Inc., 15 F.3d 60, 62 (5th Cir. 1994).

As of the filing of the Schedules and Statements, the Debtors understand that they entered into an agreement in 2016 with Duff & Phelps for the marketing of the Debtor's assets. However, the Debtors do not possess a copy of the contract nor do they possess any materials facts relating thereto.

### IV.
### SPECIFIC DISCLOSURES WITH RESPECT TO THE STATEMENT OF
### GTHC HOLDING CORP. ("GTHC")

**Item 11.**  As was disclosed in the *Disclosure of Compensation of Attorneys for GTHC Holding Corp. and GeoTrace Technologies, Inc. Pursuant to 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016*, filed as Dkt. No. 2 in GTHC's Bankruptcy Case (the **"2016 Disclosure"**), the law firm of Edison, McDowell & Hetherington LLP (**"EMH"**) received payments of $135,000 for legal services and advice pertaining to the filing of these Bankruptcy Cases.[4]  Such legal services and advice are further described in the 2016 Disclosure.[5]  Such payments were conveyed to EMH by wire from GTI's operating account.

**Item 13.**  Due to the Debtors' unexpected cessation of operations, the Debtors had no employees to prepare the Schedules and Statements.  In order to comply with its obligations under the

---

[4] The 2016 Disclosure was also filed in GTI's Bankruptcy Case as Dkt. No. 2.

[5] As applicable, the 2016 Disclosure is incorporated by reference herein as if the 2016 Disclosure were set forth in its entirety.

Bankruptcy Code and make the necessary disclosures, the Debtors entered into consulting agreements with former employees (as previously defined, the **"Consultants"**) of GTI in order to prepare the necessary Schedules and Statements. In consideration for their services to the Debtors, GTI paid each Consultant a one-time, upfront fee as described in <u>Schedule 13</u>.

**Item 28.** The "% of interest, if any" of GTHC stated in Item 28 are as of December 31, 2015. The percentage of interest of Oak Investment Partners and its affiliates (collectively, **"Oak"**) accounts for Oak's interests in common shares, series A preferred shares, and Series B preferred shares on a fully-diluted basis. Based on the Debtors' knowledge, no material changes have occurred since December 31, 2015.

**Item 29.** The information contained in Item 29 is based on the best-available information possessed by the Debtors as of the filing of the Schedules and Statements. Also, the Debtors' have been unable to identify when Jerry Dees joined the Board of Directors of GTHC. However, the minutes from the Board of Directors meetings of GTHC reveal that Mr. Dees first appeared as a director of GTHC in February 2005.

## V.
### Specific Disclosures With Respect to the Schedules of GeoTrace Technologies Inc. ("GTI")

**Schedule A/B, Items 1-5 (Part 1).** As noted thereon, all balances for Cash and Cash Equivalents stated in Schedule A/B, Part 1 are the balances as of the Petition Date (of December 16, 2016).

**Schedule A/B, Item 3.** To supplement its responses, GTI provides (i) <u>Schedule 3(a)</u> which further describes GTI's cash account balances as of the Petition Date (of December 16, 2016) and (ii) <u>Schedule 3(b)</u> which further describes GTI's cash account balances as of the Effective Date (of September 30, 2016).

**Schedule A/B, Part 11.** To supplement its responses, GTI provides <u>Schedule 11</u>, a historical aging of its accounts receivable.

**Schedule A/B, Part 15.** To supplement its responses, GTI provides <u>Schedule 15</u>, a schedule of GTI's subsidiaries.

**Schedule A/B, Items 39-41 (Office Furniture, Fixtures, and Equipment).** To supplement its responses, GTI provides <u>Schedule 39</u>, <u>Schedule 40</u> and <u>Schedule 41</u>, which are detailed schedules of the Debtor's office furniture, office fixtures, and office equipment, respectively. The items referenced in these schedules are based on Debtors' physical inventory of items in May 2016, and do not necessarily reflect the exact inventory as of the Effective Date.

**Schedule A/B, Item 44.** To supplement its response, GTI provides a copy of its depreciation schedule as <u>Schedule 44</u>.

**Schedule A/B, Item 55.**  GTI leases space at the following properties: (i) 12141 Wickchester Drive, Suite 200 and 300, Houston, Texas 77079 (the **"Wickchester Property"**); (ii) 5959 Corporate Drive, Houston, Texas 77036 (the **"Corporate Drive Property"**); and (iii) 2435 North Central Expressway, Richardson, Texas 75080 (the **"Richardson Property"**). The landlords for each of these properties have locked GTI out of the leased spaces.  As of the Effective Date, (a) $169,368.39 was owed on account of the Wickchester Property; (b) $95,055.31 was owed on account of the Corporate Drive Property; and (c) $79,190.01 was owed on account of the Richardson Property.

**Schedule A/B, Item 60.** As of the filing of these Schedules and Statements, GTI lacks a detailed accounting of its patents, copyrights, trade marks and trade secrets.  Even so, GTI provides (i) Schedule 60(a), a chart describing the status of GTI's intellectual property as of September 19, 2013, and Schedule 60(b), a trademark report dated as of July 25, 2014.  Schedules 60(a) and 60(b) are the most recent documentation that the Debtors have been able to locate for purposes of responding to Schedule A/B, Item 60.

**Schedule A/B, Items 64 and 68.**  To supplement its response, GTI provides Schedule 64(a) and 64(b), which are schedules of GTI's capitalized software as of the Effective Date and purchase intangibles as of the Effective Date, respectively.

**Schedule A/B, Item 69.**  GTI's goodwill was analyzed by Adams Capital, Inc. on June 30, 2014. This was the most recent valuation of GTI's goodwill. The Debtors have been unable to locate a recent professional valuation of the other items listed in Part 10 of Schedule A/B.

**Schedule A/B, Item 71.** To supplement its response, GTI provides a further description of its notes receivable as Schedule 71.

**Schedule E/F, Items 2.1-2.49 (Former Employee Claims).**  The priority and nonpriority claims stated in Items 2.1-2.49 are composed of (i) accrued but unpaid payroll for October 2016; (ii) accrued but unpaid commissions for September 2016; and (iii) accrued but unpaid vacation through October 2016.  The amounts stated as priority claims are based on the limitations contained within Bankruptcy Code § 507(a)(4), including an inflation-adjusted maximum priority claim of $12,850.  In addition, accrued but unpaid vacation is subject to priority treatment under Bankruptcy Code § 507(a)(4) only to the extent that such vacation pay was earned no earlier than 180 days before October 27, 2016, the date that the Debtors' ceased operating (or April 30, 2016).  Finally, as stated above, addresses of current and former employees—including but not limited to directors—of the Debtors are generally not included in the Schedules and Statements.  To supplement its responses, GTI further submits a Schedule of Former Employee Claims.

**Schedule E/F, Item 2.50.**  The estimated tax liability to the Texas Comptroller of Public Accounts is $19,919.14 for 2016 franchise taxes and $416.53 for 2016 sales and use taxes.

**Scheduled E/F, Item 2.51.**  The estimated tax liability to the Delaware Secretary of State is $13,811.17.

**Schedule G.**  In addition to the executory contracts and unexpired leases disclosed in Schedule G, the Debtors also disclose that they entered into certain service agreements (collectively and as previously defined, the **"Consulting Agreements"**) on December 2, 2016 with (i) Deborah Walker, (ii) Patti Gentry, (iii) Way Mathews and (iv) Fred Goss (collectively and as previously defined, the **"Consultants"**).  The Consultants are former employees of GTI, who previously served as the Debtors' core accounting staff and as IT staff in support of the accounting staff.  In exchange for nominal one-time, upfront payments, the Consultants agreed to provide consulting services to the Debtors for purposes of completing the Schedules and Statements and assisting the Debtors in satisfying the Debtors' obligations under the Bankruptcy Code and Bankruptcy Rules.  Because the Debtors have fully performed under the Consulting Agreements and have no further obligations, the Consulting Agreements are not "executory" and thus have not been included in Schedule G. E.g., Matter of Murexco Petroleum, Inc., 15 F.3d 60, 62 (5th Cir. 1994).

As of the filing of the Schedules and Statements, the Debtors understand that they entered into an agreement in 2016 with Duff & Phelps for the marketing of the Debtor's assets. However, the Debtors do not possess a copy of the contract nor do they possess any materials facts relating thereto.

**VI.**
**SPECIFIC DISCLOSURES WITH RESPECT TO THE STATEMENT OF
GEOTRACE TECHNOLOGIES INC. ("GTI")**

**Item 11.**  As was disclosed in the *Disclosure of Compensation of Attorneys for GTHC Holding Corp. and GeoTrace Technologies, Inc. Pursuant to 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016*, filed as Dkt. No. 2 in the GTI's Bankruptcy Case (as previously defined, the **"2016 Disclosure"**), the law firm of Edison, McDowell & Hetherington LLP (**"EMH"**) received payments of $135,000 for legal services and advice pertaining to the filing of these Bankruptcy Cases.[6]  Such legal services and advice are further described in the 2016 Disclosure.[7]  Such payments were conveyed to EMH by wire from GTI's operating account.

**Item 13.**  Due to the Debtors' unexpected cessation of operations, the Debtors had no employees to prepare the Schedules and Statements.  In order to comply with its obligations under the Bankruptcy Code and make the necessary disclosures, the Debtors entered into consulting agreements with former employees (as previously defined, the **"Consultants"**) of GTI in order to prepare the necessary Schedules and Statements. In consideration for their services to the Debtors, GTI paid each Consultant a one-time, upfront fee as described in Schedule 13.

---

[6] The 2016 Disclosure was also filed in GTHC's Bankruptcy Case as Dkt. No. 2.

[7] As applicable, the 2016 Disclosure is incorporated by reference herein as if the 2016 Disclosure were set forth in its entirety.

**Item 25.** Debtor has attached Schedule 25 reflecting all reasonably available information concerning Debtor's interests, if any, in other businesses or entities. Debtor believes additional relevant information may be located in the 3rd floor file room of the Wickchester Property, but Debtor does not currently have access to the premises.

**Item 21.** Upon information and belief, the Debtors currently have possession of certain property belonging to the Debtors' former clients. Such property includes seismic data that GTI had agreed to process.

**Item 29.** The information contained in Item 29 is based on the best-available information possessed by the Debtors as of the filing of the Schedules and Statements. In addition, the Debtors have been unable to confirm whether Jerry Dees was a member of GTI's Board of Directors.

**Fill in this information to identify the case:**

Debtor name  GEOTRACE TECHNOLOGIES, INC.

United States Bankruptcy Court for the: SOUTHERN _____ District of TEXAS
(State)

Case number (If known): 16-36419

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:**   **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................... $ UNKNOWN

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................. $ 1,418,574.34

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................... $ 1,418,574.34

---

**Part 2:**   **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................ $ 9,776,226.41

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................... $ 727,287.86

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................... + $ 1,230,782.87

4. **Total liabilities**...........................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                  $ 11,734,297.14

**Fill in this information to identify the case:**

Debtor name  GEOTRACE TECHNOLOGIES, INC.

United States Bankruptcy Court for the: Southern                District of  Texas
                                                                        (State)

Case number (If known):   16-36419

☐ Check if this is an
  amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**   \*\*\*Note: All amounts stated in Part 1 are as of Petition Date \*\*\*

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                               $ 480.53

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. See Schedule 3(a) (Cash Balances as of Petition Date) | | | $ 8,643.66 |
   | 3.2. See also Schedule 3(b) (Cash Balances as of Effective Date) | | | $ |

4. **Other cash equivalents** *(Identify all)*

   | 4.1. | $ |
   |---|---|
   | 4.2. | $ |

5. **Total of Part 1**                                                                            $ 9,124.19

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | 7.1. See Schedule 7(a) (Deposits as of Effective Date) | $ 22,249.50 |
   |---|---|
   | 7.2. See also Schedule 7(b) (Credit Balances from Vendors) | $ 107.14 |

| Debtor | GEOTRACE TECHNOLOGIES, INC. | Case number *(if known)* | 16-36419 |
|---|---|---|---|
| | Name | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | | |
|---|---|---|---|
| 8.1. | See Schedule 8(a) (Loan Origination Fees); Schedule 8(b) (Unbilled Revenue); Schedule 8(c) (Prepaid Expenses) | $ | 594,117.39 |
| 8.2. | Net All Other Prepaids | $ | 148,200.15 |

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 764,674.18

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| 11a. 90 days old or less: | 393,330.95 | – | -0- | = ....➔ | $ | 393,330.95 |
|---|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | | |
| 11b. Over 90 days old: | 453,209.00 | – | 314,209.00 | = ....➔ | $ | 139,000.00 |
| | face amount | | doubtful or uncollectible accounts | | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 532,330.95

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. _____ | _____ | $ _____ |
|---|---|---|
| 14.2. _____ | _____ | $ _____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

| 15.1. GTI Subsidiaries Listed On Schedule 15 | _____ % | N/A | $ UNKNOWN |
|---|---|---|---|
| 15.2. _____ | _____ % | _____ | $ _____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1. _____ | _____ | $ _____ |
|---|---|---|
| 16.2. _____ | _____ | $ _____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ UNKNOWN

Debtor _____GEOTRACE TECHNOLOGIES, INC._____     Case number (if known)___16-36419_____
        Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

---

Debtor    GEOTRACE TECHNOLOGIES, INC.
_____
          Name

Case number (if known)  16-36419
_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> See Schedule 39 (Office Furniture as of Effective Date) | $  9,649.26 | N/A | $  UNKNOWN |
| 40. **Office fixtures** <br> See Schedule 40 (Office Fixtures as of Effective Date) | $  23,919.53 | N/A | $  UNKNOWN |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> See Schedule 41 (Office Equipment as of Effective Date) | $  24,904.66 | N/A | $  UNKNOWN |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$  UNKNOWN

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    GEOTRACE TECHNOLOGIES, INC.                                    Case number *(if known)*  16-36419
          _____
          Name

---

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $ _____ | _____ | $ _____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                              $ _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

Debtor  GEOTRACE TECHNOLOGIES, INC.
_____
Name

Case number (if known) 16-36419
_____

---

| **Part 9:** | **Real property** |

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 12141 Wickchester Lane, Houston, TX | Lease | $ -0- | N/A | $ UNKNOWN |
| 55.2 5959 Corporate Drive, Houston, TX | Lease | $ -0- | N/A | $ UNKNOWN |
| 55.3 2435 N. Cent. Exwy., Richardson, TX | Lease | $ -0- | N/A | $ UNKNOWN |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ UNKNOWN

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See Schedules 60(a) and 60(b) | $ UNKNOWN | N/A | $ UNKNOWN |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property**<br>See Schedule 64(a) (Capitalized Software); Schedule 64(b) (Purchased Intangibles) | $ 3,426,903.33 | N/A | $ UNKNOWN |
| 65. **Goodwill** | $ 25,520,145.14 | N/A | $ UNKNOWN |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ UNKNOWN

Debtor    GEOTRACE TECHNOLOGIES, INC.
          _____          Case number *(if known)* 16-36419
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

   ☒ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☐ No
   ☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☒ No
   ☐ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

   Description (include name of obligor)
   See Schedule 71 (Notes Receivable as of Effective Date)    191,076.00   –   191,076.00   = ➜   $_____-0-
                                                              Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)
   Federal Deferred Tax Asset _____    Tax year 2014    $    112,445.02
   _____    Tax year _____    $_____
   _____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

   _____    $_____-0-

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____    $_____-0-

   Nature of claim    _____
   Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____    $_____-0-

   Nature of claim    _____
   Amount requested    $_____

76. **Trusts, equitable or future interests in property**

   _____    $_____-0-

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   _____    $_____-0-
   _____    $_____

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.    $    112,445.02

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

Debtor GEOTRACE TECHNOLOGIES, INC.

Name

Case number (*if known*)  16-36419

---

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 9,124.19 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 764,674.18 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 532,330.95 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ UNKNOWN | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ N/A | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ N/A | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ UNKNOWN | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ N/A | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................... ➔ | | $ UNKNOWN |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ UNKNOWN | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 112,445.02 | |
| 91. **Total.** Add lines 80 through 90 for each column............................91a. | $ 1,418,574.34 | + 91b. $ UNKNOWN |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ........................................   $ 1,418,574.34

**Geotrace Technologies, Inc.**
**Bank Accounts**

| Bank | Account Name | Account No. | Signatories | 12/16/2016 G/L BALANCE |
|------|-------------|-------------|-------------|------------------------|
| **SILICON VALLEY BANK** **3003 Tasman Drive** **Santa Clara, CA 95054** | **Geotrace Technologies, Inc. - OPERATING ACCT.** | **3300767836** | William Schrom Deborah Walker | $ 8,330.00 |
| | **Geotrace Technologies, Inc. - CONTROLLED DISBURSEMENT ACCT** | **902-2644** | William Schrom Deborah Walker | $ - |
| | **Geotrace Technologies, Inc. - PAYROLL ACCT.** | **3300767840** | William Schrom Deborah Walker | $ - |
| | **Geotrace Technologies, Inc. - PETTY CASH  ACCOUNT** | **3300767874** | William Schrom Deborah Walker Aaron Adams | $ 313.66 |
| | **Geotrace Technologies, Inc. - HEALTH CARE  ACCOUNT** | **3300767855** | William Schrom Deborah Walker | $ - |
| **SILICON VALLEY BANK** **Dept 2594** **P.O. BOX 122594** **DALLAS, TX 75312-2594** | **Geotrace Technologies, Inc. - LOCKBOX** | **892594** | n/a | |
| | | | | $ 8,643.66 |

Schedule 3(b)
Cash Balances as of Effective Date of September 30, 2016

**Geotrace Technologies, Inc.**
**Bank Accounts**

| Bank | Account Name | Account No. | Signatories | 9/30/2016 G/L BALANCE |
|------|--------------|-------------|-------------|------------------------|
| **SILICON VALLEY BANK** **3003 Tasman Drive** **Santa Clara, CA 95054** | **Geotrace Technologies, Inc. - OPERATING ACCT.** | **3300767836** | William Schrom Deborah Walker | $ 124,976.27 |
| | **Geotrace Technologies, Inc. - CONTROLLED DISBURSEMENT ACCT** | **902-2644** | William Schrom Deborah Walker | $ (74,064.76) |
| | **Geotrace Technologies, Inc. - PAYROLL ACCT.** | **3300767840** | William Schrom Deborah Walker | $ (33,431.35) |
| | **Geotrace Technologies, Inc. - PETTY CASH ACCOUNT** | **3300767874** | William Schrom Deborah Walker Aaron Adams | $ 313.66 |
| | **Geotrace Technologies, Inc. - HEALTH CARE ACCOUNT** | **3300767855** | William Schrom Deborah Walker | $ - |
| **SILICON VALLEY BANK** **Dept 2594** **P.O. BOX 122594** **DALLAS, TX 75312-2594** | **Geotrace Technologies, Inc. - LOCKBOX** | **892594** | n/a | $ 17,793.82 |

GeoTrace Technologies, Inc.                    Schedule 7(a)
Case No. 16-36419                    Deposits as of September 30, 2016

BALANCE SHEET RECONCILIATION                                **Sep-16**
ACCOUNT   1501-000 - DEPOSITS

| *DATE* | *DESCRIPTION* | *AMOUNT* |
|--------|---------------|----------|
| 12/99 | NFL - Houston seat license - 3 of 3 pmts | 15,600.00 |
| 11/03 | Wired Zone Property - Security | 6,091.50 |
| 12/04 | Remarq Property Management--5500 N. Western Ste. 110 | 558.00 |
| | **Balance as of 9-30-16** | **22,249.50** |

Schedule 7(b) - Credit Balances from Vendors

| Vendor | Address | Account Number (Last 4 Digits) | Credit Balance |
|---|---|---|---|
| American Express | P.O. Box 360001, Ft. Lauderdale, FL 33336-0001 | 1004 | 106.71 |
| Texas State Treasurer | 1001 Preston, Rm 653, Houston, TX 77002 | 4003 | 0.43 |
| | | **Total** | **107.14** |

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule 8(a)
Loan Origination Fees as of Effective Date of September 30, 2016

**Loan Origination Fees Rollforward**
**CY 16**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SVB | $ 202,091.40 | 10/13-10/18 | | | | | | | | | | | | |
| - (5 yr. amort.) | | | | | | | | | | | | | | |

| | 12/31/15 BALANCE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Acct. No. 1445-000** | | | | | | | | | | | | | | |
| SVB | 39,450.17 | 39,034.67 | 38,708.17 | 38,289.31 | 37,887.22 | 37,469.90 | 37,064.22 | 36,648.72 | 36,231.34 | 35,825.60 | 35,825.60 | 35,825.60 | 35,825.60 | |
| - Additions/(Amortization) | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - Reclass from L/T | | (415.50) | (326.50) | (418.86) | (402.09) | (417.32) | (405.68) | (415.50) | (417.38) | (405.74) | - | - | - | |
| - Additions/(Amortization) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - |
| - Reclass from L/T | | - | - | - | - | - | - | - | - | - | - | - | - | |
| **Loan Origination Fees - Current** | 39,450.17 | 39,034.67 | 38,708.17 | 38,289.31 | 37,887.22 | 37,469.90 | 37,064.22 | 36,648.72 | 36,231.34 | 35,825.60 | 35,825.60 | 35,825.60 | 35,825.60 | |
| | | | | | | | | | | | | | | |
| **Acct. No. 1505-000** | | | | | | | | | | | | | | |
| SVB | 57,691.76 | 54,636.66 | 51,675.50 | 48,606.74 | 45,702.42 | 42,744.84 | 39,827.98 | 36,980.63 | 34,127.18 | 31,311.55 | 31,311.55 | 31,311.55 | 31,311.55 | - |
| - Additions | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| - (Amortization) | | (3,470.60) | (3,287.66) | (3,487.62) | (3,306.41) | (3,374.90) | (3,322.54) | (3,262.85) | (3,270.83) | (3,221.37) | - | - | - | (30,004.78) |
| - Reclass to S/T | | 415.50 | 326.50 | 418.86 | 402.09 | 417.32 | 405.68 | 415.50 | 417.38 | 405.74 | - | - | - | |
| - Additions | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| - (Amortization) | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - Reclass to S/T | | - | - | - | - | - | - | - | - | - | - | - | - | |
| **Loan Origination Fees - Non Current** | 57,691.76 | 54,636.66 | 51,675.50 | 48,606.74 | 45,702.42 | 42,744.84 | 39,827.98 | 36,980.63 | 34,127.18 | 31,311.55 | 31,311.55 | 31,311.55 | 31,311.55 | |
| **Loan Origination Fees - Total** | 97,141.93 | 93,671.33 | 90,383.67 | 86,896.05 | 83,589.64 | 80,214.74 | 76,892.20 | 73,629.35 | 70,358.52 | 67,137.15 | 67,137.15 | 67,137.15 | 67,137.15 | (30,004.78) |

GeoTrace Technologies, Inc.           Schedule 8(b)
Case No. 16-36419         Unbilled Revenue as of Effective Date of September 30, 2016

**ACCOUNT - 1341-000   UNBILLED REVENUE**

| | | | |
|---|---|---|---:|
| **Beginning Balance** | | | **315,300.00** |
| Reverse Prior Mo Accrual | | | (315,300.00) |
| Current Month Accrual #1 | | | 254,200.00 |
| **Balance as of 9/30/2016** | | | **254,200.00** |

### SUMMARY BY PROJECT

| | Client | Area | SMS Number | |
|---|---|---|---|---:|
| **Dallas - 410** | | | | |
| | Continental | CANA STACK Mrg 3D | #1175 | 73,200 |
| | Silverthorne | S Central OK Oil Province | #1180 | 75,000 |
| | Magnolia | Shepherd 3D | #1186 | 100 |
| | | | | 0 |
| | | | | 0 |
| | | | | 148,300 |
| **Dallas RS - 415** | | | | |
| | | | | 0 |
| | Magnolia | Lafite 3D LR | #0894 | 33,900 |
| | RPM | Colorado-Lavaca LR pilot | #0870 | 30,000 |
| | Am Energy | Cushing 3D LR | #0874 | 20,000 |
| | | | | 0 |
| | | | | 83,900 |
| **Houston RS - 420** | | | | |
| | Glacier Oil | N Fork | #0790 | 400 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 400 |
| **Houston - 510** | | | | |
| | E&B | Centennieal 3D PSDM | #0582 | 13,300 |
| | Oxy | Hobbs Merge | #0597 | 500 |
| | E&B | Marshall E 3D PSDM | #0583 | 6,900 |
| | Laredo | NW Webb Co 3D | #0600 | 500 |
| | Oxy | Big Springs | #0594 | 400 |
| | | | | 21,600 |
| **Houston - 580** | | | | |
| | | | | 0 |
| | **Total Unbilled by Project 9/30/2016 - US** | | | 254,200 |
| **Brazil - 885** | | | | |
| | | | | 0 |
| | | | | 0 |
| | **Total Unbilled by Project 9/30/2016 - INC. CONS.** | | | 254,200 |
| | | | | 0 |

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule 8(c)
Prepaid Expenses as of Effective Date of September 30, 2016

**BALANCE SHEET RECONCILIATION**
**ACCOUNT  1440-000 - MISCELLANEOUS PREPAID EXPENSES-SEPT 2016**

| Prepaid Expense Multiple Months | DESCRIPTION | ACCT # | BALANCE | | Date Added |
|---|---|---|---|---|---|
| SHI International INV#B02692236 | (151.08/mo) Oct14-Nov18 | 5479-099 | 1,963.94 | | Oct-14 |
| SHI International INV#B04104632 | (296.44/mo) Nov15-Nov16 | 5479-099 | 296.36 | | Oct-15 |
| | | | | | |
| McGladrey Inv#M-4616421-224 Jun15-Jun16 | (755.34/mo) Jun15-Jun16 | 8479-910 | 0.00 | | Jun-15 |
| Techno AH234 Jul-Aug2016 | ($1024.05/mo)Jul-Aug 2016 | 8479-650 | 0.00 | | Dec-16 |
| Techco AH235 4th QTR 2016 | ($1024.05/mo)Oct-Dec 2016 | 8479-650 | 3,072.14 | | |
| **Prepaid Expense for One Month** | DESCRIPTION | ACCT # | BALANCE | | |
| INTERCOMPANY CHARGES | | | | | Date Added |
| INC CHARGES | | | | | |
| | | | | | |
| HP - Lease Sch #3964646799000001A - Inv. #507523681 | Oct-16 | 5495-001 | 465.44 | | |
| HP - Lease Sch # - Inv. #507523683 | " | 5495-640 | 480.63 | | |
| HP - Lease Sch # - Inv. #507523682 | " | 5495-640 | 1,202.66 | | |
| | | | | | |
| HP - Lease Sch #3964646799000001A - Inv. #507523681 | Nov-16 | 5495-001 | 465.44 | | |
| HP - Lease Sch # - Inv. #507523683 | " | 5495-640 | 480.63 | | |
| HP - Lease Sch # - Inv. #507523682 | " | 5495-640 | 1,202.66 | | |
| | | | | | |
| Dell  - Sch #020    Inv# 78640789 Oct Rental | | | 28,267.64 | 56,535.28 | |
| Dell  - Sch #020    Inv# 78640789 Nov Rental | | | 28,267.64 | | |
| | | | | | |
| JE 1401- May | ? | ? | 1.11 | | |
| Duff And Phelps Securities AA110315 | ? | ? | 25,000.00 | | Nov-15 |
| *CSI Partial pmt made theu AP JE#78393 ( Will clear with a CM in AP)* | *Aug-16* | *?* | *10,000.00* | | |
| BKD= BK00623257 | ? | | 10,000.00 | | |
| Citrix #1206364442- exp Oct. S/B exp in sept, but was missed | **Oct-16** | 5479-099 | 780.74 | | |
| Citrix #1206364442- exp Oct. S/B exp in sept, but was missed | **Oct-16** | 2812-000 | 525.50 | | |
| Citrix #1206364442- exp Oct. S/B exp in sept, but was missed | **Oct-16** | 2834-000 | 150.14 | | |
| Citrix #1206364442- exp Oct. S/B exp in sept, but was missed | **Oct-16** | 2836-000 | 45.04 | | |
| CSI Oct Rental | **Oct-16** | 5495-640 | 21,696.18 | | |
| | | | | | |
| Payroll Recurring - JE #2 (#1104) - July 2014 (Retention bonus) | **Various** | 5173-420 | 91,808.58 | | Jul-14 |
| ( To be expensed - Aug'15 $5,100.48; Aug'16 $5,100.48; Aug'17 $5,100.48; Aug'18 $86,708.10 ) | | | | | |
| Payroll #2-JE#1104 - Oct 2014 (sign on/retention bonus) (651) | **Oct-15** | 8173-651 | 0.00 | | Oct-14 |
| *********** | *********** | | *********** | | |
| Pitney Bowes Postage by Phone (funds available to replenish meters) | periodic | Meter #1623782=Dall  Meter #4470105=Hstn | 2,167.23 | | |
| *********** | *********** | | *********** | | |
| OK City Thunder Season Tkt Pmt (J. Gully E.R.) - 2015-2016 $264.30/game | monthly during season | Various | 0.00 | | Apr-15 |
| | | | | | |
| Texas Rangers 2015 Season Tkts (A.Adams E.R.-Dec 2015) - 10 games 2016 season | monthly during season | Various | 203.32 | | |
| **A/P ACCRUAL** | **DESCRIPTION** | **ACCT #** | **BALANCE** | | **Date Added** |
| | | | | | 14-Aug |
| **BENEFITS PREMIUMS** | **DESCRIPTION** | **ACCT #** | **BALANCE** | | **Date Added** |

Page 1 of 2

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule B(c)
Prepaid Expenses as of Effective Date of September 30, 2016

| Miscellaneous | DESCRIPTION | ACCT# | BALANCE | | Date Added |
|---|---|---|---|---|---|
| 401k Forfeitures | | 8206-910 | 44,239.33 | | |
| Misc. Adj. | | 8424-910 | (2.11) | | |
| | | | 272,780.24 | 1440-000 | |
| ARGENTINA MISC PREPAID EXPENSES | DESCRIPTION | ACCT # | BALANCE | ▲ | Date Added |
| | | | 0.00 | 1440-820 | |
| VENEZUELA MISC PREPAID EXPENSES | DESCRIPTION | ACCT # | BALANCE | | Date Added |
| | | | 0.00 | 1440-880 | |
| BRAZIL MISC PREPAID EXPENSES | DESCRIPTION | ACCT# | BALANCE | 3.9 | Date Added |
| | | | $0.00 | 1440-885 | |
| TRINIDAD MISC PREPAID EXPENSES | DESCRIPTION | ACCT# | BALANCE | | Date Added |
| | | | $0.00 | 1440-230 | |
| RECON Balance as of 9/30/2016 | 1440-000 | | $272,780.24 | | |
| Balance Per Sept 2016 Consol B/S | | | $272,780.24 | | |
| Δ | | | 0.00 | | |

**Ranges:**

| | | | | | |
|---|---|---|---|---|---|
| Customer ID: | 3-TEXP410 - ZINNPE420 | User-Defined 1: | First - Last | State: | First - Last |
| Customer Class: | First - Last | Customer Name: | First - Last | Telephone: | First - Last |
| Salesperson ID: | First - Last | Short Name: | First - Last | ZIP Code: | First - Last |
| Sales Territory: | First - Last | Posting Date: | First - 9/30/2016 | | |

Account Type:   All
Aging Date:   9/30/2016
Print Currency In:   Reporting (USDOLLAR 1.0*)
Exclude:   Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info

Customer:   by Customer ID
Document:   by Document Number

**\* - Indicates an unposted credit document that has been applied.**

---

**Customer:** 3-TEXP415    **Name:** 3-T EXPLORATION, INC.    **Account Type:** Open Item

| | | | | |
|---|---|---|---|---|
| User-Defined 1: | | Salesperson: | | Credit:   Unlimited |
| Contact: | JERRY HICKMAN | Territory: | 415 | |
| Phone: | (000) 000-0000 Ext. 0000 | Terms: | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 4151605002 | SLS | 5/31/2016 | $9,000.00 | | | | | | $9,000.00 |

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Totals:** | | | $0.00 | $0.00 | $0.00 | $9,000.00 | $9,000.00 |

---

**Customer:** BOPCOL510    **Name:** BOPCO L P    **Account Type:** Open Item

| | | | | |
|---|---|---|---|---|
| User-Defined 1: | | Salesperson: | | Credit:   Unlimited |
| Contact: | JOHN BANTA | Territory: | 510 | |
| Phone: | (000) 000-0000 Ext. 0000 | Terms: | NET 30 | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 5101609006 | SLS | 9/30/2016 | $13,038.75 | | | $13,038.75 | | | |

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Totals:** | | | $13,038.75 | $0.00 | $0.00 | $0.00 | $13,038.75 |

---

**Customer:** BORDER420    **Name:** BORDER TO BORDER PRODUCTION    **Account Type:** Open Item

| | | | | |
|---|---|---|---|---|
| User-Defined 1: | | Salesperson: | | Credit:   Unlimited |
| Contact: | SAM ALLEN | Territory: | 420 | |
| Phone: | (000) 000-0000 Ext. 0000 | Terms: | NET 30 | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 4201604002 | SLS | 4/30/2016 | $8,000.00 | | | | | | $8,000.00 |

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Totals:** | | | $0.00 | $0.00 | $0.00 | $8,000.00 | $8,000.00 |

---

**Customer:** CALYX410    **Name:** CALYX ENERGY III LLC    **Account Type:** Open Item

| | | | | |
|---|---|---|---|---|
| User-Defined 1: | | Salesperson: | | Credit:   Unlimited |
| Contact: | LORAN SCHMIDT | Territory: | 410 | |
| Phone: | (000) 000-0000 Ext. 0000 | Terms: | NET 30 | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 4101609004 | SLS | 9/30/2016 | $4,075.00 | | | $4,075.00 | | | |

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Totals:** | | | $4,075.00 | $0.00 | $0.00 | $0.00 | $4,075.00 |

System: 10/25/2016    11:21:19 AM
User Date: 9/30/2016

**DETAIL HISTORICAL AGED TRIAL BALANCE**

Case 16-36419   Document 10  Filed in TXSB on 12/30/16  Page 28 of 98

Page: 2
User ID: PGENTRY

**Customer:** CHESPK410      **Name:** CHESAPEAKE ENERGY CORP.      **Account Type:** Open Item

| User-Defined 1: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Contact:** CHUCK ROSE | | | **Salesperson:** USA | | | **Credit:** Unlimited | | | |
| **Phone:** (405) 848-8000 Ext. 0000 | | | **Territory:** 410 | | | | | | |
| | | | **Terms:** NET 30 | | | | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 4101609005 | SLS | 9/30/2016 | $69,000.00 | | | $69,000.00 | | | |
| | | | | | | | | | **Balance** |
| | | | | **Totals:** | | **$69,000.00** | **$0.00** | **$0.00** | **$0.00** | **$69,000.00** |

**Customer:** CONDOR410      **Name:** CONDOR RESOURCES INC.      **Account Type:** Open Item

| User-Defined 1: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Contact:** STAN SCARTH | | | **Salesperson:** | | | **Credit:** Unlimited | | | |
| **Phone:** (000) 000-0000 Ext. 0000 | | | **Territory:** 410 | | | | | | |
| | | | **Terms:** NET 30 | | | | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 4101609003 | SLS | 9/30/2016 | $1,200.00 | | | $1,200.00 | | | |
| | | | | | | | | | **Balance** |
| | | | | **Totals:** | | **$1,200.00** | **$0.00** | **$0.00** | **$0.00** | **$1,200.00** |

**Customer:** CONTIN410      **Name:** CONTINENTAL RESOURCES      **Account Type:** Open Item

| User-Defined 1: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Contact:** KEN AINSWORTH | | | **Salesperson:** | | | **Credit:** Unlimited | | | |
| **Phone:** (000) 000-0000 Ext. 0000 | | | **Territory:** 410 | | | | | | |
| | | | **Terms:** NET 30 | | | | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 4101608004 | SLS | 8/31/2016 | $45,720.00 | | | $45,720.00 | | | |
| 4101609001 | SLS | 9/30/2016 | $45,720.00 | | | $45,720.00 | | | |
| | | | | | | | | | **Balance** |
| | | | | **Totals:** | | **$91,440.00** | **$0.00** | **$0.00** | **$0.00** | **$91,440.00** |

**Customer:** DOMEEN420      **Name:** DOME ENERGY      **Account Type:** Open Item

| User-Defined 1: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Contact:** PAUL MORCH | | | **Salesperson:** | | | **Credit:** Unlimited | | | |
| **Phone:** (000) 000-0000 Ext. 0000 | | | **Territory:** 420 | | | | | | |
| | | | **Terms:** NET 30 | | | | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 4200781 | SLS | 2/29/2016 | $275,000.00 | | | | | | $275,000.00 |
| | | | | | | | | | **Balance** |
| | | | | **Totals:** | | **$0.00** | **$0.00** | **$0.00** | **$275,000.00** | **$275,000.00** |

**Customer:** ENERG510      **Name:** ENERGY XXI      **Account Type:** Open Item

| User-Defined 1: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Contact:** JACK DEANS | | | **Salesperson:** | | | **Credit:** Unlimited | | | |
| **Phone:** (000) 000-0000 Ext. 0000 | | | **Territory:** 510 | | | | | | |
| | | | **Terms:** NET 30 | | | | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 5101603001 | SLS | 3/31/2016 | $31,209.00 | | | | | | $31,209.00 |
| | | | | | | | | | **Balance** |
| | | | | **Totals:** | | **$0.00** | **$0.00** | **$0.00** | **$31,209.00** | **$31,209.00** |

System:     10/25/2016     11:21:19 AM
User Date:  9/30/2016

**DETAIL HISTORICAL AGED TRIAL BALANCE**

Page:      3
User ID:   PGENTRY

Case 16-36419   Document 110   Filed in TXSB on 12/30/16   Page 29 of 98

**Customer:** EOGMID415     **Name:** EOG RESOURCES- MIDLAND     **Account Type:** Open Item

| User-Defined 1: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Contact:** TERRY KINGHTON | | **Salesperson:** | | **Credit:** None | | | | |
| **Phone:** (000) 000-0000 Ext. 0000 | | **Territory:** 415 | | | | | | |
| | | **Terms:** | | | | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 4151608003 | SLS | 8/31/2016 | $5,000.00 | | | $5,000.00 | | | |
| | | | | | | | | | **Balance** |
| | | | **Totals:** | | | **$5,000.00** | **$0.00** | **$0.00** | **$0.00** | **$5,000.00** |

**Customer:** EROPE415     **Name:** ER OPERATING COMPANY     **Account Type:** Open Item

| User-Defined 1: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Contact:** ANDY BELL | | **Salesperson:** | | **Credit:** None | | | | |
| **Phone:** (000) 000-0000 Ext. 0000 | | **Territory:** 415 | | | | | | |
| | | **Terms:** | | | | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 4151609002 | SLS | 9/30/2016 | $15,000.00 | | | $15,000.00 | | | |
| | | | | | | | | | **Balance** |
| | | | **Totals:** | | | **$15,000.00** | **$0.00** | **$0.00** | **$0.00** | **$15,000.00** |

**Customer:** GLACI510     **Name:** GLACIER OIL     **Account Type:** Open Item

| User-Defined 1: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Contact:** DAN MORRIS | | **Salesperson:** | | **Credit:** Unlimited | | | | |
| **Phone:** (000) 000-0000 Ext. 0000 | | **Territory:** 510 | | | | | | |
| | | **Terms:** NET 30 | | | | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 5101609002 | SLS | 9/30/2016 | $14,160.00 | | | $14,160.00 | | | |
| | | | | | | | | | **Balance** |
| | | | **Totals:** | | | **$14,160.00** | **$0.00** | **$0.00** | **$0.00** | **$14,160.00** |

**Customer:** HILCORP510     **Name:** HILCORP ALASKA     **Account Type:** Open Item

| User-Defined 1: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Contact:** STEVE DEETZ | | **Salesperson:** | | **Credit:** Unlimited | | | | |
| **Phone:** (000) 000-0000 Ext. 0000 | | **Territory:** 510 | | | | | | |
| | | **Terms:** NET 30 | | | | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| PYMNT000000014414 | PMT | 10/22/2015 | ($59,334.30) | | | ($0.30) | | | |
| | | | | | | | | | **Balance** |
| | | | **Totals:** | | | **($0.30)** | **$0.00** | **$0.00** | **$0.00** | **($0.30)** |

**Customer:** LAREDO510     **Name:** LAREDO ENERGY     **Account Type:** Open Item

| User-Defined 1: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Contact:** JOHN HENNESSEY | | **Salesperson:** | | **Credit:** Unlimited | | | | |
| **Phone:** (000) 000-0000 Ext. 0000 | | **Territory:** 510 | | | | | | |
| | | **Terms:** NET 30 | | | | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 5101608007 | SLS | 8/31/2016 | $12,852.00 | | | $12,852.00 | | | |
| 5101609004 | SLS | 9/30/2016 | $23,562.00 | | | $23,562.00 | | | |
| | | | | | | | | | **Balance** |
| | | | **Totals:** | | | **$36,414.00** | **$0.00** | **$0.00** | **$0.00** | **$36,414.00** |

---

**Customer:** OXYUSA510                    **Name:** OXY USA, INC.                **Account Type:** Open Item

| User-Defined 1: | | | | | **Credit:** | Unlimited |
| --- | --- | --- | --- | --- | --- | --- |
| **Contact:** | DAVID SMITH | | **Salesperson:** | | | |
| **Phone:** | (000) 000-0000 Ext. 0000 | | **Territory:** | 510 | | |
| | | | **Terms:** | NET 30 | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5101607001 | SLS | 7/31/2016 | $36,262.50 | | | | | $36,262.50 | |
| 5101608001 | SLS | 8/31/2016 | $5,956.65 | | | $5,956.65 | | | |
| 5101608003 | SLS | 8/31/2016 | $7,471.00 | | | $7,471.00 | | | |
| 5101608004 | SLS | 8/31/2016 | $12,787.50 | | | $12,787.50 | | | |
| 5101608005 | SLS | 8/31/2016 | $3,750.50 | | | $3,750.50 | | | |
| 5101609001 | SLS | 9/30/2016 | $11,062.35 | | | $11,062.35 | | | |
| 5101609003 | SLS | 9/30/2016 | $22,413.00 | | | $22,413.00 | | | |
| | | | | | | | | | Balance |
| | | | **Totals:** | $63,441.00 | $0.00 | $36,262.50 | $0.00 | $99,703.50 | |

---

**Customer:** STEALT410                    **Name:** STEALTH INCORPORATED         **Account Type:** Open Item

| User-Defined 1: | | | | | **Credit:** | Unlimited |
| --- | --- | --- | --- | --- | --- | --- |
| **Contact:** | BILL MURPHREE | | **Salesperson:** | | | |
| **Phone:** | (000) 000-0000 Ext. 0000 | | **Territory:** | 410 | | |
| | | | **Terms:** | NET 30 | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4101609002 | SLS | 9/30/2016 | $4,300.00 | | | $4,300.00 | | | |
| | | | | | | | | | Balance |
| | | | **Totals:** | $4,300.00 | $0.00 | $0.00 | $0.00 | $4,300.00 | |

---

**Customer:** TGS415                       **Name:** TGS                         **Account Type:** Open Item

| User-Defined 1: | | | | | **Credit:** | None |
| --- | --- | --- | --- | --- | --- | --- |
| **Contact:** | Wayne Millice | | **Salesperson:** | | | |
| **Phone:** | (000) 000-0000 Ext. 0000 | | **Territory:** | 415 | | |
| | | | **Terms:** | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4151512002 | SLS | 12/31/2015 | $130,000.00 | | | | | | $130,000.00 |
| | | | | | | | | | Balance |
| | | | **Totals:** | $0.00 | $0.00 | $0.00 | $130,000.00 | $130,000.00 | |

---

**Customer:** WFDOIL415                    **Name:** WFD OIL COMPANY             **Account Type:** Open Item

| User-Defined 1: | | | | | **Credit:** | None |
| --- | --- | --- | --- | --- | --- | --- |
| **Contact:** | TOM HESS | | **Salesperson:** | | | |
| **Phone:** | (000) 000-0000 Ext. 0000 | | **Territory:** | 415 | | |
| | | | **Terms:** | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4151607001 | SLS | 7/31/2016 | $35,000.00 | | | | | $35,000.00 | |
| PYMNT000000014589 | | 9/12/2016 | | | | | | ($30,000.00) | |
| 4151609001 | SLS | 9/30/2016 | $35,000.00 | | | $35,000.00 | | | |

**DETAIL HISTORICAL AGED TRIAL BALANCE**

| | | | | | Balance |
|---|---|---|---|---|---|
| Totals: | $35,000.00 | $0.00 | $5,000.00 | $0.00 | $40,000.00 |

| | Customer(s) | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | Balance |
|---|---|---|---|---|---|---|
| Grand Totals: | 18 | $352,068.45 | $0.00 | $41,262.50 | $453,209.00 | $846,539.95 |

GeoTrace Technologies, Inc.                                Schedule 15
Case No. 16-36419                                          GTI Subsidiaries

| Name of Entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Tigress Geosciences, Ltd (GDIS) | 100% | N/A | UNKNOWN |
| Geotrace International, Inc. | 100% | N/A | UNKNOWN |
| Geotrace de Venezuela | 100% | N/A | UNKNOWN |
| Geotrace Oil Exploration Services, S.A.E. | 100% | N/A | UNKNOWN |
| Geotrace Technologies, Ltd. | 100% | N/A | UNKNOWN |
| Geotrace Trinidad Limited | 49% | N/A | UNKNOWN |

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule 39
Office Furniture as of Effective Date of September 30, 2016

### OFFICE FURNITURE

**LOCATION - DALLAS**

| Asset ID | Add Date | Description | G/L Acct | Loc. | Life | Acquired Value | Accum Depr | Book Value |
|----------|----------|-------------|----------|------|------|----------------|------------|------------|
| 1815 | 11/1/2000 | Conference Table & Chairs | 1710-410 | DALL 1 | FF7 | $4,324.92 | $4,324.92 | $0.00 |
| 1868 | 3/31/2006 | (4) LOW-BACK SCOOP CHAIRS | 1710-410 | DALL 1 | FF7 | $1,980.23 | $1,980.23 | $0.00 |
| 1881 | 1/31/2007 | OFFICE FURNITURE | 1710-410 | DALL 1 | FF7 | $2,117.12 | $2,117.12 | $0.00 |
| 1883 | 10/31/2007 | OFFICE FURNITURE - A ADAMS | 1710-410 | DALL 1 | FF7 | $1,966.91 | $1,966.91 | $0.00 |
| 1884 | 1/31/2008 | 12FT CONF TABLE & 18 CHAIRS | 1710-410 | DALL 1 | FF7 | $4,105.24 | $4,105.24 | $0.00 |
| 1637 | 10/1/2012 | TV - DALLAS | 1710-410 | DALL 1 | FF5 | $10,872.83 | $7,802.64 | $3,070.19 |
| 1885 | 12/1/2012 | 8-18"x47.5" Tables+16 Blk Leather Chairs | 1710-410 | DALL 1 | FF7 | $6,579.34 | $2,681.40 | $3,897.94 |
| | | | | | | **$31,946.59** | **$24,978.46** | **$6,968.13** |

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule 39
Office Furniture as of Effective Date of September 30, 2016

### OFFICE FURNITURE

## LOCATION - WICKCHESTER (HOUSTON)

**$42,643.00**

| Asset ID | Add Date | Description | G/L Acct | Loc. | Life | Acquired Value | Accum Depr | Book Value |
|---|---|---|---|---|---|---|---|---|
| 1634 | 7/1/2011 | SHARP 52" LED TV-RECEPTION AREA | 1710-910 | HSTN 1 | FF5 | $2,936.66 | $2,743.80 | $192.86 |
| 1635 | 7/1/2011 | SHARP 60" LED TV-CAFETERIA | 1710-910 | HSTN 1 | FF5 | $3,596.75 | $3,360.58 | $236.17 |
| 1636 | 7/1/2011 | SHARP 52" LED TV - BOARDROOM | 1710-910 | HSTN 1 | FF5 | $2,936.67 | $2,743.80 | $192.87 |
| 1800 | 11/1/1997 | 10XEXECUTIVE CHAIRS & 2XCONFERENCE TABLE | 1710-510 | HSTN 1 | FF7 | $4,433.92 | $4,433.92 | $0.00 |
| 1801 | 12/1/1997 | EXECUTIVE DESK & CHAIR | 1710-650 | HSTN 1 | FF7 | $1,363.95 | $1,363.95 | $0.00 |
| 1802 | 4/1/1998 | OFFICE SET | 1710-910 | HSTN 1 | FF7 | $3,568.00 | $3,568.00 | $0.00 |
| 1803 | 9/1/1998 | OFFICE SET | 1710-910 | HSTN 1 | FF7 | $1,449.62 | $1,449.62 | $0.00 |
| 1804 | 12/1/1998 | OFFICE FURNITURE - 10 CHAIRS, 2 DESKS, 2 | 1710-510 | HSTN 1 | FF7 | $3,064.75 | $3,064.75 | $0.00 |
| 1805 | 12/1/1998 | 10 GUEST CHAIRS | 1710-510 | HSTN 1 | FF7 | $1,650.00 | $1,650.00 | $0.00 |
| 1806 | 4/1/1999 | SOFA AND CHAIR | 1710-910 | HSTN 1 | FF7 | $2,534.42 | $2,534.42 | $0.00 |
| 1807 | 8/1/1999 | CONFERENCE TABLE & CHAIRS | 1710-510 | HSTN 1 | FF7 | $1,463.54 | $1,463.54 | $0.00 |
| 1808 | 8/1/1999 | OFFICE SET | 1710-910 | HSTN 1 | FF7 | $1,312.27 | $1,312.27 | $0.00 |
| 1809 | 1/1/2000 | 4XBOOKCASES | 1710-420 | HSTN 1 | FF7 | $943.50 | $943.50 | $0.00 |
| 1810 | 1/1/2000 | CONFERENCE TABLE & 6XCHAIRS | 1710-420 | HSTN 1 | FF7 | $2,110.00 | $2,110.00 | $0.00 |
| 1811 | 1/1/2000 | 4XDESKS & 4XCREDENZAS | 1710-420 | HSTN 1 | FF7 | $3,732.75 | $3,732.75 | $0.00 |
| 1812 | 3/1/2000 | KNEESPACE CREDENZA | 1710-910 | HSTN 1 | FF7 | $1,431.88 | $1,431.88 | $0.00 |
| 1813 | 6/1/2000 | DESK & CREDENZA | 1710-420 | HSTN 1 | FF7 | $775.56 | $775.56 | $0.00 |
| 1816 | 8/1/2001 | OFFICE SET | 1710-420 | HSTN 1 | FF7 | $1,200.37 | $1,200.37 | $0.00 |
| 1817 | 8/1/2001 | OFFICE SET | 1710-510 | HSTN 1 | FF7 | $1,026.08 | $1,026.08 | $0.00 |
| 1818 | 9/1/2001 | 4 - COMPUTER TABLES & CHAIRS | 1710-910 | HSTN 1 | FF7 | $3,047.65 | $3,047.65 | $0.00 |
| 1819 | 10/1/2001 | OFFICE SET | 1710-510 | HSTN 1 | FF7 | $794.49 | $794.49 | $0.00 |
| 1820 | 10/1/2001 | OFFICE SET | 1710-420 | HSTN 1 | FF7 | $909.30 | $909.30 | $0.00 |
| 1821 | 5/1/2002 | OFFICE SET | 1710-910 | HSTN 1 | FF7 | $1,120.24 | $1,120.24 | $0.00 |
| 1822 | 5/1/2002 | OFFICE SET | 1710-910 | HSTN 1 | FF7 | $1,120.24 | $1,120.24 | $0.00 |
| 1823 | 5/1/2002 | OFFICE SET | 1710-910 | HSTN 1 | FF7 | $1,391.45 | $1,391.45 | $0.00 |
| 1824 | 8/1/2002 | OFFICE SET | 1710-420 | HSTN 1 | FF7 | $1,316.18 | $1,316.18 | $0.00 |

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule 39
Office Furniture as of Effective Date of September 30, 2016

| | | | | | | | | |
|------|-----------|------------------------------------------|----------|--------|-----|-------------|-------------|--------|
| 1825 | 8/1/2002 | OFFICE SET | 1710-420 | HSTN 1 | FF7 | $1,316.19 | $1,316.19 | $0.00 |
| 1826 | 8/1/2002 | CREDENZA/STORAGE HUTCH-T. TERRY | 1710-510 | HSTN 1 | FF7 | $3,113.81 | $3,113.81 | $0.00 |
| 1827 | 8/1/2002 | 6 SIDE CHAIRS - T. TERRY | 1710-510 | HSTN 1 | FF7 | $1,461.38 | $1,461.38 | $0.00 |
| 1828 | 8/1/2002 | OFFICE SET | 1710-510 | HSTN 1 | FF7 | $1,765.46 | $1,765.46 | $0.00 |
| 1829 | 8/1/2002 | OFFICE SET - Z. SWOPE | 1710-420 | HSTN 1 | FF7 | $4,027.45 | $4,027.45 | $0.00 |
| 1830 | 8/1/2002 | OFFICE SET - J. ASMA | 1710-510 | HSTN 1 | FF7 | $2,385.56 | $2,385.56 | $0.00 |
| 1831 | 8/1/2002 | OFFICE WORK TABLES (7) | 1710-580 | HSTN 1 | FF7 | $1,576.77 | $1,576.77 | $0.00 |
| 1832 | 9/1/2002 | OFFICE SET - T. HOLCOMBE | 1710-420 | HSTN 1 | FF7 | $1,489.30 | $1,489.30 | $0.00 |
| 1833 | 11/1/2002 | OFFICE SET - R. HORN | 1710-510 | HSTN 1 | FF7 | $1,101.87 | $1,101.87 | $0.00 |
| 1834 | 11/1/2002 | 8 MAHOGANY GREEN SIDE CHAIRS | 1710-420 | HSTN 1 | FF7 | $1,372.61 | $1,372.61 | $0.00 |
| 1835 | 9/1/2003 | OFFICE SET | 1710-510 | HSTN 1 | FF7 | $718.73 | $718.73 | $0.00 |
| 1836 | 11/1/2003 | OFFICE SET - D. SMOLEANU | 1710-510 | HSTN 1 | FF7 | $1,028.32 | $1,028.32 | $0.00 |
| 1837 | 2/1/2004 | OFFICE SET | 1710-510 | HSTN 1 | FF7 | $1,060.58 | $1,060.58 | $0.00 |
| 1838 | 2/1/2004 | OFFICE SET | 1710-510 | HSTN 1 | FF7 | $1,060.58 | $1,060.58 | $0.00 |
| 1839 | 7/1/2004 | OFFICE SET | 1710-420 | HSTN 1 | FF5 | $5,193.84 | $5,193.84 | $0.00 |
| 1840 | 8/1/2004 | OFFICE SET | 1710-220 | HSTN 1 | FF7 | $1,802.85 | $1,802.85 | $0.00 |
| 1841 | 8/1/2004 | OFFICE SET | 1710-420 | HSTN 1 | FF7 | $1,249.69 | $1,249.69 | $0.00 |
| 1842 | 11/30/2004 | CONFERENCE ROOM TABLE/CHAIRS (RS) | 1710-420 | HSTN 1 | FF7 | $8,921.97 | $8,921.97 | $0.00 |
| 1843 | 11/30/2004 | OFFICE FURNITURE - B. SCHROM | 1710-910 | HSTN 1 | FF7 | $8,081.95 | $8,081.95 | $0.00 |
| 1844 | 1/31/2005 | BOOTH-GRAPHICS & DESIGN-NAPE TRADE SHOW | 1710-750 | HSTN 1 | FF7 | $14,199.69 | $14,199.69 | $0.00 |
| 1845 | 1/31/2005 | GUEST CHAIR & OPEN BACK CHAIR-B.SCHROM | 1710-910 | HSTN 1 | FF7 | $1,712.50 | $1,712.50 | $0.00 |
| 1846 | 2/28/2005 | BUFFET FOR MAIN CONFERENCE ROOM | 1710-910 | HSTN 1 | FF7 | $2,013.45 | $2,013.45 | $0.00 |
| 1847 | 1/31/2005 | BOOTH GRAPHICS & DESIGH-NAPE TRADE SHOW | 1710-750 | HSTN 1 | FF7 | $13,604.32 | $13,604.32 | $0.00 |
| 1848 | 3/31/2005 | RECEPTION DESK & COMPUTER | 1710-910 | HSTN 1 | FF7 | $2,359.85 | $2,359.85 | $0.00 |
| 1849 | 4/30/2005 | OFFICE SET | 1710-420 | HSTN 1 | FF7 | $1,123.63 | $1,123.63 | $0.00 |
| 1850 | 4/30/2005 | OFFICE SET | 1710-510 | HSTN 1 | FF7 | $1,123.64 | $1,123.64 | $0.00 |
| 1851 | 4/30/2005 | OFFICE SET | 1710-510 | HSTN 1 | FF7 | $1,123.64 | $1,123.64 | $0.00 |
| 1852 | 4/30/2005 | OFFICE SET | 1710-510 | HSTN 1 | FF7 | $1,946.34 | $1,946.34 | $0.00 |
| 1853 | 4/30/2005 | COMPUTER PRINTER STAND-B.SCHROM | 1710-910 | HSTN 1 | FF7 | $980.75 | $980.75 | $0.00 |
| 1856 | 5/31/2005 | (3) BOOKCASES & BLACK EXEC. CHAIR | 1710-590 | HSTN 1 | FF7 | $1,099.26 | $1,099.26 | $0.00 |
| 1857 | 6/30/2005 | 4 DRAWER LATERAL FILE-S. LARSON | 1710-420 | HSTN 1 | FF7 | $1,107.40 | $1,107.40 | $0.00 |

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule 39
Office Furniture as of Effective Date of September 30, 2016

| 1858 | 6/30/2005 | DESK & CREDENZA (KAREN S.) | 1710-910 | HSTN 1 | FF7 | $1,060.85 | $1,060.85 | $0.00 |
|------|-----------|----------------------------|----------|--------|-----|-----------|-----------|-------|
| 1859 | 8/31/2005 | OFFICE SET - J STEIN | 1710-655 | HSTN 1 | FF7 | $1,163.69 | $1,163.69 | $0.00 |
| 1860 | 8/31/2005 | OFFICE SET - J WEIGANT | 1710-650 | HSTN 1 | FF7 | $1,547.98 | $1,547.98 | $0.00 |
| 1861 | 8/31/2005 | DESK - TABLE - CHAIRS (EXE & GUEST) | 1710-590 | HSTN 1 | FF7 | $1,156.64 | $1,156.64 | $0.00 |
| 1862 | 8/31/2005 | DESK - TABLE - CHAIRS (EXE & GUEST) | 1710-590 | HSTN 1 | FF7 | $1,156.64 | $1,156.64 | $0.00 |
| 1863 | 8/31/2005 | DESK - TABLE - CHAIRS (EXE & GUEST) | 1710-590 | HSTN 1 | FF7 | $1,156.64 | $1,156.64 | $0.00 |
| 1864 | 8/31/2005 | DESK - TABLE - CHAIRS - (EXE & GUEST) | 1710-590 | HSTN 1 | FF7 | $1,156.66 | $1,156.66 | $0.00 |
| 1865 | 9/30/2005 | SIGN W/ LOGO 1/4" BRASS GLD PLATED | 1710-910 | HSTN 1 | FF | $3,399.05 | $3,399.05 | $0.00 |
| 1866 | 1/31/2006 | (12) DELTA CHAIRS & (3) TRAVEL TABLES | 1710-750 | HSTN 1 | FF7 | $3,786.59 | $3,786.59 | $0.00 |
| 1869 | 3/31/2006 | 2x WORK STATION, PED CHAIR | 1710-650 | HSTN 1 | FF7 | $1,700.04 | $1,700.04 | $0.00 |
| 1870 | 4/30/2006 | OFFICE SUITE - GREG MCCRACKEN | 1710-910 | HSTN 1 | FF7 | $1,325.72 | $1,325.72 | $0.00 |
| 1871 | 4/30/2006 | OFFICE SUITE - S ASHFORD | 1710-910 | HSTN 1 | FF7 | $1,325.72 | $1,325.72 | $0.00 |
| 1872 | 4/30/2006 | OFFICE SUITE - WAY MATHEWS | 1710-915 | HSTN 1 | FF7 | $1,325.71 | $1,325.71 | $0.00 |
| 1873 | 4/3/2006 | OFFICE SUITE - M GASKAMP | 1710-640 | HSTN 1 | FF7 | $1,325.71 | $1,325.71 | $0.00 |
| 1874 | 9/30/2006 | OFFICE SET - S LAYNE | 1710-580 | HSTN 1 | FF7 | $1,622.67 | $1,622.67 | $0.00 |
| 1875 | 9/30/2006 | OFFICE FURNITURE - ACCOUNTING - 910 | 1710-910 | HSTN 1 | FF7 | $17,235.57 | $17,235.57 | $0.00 |
| 1876 | 1/31/2007 | OFFICE FURNITURE - EXEC SUITES - 1ST FL | 1710-910 | HSTN 1 | FF7 | $25,976.99 | $25,976.99 | $0.00 |
| 1877 | 1/31/2007 | OFFICE FURNITURE | 1710-915 | HSTN 1 | FF7 | $1,000.74 | $1,000.74 | $0.00 |
| 1878 | 1/31/2007 | OFFICE FURNITURE | 1710-655 | HSTN 1 | FF7 | $4,002.91 | $4,002.91 | $0.00 |
| 1879 | 1/31/2007 | OFFICE FURNITURE | 1710-750 | HSTN 1 | FF7 | $1,000.73 | $1,000.73 | $0.00 |
| 1880 | 1/31/2007 | OFFICE FURNITURE | 1710-754 | HSTN 1 | FF7 | $12,008.73 | $12,008.73 | $0.00 |
| 1882 | 10/31/2007 | OFFICE FURNITURE - K YOUNG & J CANTU | 1710-910 | HSTN 1 | FF7 | $5,298.84 | $5,298.84 | $0.00 |
| 1888 | 1/31/2014 | RECEPTION DESK AND FILE PEDESTAL | 1710-910 | HSTN 1 | FF5 | $919.04 | $399.13 | $519.91 |
| 1889 | 1/31/2014 | BOOTH FURNITURE | 1710-750 | HSTN 1 | FF5 | $2,721.10 | $1,181.78 | $1,539.32 |
| | | | | | | $236,728.58 | $234,047.45 | $2,681.13 |

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule 40
Office Fixtures as of Effective Date of September 30, 2016

---

**OFFICE FIXTURES**

---

**LOCATION -Excaliber Exhibits, 7120 Brittmoore Rd, Houston TX**

$42,643.00

| Asset ID | Add Date | Description | G/L Acct | Loc. | Life | Acquired Value | Accum Depr | Book Value |
|---|---|---|---|---|---|---|---|---|
| 1887 | 9/30/2013 | CONVENTION BOOTH (EXCALIBER)-Pt 1 | 1710-750 | HSTN 1 | FF7 | $19,323.28 | $4,245.70 | $15,077.58 |
| 1887 | 9/30/2013 | CONVENTION  BOOTH (EXCALIBER)-Pt 2 | 1710-750 | HSTN 1 | FF7 | $12,882.18 | $4,040.23 | $8,841.95 |
| | | | | | | **$32,205.46** | **$8,285.93** | **$23,919.53** |

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule 41
Office Equipment as of the Effective Date of September 30, 2016

### COMPUTER EQUIP

**LOCATION - DALLAS**

| Center | Asset ID | Name | Model | Service Tag | Asset Tag | Acquistion Date | Acquired Value | Accum Depr as of 9-30-16 | Net Book Value |
|--------|----------|------|-------|-------------|-----------|-----------------|----------------|--------------------------|----------------|
| 410 | | Shipping | Dell Dimension 3100 | CMMBNB1 | 1162 | 01/01/06 | 2,000.00 | 2,000.00 | 0.00 |
| 410 | | Reception | Dell Dimension 9200 | 9XBR4C1 | 1190 | 01/01/06 | 2,000.00 | 2,000.00 | 0.00 |
| 410 | | Conference Room | Dell Optiplex790 | 3XPNXV1 | N/A | 01/01/06 | 2,000.00 | 2,000.00 | 0.00 |
| 410 | | Jake Cashion | Dell Precision T3500 | 3TBGYR1 | N/A | 01/01/06 | 2,000.00 | 2,000.00 | 0.00 |
| 410 | | VIZ Room | Dell Optiplex790 | 3XRMXV1 | N/A | 01/01/06 | 2,000.00 | 2,000.00 | 0.00 |
| 415 | | Russ Creath | Dell Precision T3600 | 3XP6GZ1 | N/A | 01/01/06 | 2,000.00 | 2,000.00 | 0.00 |
| 415 | | Jason Huntsman | Dell Precision T3600 | D1HRX12 | N/A | 01/01/06 | 2,000.00 | 2,000.00 | 0.00 |
| 415 | | Tri Duong | Dell Precision T3600 | 5W19DZ1 | N/A | 01/01/06 | 2,000.00 | 2,000.00 | 0.00 |
| 415 | | RS Viz Room | Dell Precision 390 | 2M224C1 | | 01/01/06 | 2,000.00 | 2,000.00 | 0.00 |
| 415 | | Gary Perry | Dell Precision T3500 | 869TGS1 | N/A | 01/01/06 | 2,000.00 | 2,000.00 | 0.00 |
| 415 | | Morgan Kennedy | Dell Precision T3600 | 7HWK6V1 | N/A | 01/01/06 | 2,000.00 | 2,000.00 | 0.00 |
| 640 | | Tom Langston | Latitude E6430 | 9VPT8W1 | N/A | 01/01/06 | 2,000.00 | 2,000.00 | 0.00 |
| 650 | | Min Xu | Dell Precision T3610 | 2819R22 | N/A | 01/01/06 | 2,000.00 | 2,000.00 | 0.00 |
| 650 | | Richard Hanson | Dell Precision T3610 | 795FX12 | N/A | 01/01/06 | 2,000.00 | 2,000.00 | 0.00 |
| 650 | | Calvin Joyner | Latitude E6440 | 2L4VXZ1 | N/A | 01/01/06 | 2,000.00 | 2,000.00 | 0.00 |
| 752 | | Dillon LaFoy | Latitude E6430 | 2550D31 | N/A | 01/01/06 | 2,000.00 | 2,000.00 | 0.00 |
| 752 | | Sales | Dell Inspiron 640m | JB5K2C1 | N/A | 01/01/06 | 2,000.00 | 2,000.00 | 0.00 |
| 650 | 1117+6 | 7 Unused Office 1 | Dell Optiplex GX620 | 24PL1B1 | 1146 | 01/31/06 | 10,290.28 | 10,290.28 | 0.00 |
| 415 | 1251 | Brian James | Dell Optiplex 745 | 47599Y1 | N/A | 11/30/07 | 2,703.39 | 2,703.39 | 0.00 |
| 415 | 1277 | Empty Office | Dell Optiplex 755 | C1QF2G1 | N/A | 04/30/08 | 1,476.79 | 1,476.79 | 0.00 |
| 410 | 1290 | Empty Office | Dell Precision T3400 | FFPWCH1 | N/A | 09/30/08 | 1,580.01 | 1,580.01 | 0.00 |
| 230 | 1301 | David Zerwin | Dell Precision T3400 | 7FJONH1 | N/A | 12/31/08 | 1,568.74 | 1,568.74 | 0.00 |
| 410 | 1308 | Brian Behrman | Dell Precision T3500 | JK7NXQ1 | N/A | 07/01/11 | 3,688.84 | 3,688.84 | 0.00 |
| 410 | 1307 | Dale Flenthrope | Dell Precision T3600 | JW02GX1 | N/A | 07/01/11 | 1,948.80 | 1,948.80 | 0.00 |
| 415 | 1309 | Greg McClure | Dell Precision T3500 | H7DVYQ1 | N/A | 07/01/11 | 1,838.54 | 1,838.54 | 0.00 |
| 410 | 1310 | Brian Williams | Dell Precision T3500 | 9BPP0R1 | N/A | 09/01/11 | 2,073.44 | 2,073.44 | 0.00 |
| 410 | 1313 | Rory Howard | Dell Precision T3600 | JW03GX1 | N/A | 01/01/12 | 1,394.11 | 1,394.11 | 0.00 |
| 410 | 1315 | Becky Buehner | Dell Precision T3600 | BF958V1 | N/A | 09/01/12 | 1,700.61 | 1,700.61 | 0.00 |

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule 41
Office Equipment as of the Effective Date of September 30, 2016

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 410 | 1317 | Ben Peterson | Dell Precision T3600 | JW02HX1 | N/A | 01/31/13 | 3,119.95 | 3,119.95 | 0.00 |
| 410 | 1325 | Andre Hamilton | Dell Precision T3600 | 77L7FX1 | 1275 | 05/31/13 | 1,675.60 | 1,675.60 | 0.00 |
| 410 | 1342 | Brian James | Dell Precision T3600 | 47599Y1 | N/A | 07/31/13 | 1,524.02 | 1,524.02 | 0.00 |
| 410 | 1343 | Jason Chidlaw | Dell Precision T3500 | 3X5F5G1 | N/A | 07/31/13 | 1,524.03 | 1,524.03 | 0.00 |
| 410 | 1344 | William Rough | Dell Precision T3600 | 4ZQWQW1 | 1290 | 07/31/13 | 1,524.03 | 1,524.03 | 0.00 |
| 410 | 1335 | Barbara Moore | Dell Precision T3500 | 6C812R1 | N/A | 09/30/13 | 1,215.14 | 1,181.39 | 33.75 |
| | 1358 | | Dell Precision T3610 | | | 02/28/14 | 1,633.50 | 1,406.63 | 226.88 |
| | 1352 | | Dell Precision T3600 | | | 01/31/14 | 1,648.23 | 1,465.09 | 183.14 |
| | 1350 | | OPTILPLEX 7010 | | | 01/31/14 | 751.46 | 667.96 | 83.50 |
| | 1376 | | Dell Precision T3610 | | | 07/31/14 | 1,799.33 | 1,299.52 | 499.81 |
| 752 | 1375 | Erin Taylor | Latitude E6440 | 950BN12 | N/A | 07/31/14 | 1,726.38 | 1,246.83 | 479.55 |
| 752 | 1377 | Robert Burger | Latitude E6440 | D0Y9F12 | N/A | 07/31/14 | 1,965.96 | 1,419.86 | 546.10 |
| 410 | 1350 | Aaron Adams | Dell Optiplex 7010 | F4FLDZ1 | N/A | 07/31/14 | 751.46 | 542.72 | 208.74 |
| 410 | 1369 | Michelle Benhayoun | Dell Optiplex 7010 | 5DB2MO2 | N/A | 06/30/14 | 879.25 | 659.44 | 219.81 |
| 752 | | Vicki Mallert | Dell Optiplex 7010 | B4ZQ8Y1 | N/A | 03/31/14 | 2,187.51 | 2,065.98 | 121.53 |
| 410 | 1639 | | MICROPHONE CONFERENCE SYSTEM | | | 12/31/13 | 4,760.30 | 3,577.79 | 1,182.51 |
| | | | | | | | **92,949.70** | **89,164.39** | **3,785.31** |

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule 41
Office Equipment as of the Effective Date of September 30, 2016

### *COMPUTER EQUIP*

**LOCATION - WICKCHESTER (HOUSTON)**

| Rm # | Employee | Center | Type | Manufacturer | Model | Service Tag | Asset Tag | Acquisition Date | Acquired Value | Accum Depr as of 9-30-16 | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2060 | | | Port Rep.* | Dell | X300 | CN03Y645365213CI0167 | N/A | 1/17/2004 | $400.00 | $0.00 | $0.00 |
| 2060 | S. Grist | 750 | LT | Dell | Latitude D800 | 36MX741 | 269 | 2/6/2004 | $3,394.19 | $3,394.19 | $0.00 |
| 2060 | L. Davis | 653 | LT | Dell | Latitude D800 | 3FGBX41 | 1240 | 2/20/2004 | $2,742.98 | $2,742.98 | $0.00 |
| 2060 | | | LT | Dell | Latitude 600m | 4DDBX41 | N/A | 5/20/2004 | $2,742.98 | $2,742.98 | $0.00 |
| 3030 | Deborah Walker | 910 | LT | Dell | Latitude D600 | 68FS351 | 289 | 6/26/2004 | $3,037.50 | $3,037.50 | $0.00 |
| 2060 | | | LT | Dell | Latitude D505 | JTCH551 | 284 | 7/8/2004 | $2,444.34 | $2,444.34 | $0.00 |
| 2060 | S. Tinley | 510 | LT | Dell | Latitude D505 | 3D2NM51 | 1002 | 9/10/2004 | $2,020.98 | $2,020.98 | $0.00 |
| 3012 | Jaime Stein | | | Dell | Latitude D600 | 10DBL61 | N/A | 1/19/2005 | $2,199.00 | $2,199.00 | $0.00 |
| 2060 | D. Auble | 910 | LT | Dell | Latitude D600 | 571TQ61 | 1094 | 1/28/2005 | $2,955.20 | $2,955.20 | $0.00 |
| 2049 | Image Backup | 510 | DT | Dell | OptiPlex GX280 | 7WBBR61 | 1032 | 1/28/2005 | $1,327.11 | $1,327.11 | $0.00 |
| 2019 | | 510 | DT | Dell | OptiPlex GX280 | 75DGX61 | 1017 | 3/3/2005 | $1,431.08 | $1,431.08 | $0.00 |
| 2016 | Gery Pery | 415 | DT | Dell | OptiPlex GX280 | CW7YV61 | 1025 | 3/23/2005 | $1,344.47 | $1,344.47 | $0.00 |
| 2060 | B. Thomas | 754 | LT | Dell | Latitude D600 | F5XP171 | 1049 | 3/25/2005 | $2,462.80 | $2,462.80 | $0.00 |
| 2060 | J. Perez | 910 | LT | Dell | Latitude D600 | JX7W571 | 1070 | 4/1/2005 | $2,437.58 | $2,437.58 | $0.00 |
| 2039 | Marine Meeting | 580 | DT | Dell | OptiPlex GX280 | 3FJH871 | 1080 | 4/14/2005 | $1,910.86 | $1,910.86 | $0.00 |
| 3034 | A. Stalin | 580 | DT | Dell | OptiPlex GX280 | GWHSN71 | 1068 | 6/6/2005 | $2,856.40 | $2,856.40 | $0.00 |
| 2060 | | 510 | LT | Dell | Latitude D610 | DDGTM71 | 1084 | 6/7/2005 | $2,708.42 | $2,708.42 | $0.00 |
| 2060 | | | LT | Dell | Latitude D610 | 5CQ1S71 | 1076 | 6/25/2005 | $2,244.42 | $2,244.42 | $0.00 |
| 2060 | | 640 | LT | Dell | Latitude D610 | J4YWS71 | 1076 | 7/2/2005 | $2,244.42 | $2,244.42 | $0.00 |
| 2060 | G. Chong | 510 | DT | Dell | OptiPlex GX280 | CS8V481 | 1080 | 8/12/2005 | $1,910.86 | $1,910.86 | $0.00 |
| 2060 | G. Mccracken | 910 | LT | Dell | Latitude D610 | D0D8981 | 1096 | 8/26/2005 | $2,938.46 | $2,938.46 | $0.00 |
| 2060 | J. Gully | 752 | LT | Dell | Latitude D610 | DKZRL81 | 1236 | 10/8/2005 | $1,680.65 | $1,680.65 | $0.00 |
| 3022 | Stacey Baker | 910 | LT | Dell | OptiPlex GX620 | 6NF7N81 | 1108 | 10/15/2005 | $2,273.49 | $2,273.49 | $0.00 |
| 3011 | Hongwei Wang | 655 | LT | Dell | Latitude D610 | 9BBMN81 | 1098 | 10/20/2005 | $2,673.88 | $2,673.88 | $0.00 |
| 2027 | | 656 | DT | Dell | OptiPlex GX620 | JWC3Y81 | 1074 | 12/2/2005 | $2,544.82 | $2,544.82 | $0.00 |
| 2060 | K. Zahn | 910 | DT | Dell | OptiPlex GX280 | 3B29391 | 1112 | 12/29/2005 | $1,910.55 | $1,910.55 | $0.00 |
| 2060 | B. Joiner | 510 | DT | Dell | OptiPlex GX280 | H929391 | 278 | 12/29/2005 | $1,276.80 | $1,276.80 | $0.00 |
| 2053 | Ron Fiske | 510 | DT | Dell | OptiPlex GX280 | DB9R391 | 1121 | 1/3/2006 | $2,773.28 | $2,773.28 | $0.00 |
| 3011 | Hongwei Wang | 651 | DT | Dell | OptiPlex GX620 | 2ZMTB91 | 1124 | 1/26/2006 | $2,949.71 | $2,949.71 | $0.00 |
| 2052 | Jason Horn | 655 | DT | Dell | OptiPlex GX620 | 3ZMTB91 | 1183 | 1/26/2006 | $2,157.41 | $2,157.41 | $0.00 |
| 3034 | SPARE | 510 | DT | Dell | OptiPlex GX620 | 4ZMTB91 | 1181 | 1/26/2006 | $1,559.97 | $1,559.97 | $0.00 |
| 2060 | | 510 | LT | Dell | Latitude D810 | 7BWH22J | 1067 | 1/30/2006 | $2,385.95 | $2,385.95 | $0.00 |
| 2019 | V Clark | 580 | DT | Dell | OptiPlex GX620 | 950RH91 | 1092 | 2/14/2006 | $1,055.46 | $1,055.46 | $0.00 |
| 2062 | Kyriaki Exezidis | 510 | DT | Dell | OptiPlex GX620 | B50RH91 | 1148 | 2/14/2006 | $1,656.28 | $1,656.28 | $0.00 |
| 2068 | R Jones | 580 | DT | Dell | OptiPlex GX620 | 4K5QQ91 | 1137 | 3/29/2006 | $1,414.45 | $1,414.45 | $0.00 |
| 2060 | | | | Dell | XPS 600 | GJKZT91 | N/A | 4/19/2006 | $3,199.00 | $3,199.00 | $0.00 |
| 2060 | G Lindsay | 754 | LT | Dell | Latitude D610 | CQTFZ91 | 1159 | 5/14/2006 | $2,192.51 | $2,192.51 | $0.00 |
| 2060 | S. Humphrey | 220 | LT | Dell | Latitude D610 | 2TCV1B1 | 1169 | 5/28/2006 | $3,331.94 | $3,331.94 | $0.00 |

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule 41
Office Equipment as of the Effective Date of September 30, 2016

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2060 | Fred Goss | 915 | DT | Dell | OptiPlex GX260 | 13KJ3B1 | 1152 | 6/6/2006 | $1,484.01 | $1,484.01 | $0.00 |
| 2060 | T. Langston | 640 | LT | Dell | Latitude D610 | 6QXD6B1 | 1252 | 6/23/2006 | $1,826.45 | $1,826.45 | $0.00 |
| 2019 | W Yang | 655 | | Dell | OptiPlex GX620 | BBWCLB1 | 1185 | 8/8/2006 | $2,110.07 | $2,110.07 | $0.00 |
| 2060 | | | LT | Dell | Precision M90 | 9GWZPB1 | 1168 | 9/6/2006 | $1,939.13 | $1,939.13 | $0.00 |
| 3015 | S Ma | 655 | | Dell | OptiPlex GX620 | HKTBQB1 | 1166 | 9/6/2006 | $1,925.14 | $1,925.14 | $0.00 |
| 2060 | J Stein | 655 | | Dell | Latitude D610 | 201BQB1 | 1225 | 9/8/2006 | $2,199.65 | $2,199.65 | $0.00 |
| 2019 | | 510 | | Dell | OptiPlex GX620 | 8LBG7C1 | 1020 | 10/9/2006 | $2,365.26 | $2,365.26 | $0.00 |
| 2060 | | | LT | Dell | Precision M90 | H4N8K2J | N/A | 10/26/2006 | $1,349.00 | $1,349.00 | $0.00 |
| 2060 | A Wagner | 580 | | Dell | OptiPlex GX620 | C9SJ2C1 | 1174 | 11/8/2006 | $1,772.50 | $1,772.50 | $0.00 |
| 2073 | Stewart Waller | 510 | | Dell | OptiPlex GX620 | 8F8C3C1 | 1179 | 11/14/2006 | $1,979.05 | $1,979.05 | $0.00 |
| 2049 | Fobs | 510 | | Dell | OptiPlex GX620 | 18JQ5C1 | 1149 | 11/29/2006 | $1,656.28 | $1,656.28 | $0.00 |
| 2060 | S. Caudill | 510 | | Dell | OptiPlex GX620 | 827Q5C1 | 1182 | 11/29/2006 | $1,559.97 | $1,559.97 | $0.00 |
| 3036 | Janell Cantu | 910 | | Dell | OptiPlex GX620 | FKLR6C1 | 1189 | 12/6/2006 | $1,899.00 | $1,899.00 | $0.00 |
| 2009 | J Bloomquist | 754 | | Dell | Latitude D620 | 5FWB7C1 | 1164 | 12/11/2006 | $2,472.46 | $2,472.46 | $0.00 |
| | | | | | | | | | | | |
| 2014 | Vis. Room 2005 | 910 | | Dell | OptiPlex GX620 | 4BBBCC1 | 1158 | 1/9/2007 | $2,225.64 | $2,225.64 | $0.00 |
| 2006 | Vis Room | 910 | | Dell | OptiPlex 745 | FYP7KC1 | 1211 | 2/14/2007 | $1,295.61 | $1,295.61 | $0.00 |
| 2018 | Andrew Lewis | 420 | | Dell | OptiPlex 745 | H2SFMC1 | 1203 | 3/5/2007 | $2,250.32 | $2,250.32 | $0.00 |
| 2008 | David Goodwin | 510 | | Dell | OptiPlex 745 | 451RMC1 | 1196 | 3/7/2007 | $1,990.28 | $1,990.28 | $0.00 |
| 2019 | B. Schrom | 910 | | Dell | OptiPlex 745 | 50LRMC1 | 1197 | 3/7/2007 | $1,866.51 | $1,866.51 | $0.00 |
| 3013 | M Burton | 580 | | Dell | OptiPlex 745 | FWRRMC1 | 1248 | 3/7/2007 | $1,626.97 | $1,626.97 | $0.00 |
| Reception 3rd | Board Room | 910 | | Dell | OptiPlex 745 | GYP7KC1 | 1212 | 3/14/2007 | $1,295.60 | $1,295.60 | $0.00 |
| 2011 | | 420 | | Dell | OptiPlex 755 | JMR2YF1 | 1274 | 3/25/2007 | $1,044.65 | $1,044.65 | $0.00 |
| 2060 | M Aguilar | 910 | | Dell | OptiPlex 745 | 1HC4RC1 | 1205 | 3/29/2007 | $1,866.51 | $1,866.51 | $0.00 |
| 2010 | Vu Ha | 420 | | Dell | OptiPlex 745 | 3N98RC1 | 1207 | 3/30/2007 | $1,311.11 | $1,311.11 | $0.00 |
| 2059 | T. Loehr | 510 | | Dell | OptiPlex 745 | HM98RC1 | 1202 | 3/30/2007 | $2,616.14 | $2,616.14 | $0.00 |
| 2081 | Ken Orlaska | 754 | | Dell | OptiPlex 745 | 3XPNRC1 | 1202 | 4/4/2007 | $2,416.66 | $2,416.66 | $0.00 |
| 2029 | B. Linhart | 656 | | Dell | OptiPlex 745 | DWPNRC1 | 1201 | 4/4/2007 | $2,416.66 | $2,416.66 | $0.00 |
| 2058 | T Toro | 510 | | Dell | OptiPlex 745 | JWPNRC1 | 1245 | 4/4/2007 | $2,064.01 | $2,064.01 | $0.00 |
| 2075 | Lizhen Jin | 510 | | Dell | OptiPlex 745 | 1DKXXC1 | 1233 | 5/7/2007 | $1,840.79 | $1,840.79 | $0.00 |
| 2040 | Z Oliver | 510 | | Dell | OptiPlex 745 | FCKXYC1 | 1219 | 5/16/2007 | $2,616.15 | $2,616.15 | $0.00 |
| 2049 | Image | 510 | | Dell | OptiPlex 745 | 494PZC1 | 1214 | 5/22/2007 | $1,496.36 | $1,496.36 | $0.00 |
| 2059 | Joshua Schrom | 510 | | Dell | OptiPlex 745 | CNGL1D1 | 1246 | 6/2/2007 | $2,404.34 | $2,404.34 | $0.00 |
| 2067 | Steve Caudill | 510 | | Dell | OptiPlex 745 | DNGL1D1 | 1230 | 6/2/2007 | $1,840.79 | $1,840.79 | $0.00 |
| 2007 | S Rothrock | 510 | | Dell | OptiPlex 745 | FNGL1D1 | 1216 | 6/2/2007 | $2,604.30 | $2,604.30 | $0.00 |
| 2025 | | 653 | | Dell | OptiPlex 745 | 4LC4CD1 | 1238 | 7/25/2007 | $2,488.36 | $2,488.36 | $0.00 |
| 2017 | Lee Miester | 420 | | Dell | OptiPlex 745 | 9YJDDD1 | 1235 | 7/30/2007 | $1,820.50 | $1,820.50 | $0.00 |
| 2009 | J Sadler | 754 | | Dell | Latitude D620 | 1CXLFD1 | 1222 | 8/8/2007 | $2,430.83 | $2,430.83 | $0.00 |
| 2019 | | | | Dell | OptiPlex 745 | 9SZDLD1 | 1226 | 8/31/2007 | $1,683.75 | $1,683.75 | $0.00 |
| 3012 | Jaime Stein | | | Dell | Latitude D830 | 5799MD1 | N/A | 9/10/2007 | $2,199.00 | $2,199.00 | $0.00 |
| 2060 | K Pate | 910 | | Dell | OptiPlex 745 | 8V65QD1 | 1228 | 9/19/2007 | $1,587.67 | $1,587.67 | $0.00 |
| 2060 | | 910 | | Dell | Latitude D630 | B7ZSRD1 | 1160 | 9/29/2007 | $2,562.04 | $2,562.04 | $0.00 |
| 3029 | D Franklin | 653 | | Dell | OptiPlex 745 | 9KY6XD1 | 1239 | 10/12/2007 | $1,673.81 | $1,673.81 | $0.00 |
| 3022 | R McArthur | 754 | | Dell | Latitude D630 | 8HBSYD1 | 1262 | 10/21/2007 | $2,036.95 | $2,036.95 | $0.00 |
| 3019 | | 510 | | Dell | OptiPlex 745 | 9SK0ZD1 | 1249 | 10/21/2007 | $2,571.32 | $2,571.32 | $0.00 |
| 2019 | J Weigant | 650 | | Dell | OptiPlex 745 | 56T3ZD1 | 1284 | 10/22/2007 | $1,359.05 | $1,359.05 | $0.00 |

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule 41
Office Equipment as of the Effective Date of September 30, 2016

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | D Franklin | 653 | Dell | Latitude D630 | 2J6C5F1 | 1261 | 11/29/2007 | $1,826.44 | $1,826.44 | $0.00 |
| 2051 | S Svatek | 580 | Dell | Latitude D630 | 4L6C5F1 | 1258 | 11/29/2007 | $1,826.45 | $1,826.45 | $0.00 |
| 2015 | Mouna Gargouri | 420 | Dell | OptiPlex 745 | HJ9B6F1 | N/A | 12/3/2007 | $1,044.65 | $1,044.65 | $0.00 |
| 2060 | G Yu | 655 | Dell | Latitude D630 | 6MVJJF1 | 1270 | 1/25/2008 | $2,355.55 | $2,355.55 | $0.00 |
| 2019 | J Comacho | 580 | Dell | OptiPlex 755 | GKV1YF1 | 1273 | 3/25/2008 | $1,044.65 | $1,044.65 | $0.00 |
| 2033 | C Denker | 580 | Dell | OptiPlex 755 | 3DD0BG1 | 1283 | 5/14/2008 | $1,913.56 | $1,913.56 | $0.00 |
| 2074 | Matthew Stanulonis | 510 | Dell | Precision T3400 | 5FLYNG1 | 1285 | 6/26/2008 | $1,636.09 | $1,636.09 | $0.00 |
| 2061 | Aaron Whitaker | 510 | Dell | Precision T3400 | HHZKRG1 | 1287 | 7/7/2008 | $1,636.09 | $1,636.09 | $0.00 |
| 2064 | Roel Morales | 510 | Dell | Precision T3400 | 8M24XG1 | 1286 | 7/26/2008 | $1,636.09 | $1,636.09 | $0.00 |
| Reception 2nd | Michelle Graham | 510 | Dell | OptiPlex 755 | CMKP4H1 | 1289 | 8/13/2008 | $1,634.06 | $1,634.06 | $0.00 |
| 2048 | S. Larson | 510 | Dell | Precision T3400 | FDGSHH1 | 1294 | 9/26/2008 | $1,608.56 | $1,608.56 | $0.00 |
| 2083 | Alvaro Robledo | 754 | Dell | Latitude E6400 | FFLRJH1 | 1293 | 10/9/2008 | $2,345.11 | $2,345.11 | $0.00 |
| 2055 | Mark Dhose | 510 | Dell | Precision T3400 | 25DMQH1 | 1296 | 11/19/2008 | $2,217.87 | $2,217.87 | $0.00 |
| 2019 | O Pochivalov | 580 | Dell | Precision T3400 | 6PT9TH1 | 1299 | 12/8/2008 | $2,217.86 | $2,217.86 | $0.00 |
| 2060 | | 910 | Dell | OptiPlex 760 | 50TJWH1 | 1300 | 12/19/2008 | $1,203.62 | $1,203.62 | $0.00 |
| 2049 | | 915 | Dell | OptiPlex 760 | HZ12WK1 | N/A | 9/15/2009 | $2,500.00 | $2,500.00 | $0.00 |
| 2086 | Vis. Room 2003 | 910 | Dell | Precision T3500 | 50XF0R1 | 1311 | 8/26/2011 | $3,128.20 | $3,128.20 | $0.00 |
| 2009 | | 915 | Dell | Latitude E6420 | 18PRDS1 | 1314 | 5/27/2012 | $1,824.35 | $1,824.35 | $0.00 |
| 3027 | Way Mathews | 915 | Dell | OptiPlex 7010 SFF | 5ZPKPW1 | N/A | 12/21/2012 | $799.00 | $799.00 | $0.00 |
| 2045 | Aimin Cao | 655 | Dell | OptiPlex 7010 MT | 91T4QW1 | 1320 | 1/8/2013 | $1,091.20 | $1,091.20 | $0.00 |
| 3008 | Joseph Eastep | 915 | Dell | OptiPlex 7010 MT | 91V1QW1 | 1319 | 1/8/2013 | $1,091.20 | $1,091.20 | $0.00 |
| 2022 | John Springman | 420 | Dell | Precision T3600 | 2209TW1 | 1318 | 3/14/2013 | $3,483.12 | $3,483.12 | $0.00 |
| 2065 | William Musa | 510 | Dell | Precision T3600 | 8HHNTW1 | 1321 | 3/26/2013 | $1,719.21 | $1,719.21 | $0.00 |
| 2063 | John Marugg | 510 | Dell | Precision T3600 | 8HHPTW1 | 1322 | 3/26/2013 | $1,719.20 | $1,719.20 | $0.00 |
| 3024 | Jessi Rayhill | 750 | Dell | OptiPlex 7010 MT | JBT0FX1 | 1324 | 5/17/2013 | $691.29 | $691.29 | $0.00 |
| 3018 | Mingqiu Luo | | Dell | OptiPlex 7010 MT | GJL7GX1 | N/A | 6/5/2013 | $3,199.00 | $3,199.00 | $0.00 |
| 3006 | Board Room | | Dell | OptiPlex 7010 SFF | 7PQKHX1 | 1341 | 6/27/2013 | $818.88 | $818.88 | $0.00 |
| 2013 | Tuna Sansal | 420 | Dell | Precision T3600 | 4FR49Y1 | N/A | 8/23/2013 | $1,044.65 | $1,044.65 | $0.00 |
| 2019 | for Janell Cantu | 910 | Dell | OptiPlex 7010 MT | GG659Y1 | N/A | 8/27/2013 | on lease | | |
| 3040 | Kelly Pate | 910 | Dell | OptiPlex 7010 MT | GG669Y1 | N/A | 8/27/2013 | on lease | | |
| 3042 | Brian Watson | 910 | Dell | OptiPlex 7010 MT | GG749Y1 | N/A | 8/27/2013 | on lease | | |
| 3039 | Patricia Zambrano | 910 | Dell | OptiPlex 7010 MT | GG759Y1 | N/A | 8/27/2013 | on lease | | |
| 3041 | Olay Shorunke | 910 | Dell | OptiPlex 7010 MT | GG769Y1 | N/A | 8/27/2013 | on lease | | |
| 3037 | Patricia Gentry | 910 | Dell | OptiPlex 7010 MT | GG849Y1 | N/A | 8/27/2013 | on lease | | |
| 3030 | Deborah Walker | 910 | Dell | OptiPlex 7010 MT | GG859Y1 | N/A | 8/27/2013 | on lease | | |
| 3035 | Sandra Frisco | 910 | Dell | OptiPlex 7010 MT | GG869Y1 | N/A | 8/27/2013 | on lease | | |
| 2036 | Frank Landers | 580 | Dell | OptiPlex 7010 MT | 3ZSH9Y1 | 1339 | 8/30/2013 | $1,539.72 | $1,539.72 | $0.00 |

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule 41
Office Equipment as of the Effective Date of September 30, 2016

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2052 | Jason Horn | 655 | | Dell | Precision T3600 | B1YH9Y1 | | 9/4/2013 | $1,699.00 | $1,699.00 | $0.00 |
| 3009 | Yongfeng Li | | | Dell | OptiPlex 7010 MT | CKC3BY1 | 1334 | 9/18/2013 | $779.07 | $779.07 | $0.00 |
| 2077 | G. Yu | 510 | | Dell | OptiPlex 7010 MT | CKN4BY1 | 1338 | 9/18/2013 | $1,645.81 | $1,645.81 | $0.00 |
| 2072 | Tim Shepard | 510 | | Dell | OptiPlex 7010 MT | CKP2BY1 | 1333 | 9/18/2013 | $2,078.77 | $2,078.77 | $0.00 |
| 2041 | Jack Camacho | 580 | | Dell | OptiPlex 7010 MT | 3ZSG9Y1 | 1330 | 11/3/2013 | $6,073.18 | $4,168.23 | $1,904.95 |
| 3012 | Jaime Stein | | | | XPS 12 | 5S35VY1 | 1346 | 11/8/2013 | $1,878.40 | $1,774.04 | $104.36 |
| 2035 | Joel Latchman | 580 | | Dell | OptiPlex 7010 MT | D4WHBZ1 | 1347 | 11/26/2013 | $2,164.98 | $2,044.70 | $120.28 |
| 2034 | Amy Peterson | 580 | | Dell | OptiPlex 7010 MT | G4WHBZ1 | 1348 | 12/2/2013 | $2,164.98 | $1,984.57 | $180.42 |
| 2051 | David Franklin | 655 | | Dell | OptiPlex 7010 MT | 8Q2NCZ1 | N/A | 12/18/2013 | $999.00 | $915.75 | $83.25 |
| | | | | | | | | | | | |
| 2060 | Kyle Brock | 510 | LT | Dell | Latitude D820 | DNHBFC1 | 1195 | 1/27/2014 | $2,343.17 | $2,082.82 | $260.35 |
| 2009 | Fred Goss | 915 | | Dell | OptiPlex 7010 MT | DBL2GZ1 | 1357 | 2/7/2014 | $735.65 | $633.48 | $102.17 |
| 2026 | Trond Haugland | 510 | | | MS Surface Pro II | 13441140253 | 1366 | 2/19/2014 | $1,898.44 | $1,634.77 | $263.67 |
| 2070 | Tom Charlton | 510 | | Dell | OptiPlex 7010 MT | B547H02 | 1356 | 2/19/2014 | $931.15 | $801.82 | $129.33 |
| 2079 | Helga Stein | 754 | | | Venu 11 Pro | D40N7Z1 | 1362 | 3/12/2014 | $1,610.03 | $1,341.69 | $268.34 |
| 2078 | Bill Thomas | 754 | | | Venu 11 Pro | F40N7Z1 | 1361 | 3/12/2014 | $1,610.03 | $1,341.69 | $268.34 |
| 2081 | Ken Orlaska | 754 | | | Venu 11 Pro | HMWM7Z1 | 1360 | 3/12/2014 | $1,610.03 | $1,341.69 | $268.34 |
| 2080 | Brian Adams | 754 | | | Venu 11 Pro | 8NXM7Z1 | 1359 | 3/14/2014 | $1,610.03 | $1,341.69 | $268.34 |
| 2032 | Sergey Astvatsaturov | 580 | | Dell | OptiPlex 7010 MT | G543K02 | 1364 | 4/1/2014 | $3,658.65 | $2,947.25 | $711.40 |
| 2044 | Michael Angel | 580 | | Dell | OptiPlex 7010 MT | G546K02 | 1363 | 4/1/2014 | $3,658.65 | $2,947.25 | $711.40 |
| 3021 | Bill Schrom | 910 | | Dell | OptiPlex 7010 MT | 33LCL02 | 1368 | 4/17/2014 | $800.06 | $644.49 | $155.57 |
| 3045 | Wendy Young | 910 | | Dell | OptiPlex 7010 MT | 9NY1W12 | 1373 | 6/6/2014 | $1,282.40 | $961.80 | $320.60 |
| 2046 | Ian Haber | 655 | | Dell | Precision T3610 | 4ZF7Y12 | 1378 | 7/11/2014 | $1,799.33 | $1,299.52 | $499.81 |
| 3023 | Tigress Meeting | 910 | | Dell | Precision T1700 | C5HGZ12 | N/A | 8/21/2014 | $1,799.00 | $1,249.31 | $549.69 |
| 2043 | Amber Luling | 580 | | Dell | OptiPlex 7010 MT | HSTXZ12 | 1382 | 9/8/2014 | $3,256.48 | $2,170.99 | $1,085.49 |
| 2038 | Camelo Perez | 580 | | Dell | OptiPlex 7010 MT | HXJYZ12 | 1379 | 9/13/2014 | $3,256.48 | $2,170.99 | $1,085.49 |
| 2068 | Michael McClimans | 510 | | Dell | OptiPlex 7010 MT | 9NTKP22 | 1385 | 9/22/2014 | $936.56 | $624.37 | $312.19 |
| 3014 | Michael Glinsky | | | Apple | Apple 27" Display | C02N83VZF2GC | 1384 | 10/21/2014 | $8,271.41 | $5,284.51 | $2,986.90 |
| 3014 | Michael Glinsky | | | Apple | Apple 27" Display | C02NC5R0F2GC | 1384 | 10/21/2014 | $8,271.41 | $5,284.51 | $2,986.90 |
| 3014 | Michael Glinsky | | | Apple | Apple MAC Pro | F5KNK063F694 | 1384 | 10/21/2014 | $8,271.41 | $5,284.51 | $2,986.90 |
| 3014 | Michael Glinsky | | | | Pegasus 2R4 | M9214408100601 | N/A | 10/23/2014 | $1,099.00 | $702.14 | $396.86 |
| 2048 | Bert Chinen | 754 | | Dell | Latitude 15/5000 | 53LDN12 | 1387 | 11/3/2014 | $1,435.41 | $877.20 | $558.22 |
| 2038 | John Sullivan | 580 | | Dell | OptiPlex 7010 MT | HSJZZ12 | 1383 | 11/8/2014 | $3,256.48 | $1,990.07 | $1,266.41 |
| 2060 | | | LT | Sony | Viao PCG-R505DL | 28337330 3411807 | N/A | 1/1/2014 | $1,399.00 | $1,243.56 | $155.44 |
| 2060 | | | Microwave | Panasonic | NN-SN778S | 6F13171712 | N/A | 1/1/2014 | $1,799.00 | $1,599.11 | $199.89 |
| 2060 | | | LT | Toshiba | L25-S119 | 95076676W | N/A | 1/1/2014 | $999.00 | $888.00 | $111.00 |
| 2060 | | | LT | Sony | PCG-7L1L | C3LM0JY1 | N/A | 1/1/2014 | $999.00 | $888.00 | $111.00 |
| 2060 | | | Monitor | Dell | 1901 FP | CN05Y2327161864IBBH2 | N/A | 1/1/2014 | $400.00 | $355.56 | $44.44 |
| 2060 | | | Monitor | Dell | 1907 FPc | CN0CC299641806C80B3A | N/A | 1/1/2014 | $400.00 | $355.56 | $44.44 |
| 2060 | | | Monitor | Dell | 1908 FPt | CN0FP18271618766AU6 | N/A | 1/1/2014 | $400.00 | $355.56 | $44.44 |
| 2060 | | | Monitor | Dell | 1908 FPt | CN0FP18271618766BB2P | N/A | 1/1/2014 | $400.00 | $355.56 | $44.44 |
| 2060 | | | Monitor | Dell | 1905 FP | CN0T611671618518AD7D | N/A | 1/1/2014 | $400.00 | $355.56 | $44.44 |
| 2060 | | | Printer | HP | LJ 1320 | CNBC49G5D7 | N/A | 1/1/2014 | $1,899.00 | $1,688.00 | $211.00 |
| 2060 | | | Printer | HP | LJ 1300 | CNBKF17320 | N/A | 1/1/2014 | $1,899.00 | $1,688.00 | $211.00 |
| 2060 | Laptop for Show | 750 | LT | HP | Pavilion dv8000 | CND63425Q4 | 1170 | 1/1/2014 | $1,271.93 | $1,130.60 | $141.33 |
| 2060 | | | Printer | Epson | Stylus Photo R200 | FR5K320151 | N/A | 1/1/2014 | $1,399.00 | $1,243.56 | $155.44 |

GeoTrace Technologies, Inc.
Case No. 16-36419

Office Equipment as of the Effective Date of September 30, 2016

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2060 | J. Perez | 910 | LT | Sony | Viao PCG-Z1WA | J00065FJ | 287 | 1/1/2014 | $3,159.81 | $2,808.72 | $351.09 |
| 2060 | B. Schrom | 910 | LT | Sony | Vaio VGN-S260 | J000BMC1 | 1009 | 1/1/2014 | $2,164.99 | $1,924.44 | $240.55 |
| 2060 | | | Monitor | Dell | 1900 FP | MX09J36747605335AXG0 | N/A | 1/1/2014 | $400.00 | $355.56 | $44.44 |
| 2060 | | | Monitor | Dell | 1900 FP | MX09J36747605341AB25 | N/A | 1/1/2014 | $400.00 | $355.56 | $44.44 |
| 2030 | RS Work Room | 420 | | | N/A | N/A | N/A | 1/1/2014 | $400.00 | $355.56 | $44.44 |
| 2049 | I.T. Switch Room | 510 | | | N/A | N/A | N/A | 1/1/2014 | $400.00 | $355.56 | $44.44 |
| 2060 | I.T. Storage | 915 | | | Dell 19" Display | N/A | N/A | 1/1/2014 | $1,100.00 | $977.78 | $122.22 |
| 3007 | Michael Fleming | | | | IBM Thinkpad | | | 1/1/2014 | $400.00 | $355.56 | $44.44 |
| | | | | | | | | | $2,000.00 | $1,777.78 | $222.22 |
| | | | | | | | | | **$87,490.99** | **$66,371.64** | **$21,119.35** |

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule 41
Office Equipment as of the Effective Date of September 30, 2016

### *COMPUTER EQUIP*

**LOCATION - 5959 CORP DR (HOUSTON)**

| Center | Asset ID | Acquistion Date | Name | Model | Service Tag | Asset Tag | Monitors | Acquired Value | Accum Depr as of 9-30-16 | Net Book Value |
|--------|----------|-----------------|------|-------|-------------|-----------|----------|----------------|--------------------------|----------------|
| 910 | | | Accounting 1 | PowerEdge 1950 | 9HD71F1 | 11/2/2007 | 1 | 2,316.56 | 2,316.56 | 0.00 |
| 910 | | | Accounting 2 | PowerEdge 1950 | HHD71F1 | 11/2/2007 | 1 | 2,316.56 | 2,316.56 | 0.00 |
| 910 | | | ADP | PowerEdge 860 | BWKWHD1 | 8/23/2007 | 1 | 2,853.47 | 2,853.47 | 0.00 |
| 910 | | | Geoserv | PowerEdge 2950 | CJYYTF1 | 3/13/2008 | 1 | 2,551.45 | 2,551.45 | 0.00 |
| | | | | | | | | 10,038.04 | 10,038.04 | 0.00 |

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule 44
Depreciation Schedule as of Effective Date of September 30, 2016

**ACCUM. DEPREC. - PP&E ROLLFORWARD**

| Acct No | | | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 | Oct-16 | Nov-16 | Dec-16 | YTD 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1810-000 | Furniture & Fixtures - Balance | 1810 | (267,352.31) | (268,170.28) | (268,935.49) | (269,753.46) | (270,545.07) | (271,363.04) | (272,154.65) | (272,972.62) | (273,629.79) | (274,265.78) | (274,265.78) | (274,265.78) | (274,265.78) | (274,265.78) |
| | Additions | | (9,490.39) | (817.97) | (765.21) | (817.97) | (791.61) | (817.97) | (791.61) | (817.97) | (657.17) | (635.99) | - | - | - | (6,913.47) |
| | Retirements | | - | | | | | | | | | | | | | - |
| | Adjustments | | - | | | | | | | | | | | | | - |
| 1811-000 | CPU's - Balance | 1811 | (4,872,076.19) | (4,876,847.03) | (4,881,172.19) | (4,878,828.84) | (4,883,113.02) | (4,887,540.10) | (4,891,645.02) | (4,895,859.04) | (4,899,943.48) | (4,903,768.89) | (4,903,768.89) | (4,903,768.89) | (4,903,768.89) | (4,903,768.89) |
| | Additions | | (65,302.14) | (4,770.84) | (4,325.16) | (4,623.53) | (4,284.18) | (4,427.08) | (4,104.92) | (4,214.02) | (4,084.64) | (3,825.41) | | | | (38,659.78) |
| | Additions-Venz | | | | | 6,966.88 | | | | | | | | | | 6,966.88 |
| | Retirements | | - | | | | | | | | | | | | | - |
| | Adjustments | | - | | | Venz Retmt | - | | | | | | | | | |
| 1812-000 | Disk Drives - Balance | 1812 | (1,394,470.76) | (1,394,641.36) | (1,394,800.95) | (1,394,971.55) | (1,395,136.64) | (1,395,307.24) | (1,395,472.33) | (1,395,642.93) | (1,395,813.53) | (1,395,978.62) | (1,395,978.62) | (1,395,978.62) | (1,395,978.62) | (1,395,978.62) |
| | Additions | | (2,057.06) | (170.60) | (159.59) | (170.60) | (165.09) | (170.60) | (165.09) | (170.60) | (170.60) | (165.09) | - | - | - | (1,507.86) |
| | Retirements | | - | | | | | | | | | | | | | - |
| | Adjustments | | - | | | | | | | | | | | | | - |
| 1813-000 | Tape Drives - Balance | 1813 | (356,358.91) | (356,650.24) | (356,922.77) | (357,214.10) | (357,496.03) | (357,787.36) | (358,069.29) | (358,360.62) | (358,651.95) | (358,933.88) | (358,933.88) | (358,933.88) | (358,933.88) | (358,933.88) |
| | Additions | | (2,935.50) | (291.33) | (272.53) | (291.33) | (281.93) | (291.33) | (281.93) | (291.33) | (291.33) | (281.93) | - | - | - | (2,574.97) |
| | Retirements | | - | | | | | | | | | | | | | - |
| | Adjustments | | - | | | | | | | | | | | | | - |
| 1814-000 | Plotters - Balance | 1814 | (36,254.85) | (36,254.85) | (36,254.85) | (36,254.85) | (36,254.85) | (36,254.85) | (36,254.85) | (36,254.85) | (36,254.85) | (36,254.85) | (36,254.85) | (36,254.85) | (36,254.85) | (36,254.85) |
| | Additions | | - | | | | | | | | | | | | | - |
| | Retirements | | - | | | | | | | | | | | | | - |
| | Adjustments | | - | | | | | | | | | | | | | - |
| 1816-000 | Other - Balance | 1816 | (1,211,631.31) | (1,212,283.33) | (1,212,893.29) | (1,213,545.31) | (1,214,176.31) | (1,214,828.33) | (1,215,459.33) | (1,216,111.35) | (1,216,763.37) | (1,217,394.37) | (1,217,394.37) | (1,217,394.37) | (1,217,394.37) | (1,217,394.37) |
| | Additions | | (7,041.55) | (652.02) | (609.96) | (652.02) | (631.00) | (652.02) | (631.00) | (652.02) | (652.02) | (631.00) | - | - | - | (5,763.06) |
| | Retirements | | - | | | | | | | | | | | | | - |
| | Adjustments | | - | | | | | | | | | | | | | - |
| 1917&1918 | Internal Software - Balance | 1817-1918 | (25,671,747.54) | (25,821,719.88) | (25,969,248.83) | (26,117,873.49) | (26,267,602.18) | (26,418,398.81) | (26,562,059.90) | (26,696,148.60) | (26,822,364.69) | (26,949,481.00) | (26,949,481.00) | (26,949,481.00) | (26,949,481.00) | (26,949,481.00) |
| | Additions | | (3,641,718.18) | (149,972.34) | (147,528.95) | (148,624.66) | (149,728.69) | (150,796.63) | (143,661.09) | (134,088.70) | (126,216.09) | (127,116.31) | | | | (1,277,733.46) |
| | Retirements | | - | | | | | | | | | | | | | - |
| | Adjustments | | 3,848.96 | | | | | | | | | | | | | - |
| 1818-000 | Software - Balance | 1818 | (3,336,267.59) | (3,341,333.31) | (3,346,072.21) | (3,351,137.93) | (3,356,040.23) | (3,361,105.95) | (3,366,008.25) | (3,371,073.97) | (3,376,139.69) | (3,381,041.99) | (3,381,041.99) | (3,381,041.99) | (3,381,041.99) | (3,381,041.99) |
| | Additions | | (54,734.76) | (5,065.72) | (4,738.90) | (5,065.72) | (4,902.30) | (5,065.72) | (4,902.30) | (5,065.72) | (5,065.72) | (4,902.30) | | | | (44,774.40) |
| | Retirements | | - | | | | | | | | | | | | | - |
| | Adjustments | | - | | | | | | | | | | | | | - |
| 1819-000 | LH Improvements - Balance | 1819 | (488,824.26) | (488,824.26) | (488,824.26) | (488,824.26) | (488,824.26) | (488,824.26) | (488,824.26) | (488,824.26) | (488,824.26) | (488,824.26) | (488,824.26) | (488,824.26) | (488,824.26) | (488,824.26) |
| | Additions | | - | | | | | | | | | | | | | - |
| | Retirements | | - | | | | | | | | | | | | | - |
| | Adjustments | | - | | | | | | | | | | | | | - |
| | **TOTAL PP&E** | | (37,634,983.72) | (37,796,724.54) | (37,955,124.84) | (38,108,403.79) | (38,269,188.59) | (38,431,409.94) | (38,585,947.88) | (38,731,248.24) | (38,868,385.61) | (39,005,943.64) | (39,005,943.64) | (39,005,943.64) | (39,005,943.64) | (39,005,943.64) |
| | *Total Additions* | | (3,783,279.58) | (161,740.82) | (158,400.30) | (160,245.83) | (160,784.80) | (162,221.35) | (154,537.94) | (145,300.36) | (137,137.57) | (137,558.03) | - | - | - | (1,377,927.00) |
| | *Total Retirements* | | - | - | - | 6,966.88 | - | - | - | - | - | - | - | - | - | 6,966.88 |
| | *Total Adjustments* | | 3,848.96 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | *Net Change* | | (3,779,430.62) | (161,740.82) | (158,400.30) | (153,278.95) | (160,784.80) | (162,221.35) | (154,537.94) | (145,300.36) | (137,137.57) | (137,558.03) | - | - | - | (1,370,960.12) |

**GEOTRACE TECHNOLOGIES**
**IP Status Chart**
As of Sept. 19, 2013

**U.S. Patent**

| Summary | Status | Next Action Due |
|---------|--------|-----------------|
| U.S. Patent No. 7,447,114, issued November 4, 2008, entitled "Non-linear seismic trace matching to well logs" Based on U.S. Application Serial No. 11/216,816 | Granted | 8th-year maintenance fee due 5/4/2016 |

**U.S. Trademarks**

| Mark | Registration Number | Application Serial Number | Status | Next Action Due |
|------|---------------------|---------------------------|--------|-----------------|
| ANSER | 1985282 | 74649264 | Registered | Renewal due 7/9/2016 |
| BE | 3523969 | 77433998 | Registered | 8&15 due 10/28/2014 |
| DIAMOND | 3523970 | 77434000 | Registered | 8&15 due 10/28/2014 |
| GEOTRACE & Design | 3210190 | 78562450 | Registered | Renewal due 2/20/2017 |
| GEOTRACE | 3368040 | 77137388 | Registered | Renewal due 1/15/2018 |
| HFI | 2406211 | 75873740 | Registered | Renewal due 11/21/2020 |
| MAXRES | 2894623 | 76518327 | Registered | Renewal due 10/19/2014 |
| RESOLUTIONARY | 3272139 | 78861955 | Registered | Renewal due 7/31/2017 |
| ROCKRES | 2960354 | 76517841 | Registered | Renewal due 6/7/2015 |
| TIE IT ALL TOGETHER | 3272138 | 78861950 | Registered | Renewal due 7/31/2017 |
| TIGRESS | 3629423 | 77322664 | Registered | 8&15 due 6/2/2015 |

**Community Trademark**

| Mark | Registration Number | Application Serial Number | Status | Next Action Due |
|------|---------------------|---------------------------|--------|-----------------|
| GEOTRACE | 5794871 | 5794871 | Registered | Renewal due 3/31/2017 |

**U.S. Copyrights**

| Name | Registration Number | Status | Expiration Date |
|------|---------------------|--------|-----------------|
| DIAMOND | TXu 1-585-905 | Registered | 12/31/2103 |
| RECORDING & TESTING STANDARDS MANUAL DFS V CREWS | 133-765 | Registered | 12/31/2083 |

GeoTrace Technologies, Inc.

Schedule 60(b)

Case No. 16-36419

Trademark Report as of July 25, 2014

| Mark | Country | Status | Application Number | Application Date | Registration Number | Registration Date | Class | Goods/Services |
|------|---------|--------|--------------------|-----------------|---------------------|-------------------|-------|----------------|
| ANSER | United States | Registered | 74/649,264 | 3/20/1995 | 1,985,282 | 7/9/1996 | 35 | Data processing services in the field of oil and gas explora |
| BE | United States | Registered | 77/433,998 | 3/28/2008 | 3,523,969 | 10/28/2008 | 42 | Subsurface analysis services for the petroleum industry, inc |
| DIAMOND | United States | Registered | 77/434,000 | 3/28/2008 | 3,523,970 | 10/28/2008 | 42 | Subsurface analysis services for the petroleum industry, inc |
| GEOTRACE | European Community Trademark | Registered | 5794871 | 3/29/2007 | 5794871 | 1/30/2008 | 42 | Analysis for oil-field exploitation; geological research; geological surveys; oil-field surveys; underwater exploration; subsurface analysis services for the petroleum industry; including geophysical data analysis, reservoir definition, evaluation and modeling services; subsurface imaging services, namely, geophysical, geological and petrophysical imaging and analysis for the petroleum industry |
| GEOTRACE | United States | Registered | 77/137,388 | 3/22/2007 | 3,368,040 | 1/15/2008 | 42 | Subsurface analysis services for the petroleum industry, inc |
| GEOTRACE & Design | United States | Registered | 78/562,450 | 2/8/2005 | 3,210,190 | 2/20/2007 | 42 | Subsurface analysis services for the petroleum industry, inc |
| HDBAND | United States | Pending | 86/221,579 | 3/14/2014 | | | 42 | Analysis services for the petroleum industry, including geop |
| HFI | United States | Registered | 75/873,740 | 12/16/1999 | 2,406,211 | 11/21/2000 | 42 | Data analysis services in the geophysical field for the petr |
| MAXRES | United States | Registered | 76/518,327 | 6/2/2003 | 2,894,623 | 10/19/2004 | 42 | Computer graphic services and computer software development |
| RESOLUTIONARY | United States | Registered | 78/861,955 | 4/14/2006 | 3,272,139 | 7/31/2007 | 42 | Subsurface analysis services for the petroleum industry, inc |
| ROCKRES | United States | Registered | 76/517,841 | 5/29/2003 | 2,960,354 | 6/7/2005 | 42 | Computer graphic services and computer software development |
| TIE IT ALL TOGETHER | United States | Registered | 78/861,950 | 4/14/2006 | 3,272,138 | 7/31/2007 | 42 | Subsurface analysis services for the petroleum industry, inc |
| TIGRESS | United States | Registered | 77/322,664 | 11/6/2007 | 3,629,423 | 6/2/2009 | 42 | Geo-scientific and seismic data analysis and consultation se |

GeoTrace Technologies, Inc.  
Case No. 16-36419

Schedule 64(a)  
Capitalized Software as of Effective Date of September 30, 2016

Geotrace Technologies, Inc.  
Capitalized Software Rollforward - 680  
As of: Sept. 30, 2016

| | Account | Balance #REF! | January Debit | Credit | February Debit | Credit | March Debit | Credit | April Debit | Credit | May Debit | Credit | June Debit | Credit | July Debit | Credit | August Debit | Credit | September Debit | Credit | October Debit | Credit | November Debit | Credit | December Debit | Credit | Balance #REF! | Balance #REF! |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FY 1998 | 1717-650 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | Fiscal 1998 |
| | 1817-650 | - | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | 0.00 | |
| FY 1999 | 1717-650 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | Fiscal 1999 |
| | 1817-650 | - | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | 0.00 | |
| FY 2000 | 1717-650 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | Fiscal 2000 |
| | 1817-650 | - | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | 0.00 | |
| FY 2001 | 1717-650 | 22,541.00 | 0 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22,541.00 | Fiscal 2001 |
| | 1817-650 | (22,541.00) | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | (22,541.00) | |
| FY 2002 | 1717-650 | 129,181.00 | 0 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 129,181.00 | Fiscal 2002 |
| | 1817-650 | (129,181.00) | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | (129,181.00) | |
| FY 2003 | 1717-650 | 259,161.00 | 0 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 259,161.00 | Fiscal 2003 |
| | 1817-650 | (259,161.00) | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | (259,161.00) | |
| FY 2004 | 1717-650 | 478,789.00 | 0 | - | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 478,789.00 | Fiscal 2004 |
| | 1817-650 | (478,789.00) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (478,789.00) | |
| FY 2005 | 1717-650 | 932,363.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 932,363.00 | Fiscal 2005 |
| | 1817-650 | (932,363.00) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (932,363.00) | |
| FY 2006 | 1717-650 | 346,383.00 | 0.00 | - | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 346,383.00 | Fiscal 2006 |
| | 1817-650 | (346,383.00) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (346,383.00) | |
| FY 2007 | 1717-650 | 42,804.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 42,804.00 | Fiscal 2007 |
| | 1817-650 | (42,804.00) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (42,804.00) | |
| CY 2007 | 1917-650 | 585,215.83 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 585,215.83 | Calendar 2007 |
| | 1918-650 | (585,215.83) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (585,215.83) | |
| CY 2008 | 1917-650 | 253,049.34 | 0.00 | - | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 253,049.34 | Calendar 2008 |
| | 1918-650 | (253,049.34) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (253,049.34) | |
| CY 2009 | 1917-650 | 39,709.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | 0.00 | - | 0.00 | - | 0.00 | - | 0.00 | - | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39,709.80 | Calendar 2009 |
| | 1918-650 | (39,709.80) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (39,709.80) | |
| CY 2010 | 1917-650 | 72,380.21 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 72,380.21 | Calendar 2010 |
| | 1918-650 | (72,380.21) | | 0.00 | | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | - | | - | | - | | - | (72,380.21) | error |
| CY 2011 | 1917-650 | 564,777.11 | 0.00 | (9,412.95) | 0.00 | (9,412.95) | 0.00 | (9,412.95) | 0.00 | (9,412.95) | 0.00 | (9,412.95) | 0.00 | (8,898.82) | 0.00 | - | 0.00 | - | 0.00 | - | 0.00 | - | 0.00 | - | 0.00 | - | 564,777.11 | Calendar 2011 |
| | 1918-650 | (499,400.59) | | | | | | | | | | | | | | | | | | | | | | | | | (564,777.11) | |
| CY 2012 | 1917-650 | 718,710.35 | 0.00 | (11,978.51) | 0.00 | (11,978.51) | 0.00 | (11,978.51) | 0.00 | (11,978.51) | 0.00 | (11,978.51) | 0.00 | (11,978.51) | 0.00 | (11,978.51) | 0.00 | (11,978.51) | 0.00 | (11,978.51) | 0.00 | - | 0.00 | - | 0.00 | - | 718,710.35 | Calendar 2012 |
| | 1918-650 | (507,317.68) | | | | | | | | | | | | | | | | | | | | | | | | | (615,124.27) | |
| CY 2013 | 1917-650 | 635,319.94 | 0.00 | (10,588.67) | 0.00 | (10,588.67) | 0.00 | (10,588.67) | 0.00 | (10,588.67) | 0.00 | (10,588.67) | 0.00 | (10,588.67) | 0.00 | (10,588.67) | 0.00 | (10,588.67) | 0.00 | (10,588.67) | 0.00 | - | 0.00 | - | 0.00 | - | 635,319.94 | Calendar 2013 |
| | 1918-650 | (320,958.67) | | | | | | | | | | | | | | | | | | | | | | | | | (416,256.70) | |
| CY 2014 | 1917-650 | 702,394.16 | 0.00 | (11,706.57) | 0.00 | (11,706.57) | 0.00 | (11,706.57) | 0.00 | (11,706.57) | 0.00 | (11,706.57) | 0.00 | (11,706.57) | 0.00 | (11,706.57) | 0.00 | (11,706.57) | 0.00 | (11,706.57) | 0.00 | - | 0.00 | - | 0.00 | - | 702,394.16 | Calendar 2014 |
| | 1918-650 | (210,344.88) | | | | | | | | | | | | | | | | | | | | | | | | | (324,704.01) | |
| CY 2015 | 1917-650 | 590,481.32 | 0.00 | (9,841.36) | 0.00 | (9,841.36) | 0.00 | (9,841.36) | 0.00 | (9,841.36) | 0.00 | (9,841.36) | 0.00 | (9,841.36) | 0.00 | (9,841.36) | 0.00 | (9,841.36) | 0.00 | (9,841.36) | 0.00 | - | 0.00 | - | 0.00 | - | 590,481.32 | Calendar 2015 |
| | 1918-650 | (69,118.82) | | | | | | | | | | | | | | | | | | | | | | | | | (157,691.00) | |
| CY 2016 | 1917-650 | - | 38,639.19 | | 37,666.52 | | 32,957.24 | | 35,334.99 | | 26,901.66 | | 26,656.29 | | 23,362.01 | | 31,671.77 | | 27,876.68 | | 0.00 | - | 0.00 | - | 0.00 | - | 281,110.35 | Calendar 2016 |
| | 1918-650 | - | | (643.99) | | (1,272.13) | | (1,821.42) | | (2,410.33) | | (2,858.69) | | (3,303.00) | | (3,692.70) | | (4,220.86) | | (4,685.17) | | - | | - | | - | (24,907.99) | |
| **Totals** | 1917-650 | 6,353,260.86 | 38,639.19 | | 37,666.52 | | 32,957.24 | | 35,334.99 | | 26,901.66 | | 26,656.29 | | 23,362.01 | | 31,671.77 | | 27,876.68 | | 0.00 | | 0.00 | | 0.00 | | 6,634,370.41 | |
| | 1918-650 | (4,757,717.61) | | (54,600.19) | | (55,349.48) | | (55,349.48) | | (56,936.35) | | (56,386.75) | | (56,831.06) | | (56,706.63) | | (48,335.67) | | (48,800.28) | | 0.00 | | 0.00 | | 0.00 | (5,245,038.31) | (5,245,038.31) |

CHANGE AMORTIZATION FROM 3 YRS TO 5 YRS BEGINNING OCT 06

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| check | | | 37,139.19 | 92,811.24 | 36,166.52 | 92,488.71 | 31,457.24 | 88,306.72 | 33,834.99 | 91,273.38 | 25,401.66 | 83,288.41 | 25,156.29 | 83,489.35 | 21,882.01 | 80,088.64 | 30,171.77 | 80,007.44 | 26,376.68 | 76,676.96 | | 0.00 | (1,500.00) | | (1,500.00) | 0.00 | | |
| check | | | 1,500.00 | | 1,500.00 | | 1,500.00 | | 1,500.00 | | 1,500.00 | | 1,500.00 | | 1,500.00 | | 1,500.00 | | 1,500.00 | | | | 1,500.00 | | 1,500.00 | | | |
| | | | | | | | | | | | 36017.94 | | | | | | | | | | | | | | | | | |

GeoTrace Technologies, Inc.  
Case No. 16-36419

Schedule 64(a)  
Capitalized Software as of Effective Date of September 30, 2016

GeoTrace Technologies, Inc.  
Capitalized Software Rollforward - 651  
As of      #REF!

| | | Balance 12/31/2015 | January Debit | January Credit | February Debit | February Credit | March Debit | March Credit | April Debit | April Credit | May Debit | May Credit | June Debit | June Credit | July Debit | July Credit | August Debit | August Credit | September Debit | September Credit | October Debit | October Credit | November Debit | November Credit | December Debit | December Credit | Balance #REF! |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FY 2007 | 1917-651 | 172,759.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 172,759.00 |
| | 1918-651 | (172,759.00) | | | | | | | | | | | | | | | | | | | | | | | | | (172,759.00) |
| CY 2007 | 1917-651 | 1,391,060.41 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 1,391,060.41 |
| | 1918-651 | (1,391,060.41) | | | | | | | | | | | | | | | | | | | | | | | | | (1,391,060.41) |
| CY 2008 | 1917-651 | 1,195,848.45 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 1,195,848.45 |
| | 1918-651 | (1,195,848.45) | | | | | | | | | | | | | | | | | | | | | | | | | (1,195,848.45) |
| CY 2009 | 1917-651 | 441,378.23 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | - | | - | | - | | - | | - | | - | | - | | - | 441,378.23 |
| | 1918-651 | (441,378.23) | | | | | | | | | | | | | | | | | | | | | | | | | (441,378.23) |
| CY 2010 | 1917-651 | 367,033.79 | | - | | - | | - | | - | | - | | - | | 0.00 | | 0.00 | | - | | - | | - | | - | 367,033.79 |
| | 1918-651 | (367,033.79) | | | | | | | | | | | | | | | | | | | | | | | | | (367,033.79) |
| CY 2011 | 1917-651 | 392,436.55 | | (6,540.61) | | (6,540.61) | | (6,540.61) | | (6,540.61) | | (6,540.61) | | (2,925.02) | | - | | - | | - | | - | | - | | - | 392,436.55 |
| | 1918-651 | (356,808.46) | | | | | | | | | | | | | | | | | | | | | | | | | (392,436.55) |
| CY 2012 | 1917-651 | 402,054.25 | | (6,700.90) | | (6,700.90) | | (6,700.90) | | (6,700.90) | | (6,700.90) | | (6,700.90) | | (6,700.90) | | (6,700.90) | | - | | - | | - | | - | 402,054.25 |
| | 1918-651 | (282,821.87) | | | | | | | | | | | | | | | | | | | | | | | | | (343,129.97) |
| CY 2013 | 1917-651 | 617,682.08 | | (10,294.70) | | (10,294.70) | | (10,294.70) | | (10,294.70) | | (10,294.70) | | (10,294.70) | | (10,294.70) | | (10,294.70) | | - | | - | | - | | - | 617,682.08 |
| | 1918-651 | (315,362.20) | | | | | | | | | | | | | | | | | | | | | | | | | (408,014.59) |
| CY 2014 | 1917-651 | 460,098.63 | | (7,668.31) | | (7,668.31) | | (7,668.31) | | (7,668.31) | | (7,668.31) | | (7,668.31) | | (7,668.31) | | (7,668.31) | | - | | - | | - | | - | 460,098.63 |
| | 1918-651 | (199,910.86) | | | | | | | | | | | | | | | | | | | | | | | | | (268,925.65) |
| CY 2015 | 1917-651 | 184,245.12 | 0.00 | (3,070.75) | 0.00 | (3,070.75) | 0.00 | (3,070.75) | 0.00 | (3,070.75) | 0.00 | (3,070.75) | 0.00 | (3,070.75) | 0.00 | (3,070.75) | 0.00 | (3,070.75) | 0.00 | - | 0.00 | - | 0.00 | - | 184,245.12 |
| | 1918-651 | (13,318.17) | | | | | | | | | | | | | | | | | | | | | | | | | (40,954.92) |
| CY 2016 | 1917-651 | 0.00 | 30,147.94 | (502.47) | 12,326.83 | (707.91) | 12,326.83 | (913.36) | 12,326.83 | (1,118.81) | 12,326.83 | (1,324.25) | 12,326.83 | (1,529.70) | 12,326.83 | (1,735.15) | 13,161.45 | (1,954.51) | 13,161.45 | (2,173.86) | - | - | - | - | 130,431.82 |
| | 1918-651 | 0.00 | | | | | | | | | | | | | | | | | | | | | | | | | (11,960.02) |
| **Totals** | 1917-651 | 5,624,396.51 | 30,147.94 | (34,777.74) | 12,326.83 | (34,983.18) | 12,326.83 | (35,188.63) | 12,326.83 | (35,394.08) | 12,326.83 | (35,599.52) | 12,326.83 | (32,189.38) | 12,326.83 | (29,469.01) | 13,161.45 | (29,689.17) | 13,161.45 | (29,900.52) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,754,826.33 |
| | 1918-651 | (4,736,101.55) | | | | | | | | | | | | | | | | | | | | | | | | | (6,033,301.58) |
| | | | | 64,925.68 | | | | | | | | | | | | | | | | | | | | | | | |

START AMORTIZING IN OCT 06 OVER 5 YEARS  (60 MONTHS)  INSTEAD OF 36 MONTHS

| | | | | | | | | | (7,668.31) change | | (7,668.31) change | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

check          64,925.68          47,310.01          47,515.46          47,720.91          47,926.35          44,516.21          41,796.64          42,850.62          43,069.97          0.00          0.00          0.00

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule 64(a)
Capitalized Software as of Effective Date of September 30, 2016

Geotrace Technologies, Inc.
Capitalized Software Rollforward - 650-652
As of          #REF!

Fully amortized in Jan '16 - No entry Feb '16

| | | Balance 12/31/2015 | January Debit | January Credit | February Debit | February Credit | March Debit | March Credit | April Debit | April Credit | May Debit | May Credit | June Debit | June Credit | July Debit | July Credit | August Debit | August Credit | September Debit | September Credit | Balance #REF! | Balance #REF! |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FY 2006 | 1917-652 | 1,920,942.00 | | | | | | | | | | | | | | | | | | | 1,920,942.00 | Fiscal 2006 |
| | 1817-652 | (1,920,942.00) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (1,920,942.00) | |
| FY 2007 | 1017-652 | 652,951.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 652,951.00 | Fiscal 2007 |
| | 1918-652 | (652,951.00) | | | | | | | | | | | | | | | | | | | (652,951.00) | |
| CY 2007 | 1917-652 | 1,452,051.91 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 1,452,051.91 | Calendar 2007 |
| | 1918-652 | (1,452,051.91) | | | | | | | | | | | | | | | | | | | (1,452,051.91) | |
| CY 2008 | 1917-652 | 1,502,011.98 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 1,502,011.98 | Calender 2008 |
| | 1918-652 | (1,502,011.98) | | | | | | | | | | | | | | | | | | | (1,502,011.98) | |
| CY 2009 | 1917-652 | 1,356,991.10 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 1,356,991.10 | Calender 2009 |
| | 1918-652 | (1,356,991.10) | | | | | | | | | | | | | | | | | | | (1,356,991.10) | |
| CY 2010 | 1917-652 | 1,278,289.95 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 1,278,289.95 | Calendar 2010 |
| | 1918-652 | (1,278,289.95) | | | | | | | | | | | | | | | | | | | (1,278,289.95) | |
| CY 2011 | 1917-652 | 219,601.27 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 219,601.27 | Calendar 2011 |
| | 1918-652 | (216,072.79) | | (3,528.48) | | | | | | | | | | | | | | | | | (219,601.27) | |
| CY 2012 | 1917-652 | - | | | | | | | | | | | | | | | | | | | 0.00 | Calendar 2012 |
| | 1918-652 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | |
| CY 2013 | 1917-652 | - | | | | | | | | | | | | | | | | | | | 0.00 | Calendar 2013 |
| | 1918-652 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | |
| CY 2014 | 1917-652 | - | | | | | | | | | | | | | | | | | | | 0.00 | Calendar 2014 |
| | 1918-652 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | |
| CY 2015 | 1917-652 | - | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | Calendar 2015 |
| | 1918-652 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | |
| CY 2016 | 1917-652 | - | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | Calendar 2016 |
| | 1918-652 | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | 0.00 | |
| Totals | 1917-652 | 8,382,839.21 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 8,382,839.21 | 8,382,839.21 |
| | 1918-652 | (8,379,310.73) | | (3,528.48) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (8,382,839.21) | (8,382,839.21) |
| | | | | 3,528.48 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | - |
| | | | | | | | | | | | | | | | | | | | | | | |
| Center 650-652-Phase @ diamond | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule 64(a)
Capitalized Software as of Effective Date of September 30, 2016

**Geotrace Technologies, Inc.**
**Capitalized Software Rollforward - 650-652-2**
**As of**

**650 PHASE 2**

**#REF!**

<span style="color:red">Fully amortized in Dec '15 - No entry Jan '16</span>

| | | Balance 12/31/2015 | January Debit | Credit | February Debit | Credit | March Debit | Credit | April Debit | Credit | May Debit | Credit | June Debit | Credit | Balance #REF! | Balance 12/31/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CY 2007 | 1917-652 | 567,826.71 | | | | | | | | | | | | | 567,826.71 | Calendar 2007 |
| | 1918-652 | (567,826.71) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (567,826.71) | |
| CY 2008 | 1917-652 | 292,293.35 | | | | | | | | | | | | | 292,293.35 | Calender 2008 |
| | 1918-652 | (292,293.35) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (292,293.35) | |
| CY 2009 | 1917-652 | - | | | | | | | | | | | | | 0.00 | Calender 2009 |
| | 1918-652 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | |
| CY 2010 | 1917-652 | - | | | | | | | | | | | | | 0.00 | Calendar 2010 |
| | 1918-652 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | |
| CY 2011 | 1917-652 | - | | | | | | | | | | | | | 0.00 | Calendar 2011 |
| | 1918-652 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | |
| CY 2012 | 1917-652 | - | | | | | | | | | | | | | 0.00 | Calendar 2012 |
| | 1918-652 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | |
| CY 2013 | 1917-652 | - | | | | | | | | | | | | | 0.00 | Calendar 2013 |
| | 1918-652 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | |
| CY 2014 | 1917-652 | - | | | | | | | | | | | | | 0.00 | Calendar 2014 |
| | 1918-652 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | |
| CY 2015 | 1917-652 | - | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | Calendar 2015 |
| | 1918-652 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | |
| CY 2016 | 1917-652 | - | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | Calendar 2016 |
| | 1918-652 | - | | - | | - | | - | | - | | - | | - | 0.00 | |
| | Totals | | | | | | | | | | | | | | | |
| | 1917-652 | 860,120.06 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 860,120.06 | 860,120.06 |
| | 1918-652 | (860,120.06) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (860,120.06) | (860,120.06) |

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule 64(a)
Capitalized Software as of Effective Date of September 30, 2016

Geotrace Technologies, Inc.
Capitalized Software Rollforward - 650-653
As of          #REF!    Decker

fully amortized no entry

| | | Balance #REF! | January Debit | January Credit | February Debit | February Credit | March Debit | March Credit | April Debit | April Credit | May Debit | May Credit | June Debit | June Credit | July Debit | July Credit | August Debit | August Credit | September Debit | September Credit | October Debit | October Credit | November Debit | November Credit | December Debit | December Credit | Balance #REF! | Balance 12/31/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CY 2007 | 1917-653 | 48,000 | | | | | | | | | | | | | | | | | | | | | | | | | 48,000.00 | Calendar 2007 |
| | 1918-653 | (48,000) | | | | | | | | | | | | | | | | | | | | | | | | | (48,000.00) | |
| CY 2008 | 1917-653 | 12,000 | | | | | | | | | | | | | | | | | | | | | | | | | 12,000.00 | Calendar 2008 |
| | 1918-653 | (12,000) | | | | | | | | | | | | | | | | | | | | | | | | | (12,000.00) | |
| CY 2009 | 1917-653 | - | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 | Calendar 2009 |
| | 1918-653 | - | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 | |
| CY 2010 | 1917-653 | - | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 | Calendar 2010 |
| | 1918-653 | - | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 | |
| CY 2011 | 1917-653 | - | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 | Calendar 2011 |
| | 1918-653 | - | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 | |
| CY 2012 | 1917-653 | - | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 | Calendar 2012 |
| | 1918-653 | - | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 | |
| CY 2013 | 1917-653 | - | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 | Calendar 2013 |
| | 1918-653 | - | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 | |
| CY 2014 | 1917-653 | - | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 | Calendar 2014 |
| | 1918-653 | - | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 | |
| CY 2015 | 1917-653 | - | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | Calendar 2015 |
| | 1918-653 | - | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 | |
| Totals | 1917-653 | 60,000 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 60,000.00 | 60,000.00 |
| | 1918-653 | (60,000) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (60,000.00) | (60,000.00) |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | - | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | - | |

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule 64(a)
Capitalized Software as of Effective Date of September 30, 2016

**Geotrace Technologies, Inc.**
**Capitalized Software Rollforward - 650-654**
**As of        #REF!**

<span style="color:red">Fully amortized in Jan '16 - No entry Feb '16</span>

| | | Balance #REF! | January Debit | January Credit | February Debit | February Credit | March Debit | March Credit | April Debit | April Credit | May Debit | May Credit | June Debit | June Credit | Balance #REF! | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CY 2008 | 1917-654 | 271,797.60 | | | | | | | | | | | | | **271,797.60** | **Calender 2008** |
| | 1918-654 | (271,797.60) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | **(271,797.60)** | |
| CY2009 | 1917-654 | 280,899.66 | | | | | | | | | | | | | **280,899.66** | **Calender 2009** |
| | 1918-654 | (280,899.66) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | **(280,899.66)** | |
| CY 2010 | 1917-654 | 214,019.50 | | | | | | | | | | | | | **214,019.50** | **Calendar 2010** |
| | 1918-654 | (214,019.50) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | **(214,019.50)** | |
| CY 2011 | 1917-654 | 8,080.99 | | | | | | | | | | | | | **8,080.99** | **Calendar 2011** |
| | 1918-654 | (8,012.60) | | (68.39) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | **(8,080.99)** | |
| CY 2012 | 1917-654 | - | | | | | | | | | | | | | **0.00** | **Calendar 2012** |
| | 1918-654 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | **0.00** | |
| CY 2013 | 1917-654 | - | | | | | | | | | | | | | **0.00** | **Calendar 2013** |
| | 1918-654 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | **0.00** | |
| CY 2014 | 1917-654 | - | | | | | | | | | | | | | **0.00** | **Calendar 2014** |
| | 1918-654 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | **0.00** | |
| CY 2015 | 1917-654 | - | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | **0.00** | **Calendar 2015** |
| | 1918-654 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | **0.00** | |
| CY 2016 | 1917-654 | - | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | **0.00** | **Calendar 2016** |
| | 1918-654 | - | | - | | - | | - | | - | | - | | - | **0.00** | |
| Totals | | | | | | | | | | | | | | | | |
| | 1917-654 | 774,797.75 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | **774,797.75** | **774,797.75** |
| | 1918-654 | (774,729.36) | | (68.39) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | **(774,797.75)** | **(774,797.75)** |
| | | | | | | | | | | | | | | | | - |
| | | | | | | | | | | | | | | | | - |
| Start amortizing Jan 08 | | | | | | | | | | | | | | | | |
| check | | | | 68.39 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | |

GeoTrace Technologies, Inc.

Case No. 16-36419

Schedule 64(a)

Capitalized Software as of Effective Date of September 30, 2016

GeoTrace Technologies, Inc.
Capitalized Software Rollforward - 655
As of    #REF!

| | | Balance #REF! | January Debit | Credit | February Debit | Credit | March Debit | Credit | April Debit | Credit | May Debit | Credit | June Debit | Credit | July Debit | Credit | August Debit | Credit | September Debit | Credit | October Debit | Credit | November Debit | Credit | December Debit | Credit | Balance #REF! | | Balance 12/31/20XX | check | change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FY 2005 | 1317-655 | 124,475.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 124,475.00 Fiscal 2005 | | 124,475.00 | - | - |
| | 1817-655 | (124,475.00) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (124,475.00) | | (124,475.00) | - | - |
| FY 2006 | 1317-655 | 490,793.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 490,793.00 Fiscal 2006 | | 490,793.00 | - | - |
| | 1817-655 | (490,793.00) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (490,793.00) | | (490,793.00) | - | - |
| FY 2007 | 1317-655 | 137,121.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 137,121.00 Fiscal 2007 | | 137,121.00 | - | - |
| | 1817-655 | (137,121.00) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (137,121.00) | | (137,121.00) | - | - |
| CY 2007 | 1317-655 | 955,008.61 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 955,008.61 Calendar 2007 | | 955,008.61 | - | - |
| | 1818-655 | (955,006.61) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (955,008.61) | | (955,008.61) | 0.00 | (0.00) |
| CY 2008 | 1317-655 | 816,331.49 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 816,331.49 Calendar 2008 | | 816,331.49 | - | - |
| | 1818-655 | (816,331.49) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (816,331.49) | | (816,331.49) | 0.00 | (0.00) |
| CY 2009 | 1317-655 | 900,876.74 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 900,876.74 Calendar 2009 | | 900,876.74 | - | - |
| | 1818-655 | (900,876.74) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (900,876.74) | | (900,876.74) | 0.00 | (0.00) |
| CY 2010 | 1317-655 | 728,684.17 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 728,684.17 Calendar 2010 | | 728,684.17 | - | - |
| | 1818-655 | (728,684.17) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (665,137.26) Calendar 2010 | | (665,137.26) | 63,546.91 | (63,546.91) |
| CY 2011 | 1317-655 | 883,493.61 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 883,493.61 Calendar 2011 | | 883,493.61 | - | - |
| | 1818-655 | (618,550.26) | | (11,391.56) | | (11,391.56) | | (11,391.56) | | (11,391.56) | | (11,391.56) | | (6,985.39) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (482,851.54) Calendar 2011 | | (482,851.54) | 135,698.72 | (250,642.07) |
| CY 2012 | 1317-655 | 570,863.33 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 570,863.33 Calendar 2012 | | 570,863.33 | - | - |
| | 1818-655 | (408,417.90) | | (9,514.39) | | (9,514.39) | | (9,514.39) | | (9,514.39) | | (9,514.39) | | (9,514.39) | | (9,514.39) | | (9,514.39) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (494,547.47) Calendar 2012 | | (294,245.29) | 114,172.47 | (199,802.18) |
| CY 2013 | 1317-655 | 563,723.40 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 563,723.40 Calendar 2013 | | 563,723.40 | - | - |
| | 1818-655 | (280,227.79) | | (9,395.39) | | (9,395.39) | | (9,395.39) | | (9,395.39) | | (9,395.39) | | (9,395.39) | | (9,395.39) | | (9,395.39) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (364,786.29) Calendar 2013 | | (167,483.10) | 112,744.69 | (197,303.19) |
| CY 2014 | 1317-655 | 795,488.94 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 795,488.94 Calendar 2014 | | 795,488.94 | - | - |
| | 1818-655 | (253,488.70) | | (13,258.15) | | (13,258.15) | | (13,258.15) | | (13,258.15) | | (13,258.15) | | (13,258.15) | | (13,258.15) | | (13,258.15) | 0.00 | | 0.00 | | 0.00 | | 0.00 | (372,912.95) Calendar 2014 | | (94,390.91) | 159,097.79 | (278,421.14) |
| CY 2015 | 1317-655 | 146,206.78 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 146,206.78 Calendar 2015 | | - | (146,206.78) | 146,206.78 |
| | 1818-655 | (23,109.99) | | (2,436.78) | | (2,436.78) | | (2,436.78) | | (2,436.78) | | (2,436.78) | | (2,436.78) | | (2,436.78) | | (2,436.78) | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (40,390.01) | | - | 23,156.99 | (43,090.01) |
| CY 2016 | 1317-655 | - | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 Calendar 2016 | | - | - | - |
| | 1818-655 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | - | | - | - | - |
| **Totals** | 1317-655 | 6,913,066.07 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 6,913,066.07 | 6,913,066.07 | 6,766,859.29 | (146,206.78) | 146,206.78 |
| | 1818-655 | (5,730,133.70) | | (46,996.27) | | (46,996.27) | | (46,996.27) | | (46,996.27) | | (46,996.27) | | (41,590.26) | | (34,604.71) | | (34,604.71) | | (34,604.71) | | 0.00 | | 0.00 | | 0.00 | (6,113,519.44) | (6,113,519.44) | (5,129,713.93) | 603,410.77 | (984,805.51) |
| | | | | | | | | (137,988.81) | | | | | | | | | | | | | | | | | | | | (3,296.27) | | - | | |
| | | | | | | | | (193,038.68) | | | | | | | | | | | | | | | | | | | | | | - | | |

AMORTIZE OVER 5 YEARS BEGINNING OCT 2006

| check | | 46,996.27 | | 46,996.27 | | 46,996.27 | | 46,996.27 | | 41,590.26 | | 34,604.71 | | 34,604.71 | | 34,604.71 | | 0.00 | | 0.00 | | 0.00 |
| check | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 |

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule 64(a)
Capitalized Software as of Effective Date of September 30, 2016

GeoTrace Technologies, Inc.
Capitalized Software Rollforward - 656
As of      #REF!

| | | Balance #REF! | January Debit | Credit | February Debit | Credit | March Debit | Credit | April Debit | Credit | May Debit | Credit | June Debit | Credit | July Debit | Credit | August Debit | Credit | September Debit | Credit | October Debit | Credit | November Debit | Credit | December Debit | Credit | Balance #REF! | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FY 2005 | 1717-656 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | Fiscal 2005 |
| | 1817-656 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | |
| FY 2006 | 1717-656 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | Fiscal 2006 |
| | 1817-656 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | |
| FY 2007 | 1717-656 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | Fiscal 2007 |
| | 1918-656 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | |
| CY 2007 | 1917-656 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | Calendar 2007 |
| | 1918-656 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | |
| CY 2008 | 1917-656 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | Calendar 2008 |
| | 1918-656 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | |
| CY 2009 | 1917-656 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | Calendar 2009 |
| | 1918-656 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | |
| CY 2010 | 1917-656 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | Calendar 2010 |
| | 1918-656 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | |
| CY 2011 | 1917-656 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | Calendar 2011 |
| | 1918-656 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | |
| CY 2012 | 1917-656 | - | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | Calendar 2012 |
| | 1918-656 | | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 | |
| CY 2013 | 1917-656 | 247,534.95 (125,514.74) | | (4,125.58) | | (4,125.58) | | (4,125.58) | | (4,125.58) | | (4,125.58) | | (4,125.58) | | (4,125.58) | | (4,125.58) | | 0.00 | | 0.00 | | 0.00 | 247,534.95 (162,644.96) | Calendar 2013 |
| | 1918-656 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CY 2014 | 1917-656 | 250,325.05 (81,601.20) | | (4,172.08) | | (4,172.08) | | (4,172.08) | | (4,172.08) | | (4,172.08) | | (4,172.08) | | (4,172.08) | | (4,172.08) | | 0.00 | | 0.00 | | 0.00 | 250,325.05 (118,149.93) | Calendar 2014 |
| | 1918-656 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CY 2015 | 1917-656 | 170,592.91 (18,795.49) | 0.00 | (2,843.22) | 0.00 | (2,843.22) | 0.00 | (2,843.22) | 0.00 | (2,843.22) | 0.00 | (2,843.22) | 0.00 | (2,843.22) | 0.00 | (2,843.22) | 0.00 | (2,843.22) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 170,592.91 (44,374.47) | Calendar 2015 |
| | 1918-656 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CY 2016 | 1917-656 | - | 17,311.74 | (288.53) | 19,193.85 | (608.43) | 20,458.18 | (945.40) | 18,580.28 | (1,259.07) | 24,848.45 | (1,673.21) | 14,177.96 | (1,909.51) | 15,429.63 | (2,166.67) | 16,739.58 | (2,445.66) | 12,975.38 | (2,001.92) | 0.00 | 0.00 | 0.00 | 109,715.05 (13,962.38) | Calendar 2016 |
| | 1918-656 | - | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **Totals** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1917-656 | 668,452.91 (235,901.43) | 17,311.74 | (11,429.41) | 19,193.85 | (11,749.31) | 20,458.18 | (12,090.28) | 18,580.28 | (12,399.95) | 24,848.45 | (12,814.09) | 14,177.96 | (13,050.39) | 15,429.63 | (13,307.55) | 16,739.58 | (13,596.54) | 12,975.38 | (13,502.80) | 0.00 | 0.00 | 0.00 | 828,167.96 (340,131.73) | 828,167.96 (340,131.73) |
| | 1918-656 | | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | 0.00 |
| | check | | 28,741.15 | 0 | 30,943.16 | 0 | 32,548.46 | 0 | 30,980.23 | 0 | 37,662.54 | 0 | 27,228.35 | 0 | 28,737.18 | 0 | 30,326.12 | 0 | 26,778.18 | 0 | 0.00 | 0 | 0.00 | 0 | | |
| | check | | | | | | | | | | 15551.54 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | 6121 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | 21672.54 | | | | | | | | | | | | | | | |

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule 64(b)
Purchased Intangibles as of Effective Date of September 30, 2016

**GEOTRACE TECHNOLOGIES, INC.**
**CY 2016 INTANGIBLES ROLLFORWARD**

| Account | DESCRIPTION | 12/31/2015 BALANCE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1922-000** | Intangibles - 10 year | | | | | | | | | | | | | | |
| | Geotrace Trade Name/Trademark - 12/03 | 4,000,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | |
| | Tigress Trade Name/Trademark - 9/06 | 479,678.00 | (3,997.00) | (3,997.00) | (3,997.00) | (3,997.00) | (3,997.00) | (3,997.00) | (3,997.00) | (3,997.00) | - | - | - | - | |
| | Tigress IPR&D - 9/06 | 68,011.00 | (567.00) | (567.00) | (567.00) | (567.00) | (567.00) | (567.00) | (567.00) | (567.00) | - | - | - | - | |
| | Software - 12/03 | 16,350,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | |
| | Geotrace Customer Relationships - 12/03 | 8,600,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | |
| | Tigress Customer Relationships - 9/06 | 328,639.00 | (2,739.00) | (2,739.00) | (2,739.00) | (2,739.00) | (2,739.00) | (2,739.00) | (2,739.00) | (2,739.00) | - | - | - | - | |
| | Tigress Software - 9/06 | 1,520,840.00 | (12,673.13) | (12,673.13) | (12,673.13) | (12,673.13) | (12,673.13) | (12,673.13) | (12,673.13) | (14,069.66) | - | - | - | - | |
| | | 31,347,168.00 | | | | | | | | | | | | | |
| | 1932-000 - Intang Accum Amort | | | | | | | | | | | | | | |
| | Amortization | (31,185,962.43) | (19,976.13) | (19,976.13) | (19,976.13) | (19,976.13) | (19,976.13) | (19,976.13) | (19,976.13) | (21,372.66) | - | - | - | - | (161,205.57) |
| | **Net Asset Balance** | **161,205.57** | **141,229.44** | **121,253.31** | **101,277.18** | **81,301.05** | **61,324.92** | **41,348.79** | **21,372.66** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | |
| **1923-000** | Intangibles - 13 year | | | | | | | | | | | | | | |
| | IPR&D - 12/03 | 1,480,000.00 | | | | | | | | | | | | | |
| | 1933-000 - Intang Accum Amort | | | | | | | | | | | | | | |
| | Amortization | (1,366,153.92) | (9,487.18) | (9,487.18) | (9,487.18) | (9,487.18) | (9,487.18) | (9,487.18) | (9,487.18) | (9,487.18) | (9,487.18) | (9,487.18) | (9,487.18) | (9,487.10) | (113,846.08) |
| | **Net Asset Balance** | **113,846.08** | **104,358.90** | **94,871.72** | **85,384.54** | **75,897.36** | **66,410.18** | **56,923.00** | **47,435.82** | **37,948.64** | **28,461.46** | **18,974.28** | **9,487.10** | **0.00** | |
| | **Total Intangibles (excluding Internally Developed SW)** | **275,051.65** | **245,588.34** | **216,125.03** | **186,661.72** | **157,198.41** | **127,735.10** | **98,271.79** | **68,808.48** | **37,948.64** | **28,461.46** | **18,974.28** | **9,487.10** | **0.00** | |
| | **Total Monthly Intangibles Amortization** | | (29,463.31) | (29,463.31) | (29,463.31) | (29,463.31) | (29,463.31) | (29,463.31) | (29,463.31) | (30,859.84) | (9,487.18) | (9,487.18) | (9,487.18) | (9,487.10) | (275,051.65) |

Page 1 of 1

GeoTrace Technologies, Inc.                          Schedule 71
Case No. 16-36419        Notes Receivable as of Effective Date of September 30, 2016

**GEOTRACE**
**OPTIONS EXERCISE**

| | # of Shares | Amount |
|---|---|---|
| Bill Schrom | 152,406 | 152,406.00 |
| Gavin Hills-Jones | 22,747 | 22,747.00 |
| Gary Perry | 15,923 | 15,923.00 |
| Common Stk Options Exercise | 191,076 | 191,076.00 |

**JAN JE:**

| | | |
|---|---|---|
| dr. 1240-000 - Note Receivable | 191,076.00 | |
| cr. 2901-000 - Common Stock ($.001 par value) | | (191.08) |
| cr. 2905-000 - APIC | | (190,884.92) |

**Fill in this information to identify the case:**

Debtor name  Geotrace Technologies, Inc.

United States Bankruptcy Court for the:  Southern           District of  Texas
                                                                        (State)

Case number (If known):  16-36419

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Creditor's name**
Geokinetics, Inc. as successor in interest to Silicon Valley Bank

**Describe debtor's property that is subject to a lien**
See Schedule 2 (Collateral Description)                    $ 9,776,226.41     $ Unknown

**Creditor's mailing address**
1500 City West Blvd.
Houston, TX 77042

**Describe the lien**
Blanket Lien

**Creditor's email address, if known**
c/o David Elder, delder@gardere.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  November 15, 2010

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** **Creditor's name**

**Describe debtor's property that is subject to a lien**
                                                           $ _____     $ _____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $ 9,776,226.41

GeoTrace Technologies, Inc.
Case No. 16-36419  Document 10  Filed in TXSB on 12/30/16  Page 60 of 98
Schedule 2
Collateral Description as of Effective Date of September 30, 2016

## EXHIBIT A – COLLATERAL DESCRIPTION

The Collateral consists of all of Borrower's right, title and interest in and to the following personal property:

All goods, Accounts (including health-care receivables), Equipment, Inventory, contract rights or rights to payment of money, leases, license agreements, franchise agreements, General Intangibles, commercial tort claims, documents, instruments (including any promissory notes), chattel paper (whether tangible or electronic), cash, deposit accounts, fixtures, letters of credit rights (whether or not the letter of credit is evidenced by a writing), securities, and all other investment property, supporting obligations, and financial assets, whether now owned or hereafter acquired, wherever located; and

all Borrower's Books relating to the foregoing, and any and all claims, rights and interests in any of the above and all substitutions for, additions, attachments, accessories, accessions and improvements to and replacements, products, proceeds and insurance proceeds of any or all of the foregoing.

Notwithstanding the foregoing, the Collateral does not include, (A) with respect to clause (b) of the definition of "Obligations" in the Loan and Security Agreement, more than 65% of the presently existing and hereafter arising issued and outstanding shares of capital stock owned by Borrower of Geotrace International, Inc. or any Foreign Subsidiary which shares entitle the holder thereof to vote for directors or any other matter; (B) any assets of Geotrace UK to the extent it purports to secure any Obligations owing by Geotrace US; (C) any leasehold interests held by Borrower in real property or any permit or license of, or any contractual obligation entered into by a Borrower, in each case, (i) that prohibits or requires the consent of any Person other than Borrower's Affiliates as a condition to the creation by such Borrower of a Lien on any right, title or interest in such permit, license or contractual obligation or (ii) to the extent that any requirement of law applicable thereto prohibits the creation of a Lien thereon, but only, with respect to the prohibition in (i) and (ii) to the extent, and for as long as, such prohibition is not terminated or rendered unenforceable or otherwise deemed ineffective by the Uniform Commercial Code as adopted in the applicable jurisdiction or by any other requirement of law or required consent is not obtained (and immediately upon the lapse, termination, unenforceability or ineffectiveness of any such prohibition or grant of such required consent, the Collateral shall include, and such Borrower shall be deemed to have automatically granted a security interest in, all such permits, licenses or contractual obligations no longer subject to such prohibition or required consent), (D) fixed or capital assets owned by a Borrower that are subject to a purchase money Lien or a capitalized lease if the contractual obligation pursuant to which such Lien is granted (or in the document providing for such capitalized lease) prohibits or requires the consent of any Person other than such Borrower's Affiliates as a condition to the creation of any other Lien on such fixed or capital asset (and immediately upon the lapse, termination, unenforceability or ineffectiveness of any such prohibition or grant of such required consent, the Collateral shall include, and such Borrower shall be deemed to have automatically granted a security interest in, all such fixed or capital assets no longer subject to such prohibition or required consent), (E) any accounts used exclusively for payroll, payroll taxes and other employee wage and benefit payments to or for the benefit of a Borrower, (F) any "intent to use" trademark applications for which a statement of use has not been filed (but only until such statement is filed and has been accepted), and (G) the capital stock of Geotrace Trinidad Limited; provided, however, the property or assets excluded from the Collateral as provided for in this paragraph shall not include any proceeds, products, substitutions or replacements thereof (unless such proceeds, products, substitutions or replacements would otherwise constitute property or assets that would be excluded from this definition of Collateral).

"Loan and Security Agreement" is that certain Loan and Security Agreement, dated as of November 15, 2010, by and among Silicon Valley Bank, Geotrace Technologies, Inc., a Colorado corporation, and Geotrace Technologies Limited, a limited liability company incorporated in Scotland.

**Fill in this information to identify the case:**

Debtor __Geotrace Technologies, Inc.__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number __16-36419__
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**
Priority creditor's name and mailing address
Aaron Adams
**Former Employee Addresses Have
Been Omitted***

Date or dates debt was incurred
2015-2016

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is: $ 24,246.95 — Priority amount $ 12,850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages, Commissions and Vacation

Is the claim subject to offset?
☒ No
☐ Yes

**2.2**
Priority creditor's name and mailing address
Brian Adams
**Former Employee Addresses Have
Been Omitted**

Date or dates debt was incurred
2015-2016

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is: $ 11,289.87 — Priority amount $ 11,289.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages, Commissions and Vacation

Is the claim subject to offset?
☒ No
☐ Yes

**2.3**
Priority creditor's name and mailing address
Stacy Baker
**Former Employee Addresses Have
Been Omitted**

Date or dates debt was incurred
2015-2016

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is: $ 5,602.69 — Priority amount $ 3,375.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages, Comissions and Vacation

Is the claim subject to offset?
☒ No
☐ Yes

Debtor   Geotrace Technologies, Inc.
         _____
         Name

Case number (if known)  16-36419

---

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

---

**2.4** Priority creditor's name and mailing address

Dale Devon Baptiste
***Former Employee Addresses Have
Been Omitted***

$ 20,330.75     $ 12,850.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Comissions and Vacation

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.5** Priority creditor's name and mailing address

Rebecca Lynn Buehner
***Former Employee Addresses Have
Been Omitted***

$ 10,689.20     $ 5,337.28

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Comissions and Vacation

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.6** Priority creditor's name and mailing address

Robert Burger
***Former Employee Addresses Have
Been Omitted***

$ 6,035.94     $ 3,998.82

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Comissions and Vacation

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.7** Priority creditor's name and mailing address

Janell Cantu
***Former Employee Addresses Have
Been Omitted***

$ 5,746.81     $ 4,767.05

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Comissions and Vacation

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 412 )

---

Debtor  Geotrace Technologies, Inc.  Case number (if known)  16-36419
        Name

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.8** Priority creditor's name and mailing address

Elizabeth K. Carlisle
***Former Employee Addresses Have
Been Omitted***

$ 20,958.45   $ 10,958.45

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Comissions and Vacation

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.9** Priority creditor's name and mailing address

David Russell Creath
***Former Employee Addresses Have
Been Omitted***

$ 15,107.76   $ 8,184.69

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Comissions and Vacation

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.10** Priority creditor's name and mailing address

Tri Duong
***Former Employee Addresses Have
Been Omitted***

$ 13,086.98   $ 7,160.83

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Comissions and Vacation

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.11** Priority creditor's name and mailing address

Michael Fleming
***Former Employee Addresses Have
Been Omitted***

$ 29,738.60   $ 12,850.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Comissions and Vacation

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor   Geotrace Technologies, Inc.
     Name

Case number *(if known)*  16-36419

| Part 1. | Additional Page |

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.12** Priority creditor's name and mailing address

$ 14,959.73      $ 8,444.34

Dale E. Flenthrope
***Former Employee Addresses Have
Been Omitted***

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Comissions and Vacation

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.13** Priority creditor's name and mailing address

$ 5,356.18      $ 3,265.00

Tony L. Fung
***Former Employee Addresses Have
Been Omitted***

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Comissions and Vacation

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.14** Priority creditor's name and mailing address

$ 16,647.55      $ 9,109.07

Patricia Gentry
***Former Employee Addresses Have
Been Omitted***

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Comissions and Vacation

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.15** Priority creditor's name and mailing address

$ 7,770.89      $ 7,050.46

John Gillooly
***Former Employee Addresses Have
Been Omitted***

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Comissions and Vacation

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

Debtor  Geotrace Technologies, Inc.
Name

Case number (if known)  16-36419

## Part 1.  Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.16** Priority creditor's name and mailing address

Fred Goss
***Former Employee Addresses Have Been Omitted***

**Date or dates debt was incurred**
2015-2016

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages, Comissions and Vacation

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,722.65     $ 3,097.99

**2.17** Priority creditor's name and mailing address

Michelle Graham
***Former Employee Addresses Have Been Omitted***

**Date or dates debt was incurred**
2015-2016

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages, Comissions and Vacation

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,949.16     $ 3,590.17

**2.18** Priority creditor's name and mailing address

Jay M. Gully
***Former Employee Addresses Have Been Omitted***

**Date or dates debt was incurred**
2015-2016

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages, Comissions and Vacation

Is the claim subject to offset?
☒ No
☐ Yes

$ 17,399.67     $ 10,650.43

**2.19** Priority creditor's name and mailing address

Vu Anh Ha
***Former Employee Addresses Have Been Omitted***

**Date or dates debt was incurred**
2015-2016

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages, Comissions and Vacation

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,274.44     $ 5,128.28

Debtor  Geotrace Technologies, Inc.                                    Case number (if known) 16-36419
        _____
        Name

| Part 1. | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.20** | Priority creditor's name and mailing address

$ 16,892.13          $ 10,353.67

Andre Hamilton
***Former Employee Addresses Have
Been Omitted***

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2015-2016

**Basis for the claim:**
Wages, Comissions and Vacation

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.21** | Priority creditor's name and mailing address

$ 21,022.69          $ 12,850.00

Kevin J. Hellman
***Former Employee Addresses Have
Been Omitted***

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2015-2016

**Basis for the claim:**
Wages, Comissions and Vacation

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.22** | Priority creditor's name and mailing address

$ 8,003.57          $ 4,354.53

Brian James
***Former Employee Addresses Have
Been Omitted***

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2015-2016

**Basis for the claim:**
Wages, Comissions and Vacation

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.23** | Priority creditor's name and mailing address

$ 10,379.24          $ 5,456.30

Brian Joiner
***Former Employee Addresses Have
Been Omitted***

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2015-2016

**Basis for the claim:**
Wages, Comissions and Vacation

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor    Geotrace Technologies, Inc.                          Case number (if known) 16-36419
          _____
          Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.24** Priority creditor's name and mailing address

$ 20,551.42    $ 9,782.18

Calvin L. Joyner
***Former Employee Addresses Have
Been Omitted***

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Commissions and Vacation

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.25** Priority creditor's name and mailing address

$ 12,387.55    $ 6,618.31

Dillon Lafoy
***Former Employee Addresses Have
Been Omitted***

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Commissions and Vacation

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.26** Priority creditor's name and mailing address

$ 4,802.45    $ 4,619.30

Frank Landers
***Former Employee Addresses Have
Been Omitted***

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Commissions and Vacation

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.27** Priority creditor's name and mailing address

$ 26,990.55    $ 12,850.00

Tom Langston
***Former Employee Addresses Have
Been Omitted***

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Commissions and Vacation

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor | Geotrace Technologies, Inc. | Case number (if known) 16-36419 |
|---|---|---|
| | Name | |

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim** | **Priority amount**

### 2.28 Priority creditor's name and mailing address
$ 18,016.13   $ 12,850.00

Ben Lasscock
***Former Employee Addresses Have Been Omitted***

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2015-2016

**Basis for the claim:**
Wages, Commissions and Vacation

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

### 2.29 Priority creditor's name and mailing address
$ 10,634.68   $ 5,788.52

Joel Latchman
***Former Employee Addresses Have Been Omitted***

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2015-2016

**Basis for the claim:**
Wages, Commissions and Vacation

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

### 2.30 Priority creditor's name and mailing address
$ 11,942.84   $ 7,437.91

Andrew Lewis
***Former Employee Addresses Have Been Omitted***

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2015-2016

**Basis for the claim:**
Wages, Commissions and Vacation

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

### 2.31 Priority creditor's name and mailing address
$ 12,471.10   $ 7,807.21

Way Mathews
***Former Employee Addresses Have Been Omitted***

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2015-2016

**Basis for the claim:**
Wages, Commissions and Vacation

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor  Geotrace Technologies, Inc.
        _____          Case number (if known) 16-36419
        Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.32** Priority creditor's name and mailing address

Barbara Moore
***Former Employee Addresses Have Been Omitted***

$ 10,472.77     $ 6,823.73

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Commissions and Vacation

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.33** Priority creditor's name and mailing address

William Musa
***Former Employee Addresses Have Been Omitted***

$ 11,705.39     $ 6,013.07

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Commissions and Vacation

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.34** Priority creditor's name and mailing address

Nicola Papp
***Former Employee Addresses  Have Been Omitted***

$ 23,471.15     $ 10,597.24

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Commissions and Vacation

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.35** Priority creditor's name and mailing address

Kelly Pate
***Former Employee Addresses Have Been Omitted***

$ 6,074.70     $ 2,904.25

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Commissions and Vacation

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor   Geotrace Technologies, Inc.                                Case number (if known) 16-36419
         _____                              _____
         Name

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.36** Priority creditor's name and mailing address       $ 21,641.16     $ 12,410.39

Gary Perry
***Former Employee Addresses Have
Been Omitted***

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Commissions and Vacation

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.37** Priority creditor's name and mailing address       $ 8,199.11     $ 5,540.64

Tuna Altay Sansal
***Former Employee Addresses Have
Been Omitted***

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Commissions and Vacation

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.38** Priority creditor's name and mailing address       $ 49,519.46     $ 12,850.00

William Schrom
***Former Employee Addresses Have
Been Omitted***

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Commissions and Vacation

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.39** Priority creditor's name and mailing address       $ 2,614.91     $ 2,134.62

Matthew Sitton
***Former Employee Addresses Have
Been Omitted***

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Commissions and Vacation

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor  Geotrace Technologies, Inc.
         _____
         Name

Case number (if known)  16-36419

| Part 1. | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
| --- | --- | --- |

---

**2.40** Priority creditor's name and mailing address

Muhlis Unaldi
***Former Employee Addresses Have
Been Omitted***

$ 9,122.14     $ 6,357.52

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Commissions and Vacation

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.41** Priority creditor's name and mailing address

Diane Unger
***Former Employee Addresses Have
Been Omitted***

$ 8,633.37     $ 4,833.36

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Commissions and Vacation

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.42** Priority creditor's name and mailing address

Deborah Walker
***Former Employee Addresses Have
Been Omitted***

$ 29,727.69     $ 12,850.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Commissions and Vacation

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.43** Priority creditor's name and mailing address

Stuart Waller
***Former Employee Addresses Have
Been Omitted***

$ 16,728.86     $ 9,632.71

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2015-2016

Basis for the claim:
Wages, Commissions and Vacation

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor    Geotrace Technologies, Inc.                              Case number *(if known)* 16-36419
          Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

---

**2.44**  Priority creditor's name and mailing address

$ 9,007.07          $ 4,776.29

Aaron Whitaker
***Former Employee Addresses Have
Been Omitted***

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2015-2016

**Basis for the claim:**
Wages, Commissions and Vacation

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.45**  Priority creditor's name and mailing address

$ 6,728.89          $ 6,248.60

Fred White
***Former Employee Addresses Have
Been Omitted***

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2015-2016

**Basis for the claim:**
Wages, Commissions and Vacation

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.46**  Priority creditor's name and mailing address

$ 20,312.68          $ 11,428.06

Brian Williams
***Former Employee Addresses Have
Been Omitted***

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2015-2016

**Basis for the claim:**
Wages, Commissions and Vacation

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.47**  Priority creditor's name and mailing address

$ 12,235.26          $ 8,748.05

Min Xu
***Former Employee Addresses Have
Been Omitted***

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2015-2016

**Basis for the claim:**
Wages, Commissions and Vacation

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor  Geotrace Technologies, Inc.
        _____
        Name                                        Case number (if known) 16-36419

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

---

**2.48** Priority creditor's name and mailing address

Total claim: $ 5,208.64   Priority amount: $ 3,604.00

Wendy Young
***Former Employee Addresses Have
Been Omitted***

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2015-2016

**Basis for the claim:**
Wages, Commissions and Vacation

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.49** Priority creditor's name and mailing address

Total claim: $ 11,211.59   Priority amount: $ 6,134.66

David Zerwin
***Former Employee Addresses Have
Been Omitted***

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2015-2016

**Basis for the claim:**
Wages, Commissions and Vacation

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.50** Priority creditor's name and mailing address

Total claim: $ UNKNOWN   Priority amount: $ UNKNOWN

Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX  78774

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2016

**Basis for the claim:**
Taxes

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.51** Priority creditor's name and mailing address

Total claim: $ UNKNOWN   Priority amount: $ UNKNOWN

Delaware Secretary of State
P. O. Box 5509
Binghamton, NY  13902

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2016

**Basis for the claim:**
Taxes

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

Debtor  GeoTrace Technologies, Inc.
_____
Name

Case number (if known) 16-36419
_____

---

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

### 2.52 Priority creditor's name and mailing address

Alief ISD Tax Office
P.O. Box 368
Alief, TX 77411

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2016

**Basis for the claim:**
Taxes - 5959 Corporate Drive

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

$ 5,816.74          $ 5,816.74

---

### 2.53 Priority creditor's name and mailing address

Cypress Fairbanks ISD Tax Assessor
10494 Jones Road, Suite 106
Houston, TX 77065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2016

**Basis for the claim:**
Taxes - 7120 Brittmoore

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

$ 463.75          $ 463.75

---

### 2.54 Priority creditor's name and mailing address

Dallas County Tax Office
1201 Elm Street, Suite 2600
Dallas, TX 75270

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2016

**Basis for the claim:**
Taxes - 2435 N. Central Expy 1100

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

$ 5,951.75          $ 5,951.75

---

### 2.55 Priority creditor's name and mailing address

Mike Sullivan Tax Assessor - Katy ISD
P.O. Box 4622
Houston, TX 77210-4622

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2016

**Basis for the claim:**
Taxes - 12141 Wickchester Ln

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

$ 11,309.38          $ 11,309.38

---

Debtor    Geotrace Technologies, Inc.                                    Case number (if known)   16-36419
          _____
          Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

**2.56** Priority creditor's name and mailing address

$ 471.94     $ 471.94

Mike Sullivan Tax Assessor-Collector
P.O. Box 4622
Houston, TX  77210-4622

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2016

Basis for the claim:
Taxes - 7120 Brittmoore

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.57** Priority creditor's name and mailing address

$ 5,965.90     $ 5,965.90

Mike Sullivan Tax Assessor-Collector
P.O. Box 4622
Houston, TX  77210-4622

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2016

Basis for the claim:
Taxes - 5959 Corporate Drive

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.58** Priority creditor's name and mailing address

$ 9,220.81     $ 9,220.81

Mike Sullivan Tax Assessor-Collector
P.O. Box 4622
Houston, TX  77210-4622

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2016

Basis for the claim:
Taxes - 12141 Wickchester Ln

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.59** Priority creditor's name and mailing address

$ 6,464.15     $ 6,464.15

Richardson ISD Tax Office
970 Security Row
Richardson, TX  75081

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2016

Basis for the claim:
Taxes - 2435 N Central Expy 1100

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

Debtor    GeoTrace Technologies, Inc.                              Case number *(if known)*   16-36419
          Name

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
A-1 FIRE EQUIPMENT CO. INC.

12711 East Fwy
Houston, TX  77015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Inspection

$ 121.78

Date or dates debt was incurred    May 2016

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
ADP INC.

1851 N. RESLER DRIVE MS-100
EL PASO, TX  79912

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Payroll Processing

$ 3,667.79

Date or dates debt was incurred    Aug - Sept 2016

Last 4 digits of account number    3  9  2  9

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
A T & T

P.O. BOX 5019
CAROL STREAM, IL  60197-5019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 5959 Phones

$ 444.07

Date or dates debt was incurred    June - Aug 2016

Last 4 digits of account number    4  5  2  4

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
BRIAN ADAMS

99 N. MEWS WOOD CT.
THE WOODLANDS, TX  77381

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Report

$ 3,485.03

Date or dates debt was incurred    October 2016

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
INTENTIONALLY OMITTED

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ INTENTIONALLY OMITTED

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
APPIA COMMUNICATIONS INC.

1030 HASTINGS ST., SUITE 100
TRAVERSE CITY, MI  49686

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Corporation Phones

$ 3,652.95

Date or dates debt was incurred    August 2016

Last 4 digits of account number    3  2  5  6

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   GeoTrace Technologies, Inc.
_____
Name

Case number (if known)   16-36419

| Part 2: | Additional Page |
| --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.7** Nonpriority creditor's name and mailing address

BKD LLP

2800 POST OAK BLVD., SUITE 3200
HOUSTON, TX  77056-6167

Date or dates debt was incurred   Mar & Jul 2016

Last 4 digits of account number   9 9 0 3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Tax Work

Is the claim subject to offset?
☐ No
☐ Yes

$ 55,125.20

---

**3.8** Nonpriority creditor's name and mailing address

CHESAPEAKE LAND DEV. CO.

6100 N. WESTERN AVENUE
OKLAHOMA CITY, OK  73118-1044

Date or dates debt was incurred   May - Aug 2016

Last 4 digits of account number   T R O 1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  OKC Rent

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,422.32

---

**3.9** Nonpriority creditor's name and mailing address

CIGNA (LIFE)

900 COTTAGE GROVE ROAD
BLOOMFIELD, CT  06002

Date or dates debt was incurred   Sept 2016

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Life Insurance

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,471.90

---

**3.10** Nonpriority creditor's name and mailing address

CIGNA - DENTAL

900 COTTAGE GROVE ROAD
BLOOMFIELD, CT  06002

Date or dates debt was incurred   Sept 2016

Last 4 digits of account number   7 1 0 6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,480.57

---

**3.11** Nonpriority creditor's name and mailing address

CITRIX ONLINE

4988 GREAT AMERICAN PARKWAY
SANTA CLARA, CA  95054

Date or dates debt was incurred   July 2016

Last 4 digits of account number   3 5 3 4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Go To My PC - Tech Services

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,161.00

---

Debtor    GeoTrace Technologies, Inc.                                Case number (if known)    16-36419
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

COMCAST

ONE COMCAST CENTER
PHILADELPHIA, PA  19103

Date or dates debt was incurred    May - Aug 2016
Last 4 digits of account number    2 0 0 0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Hou Cable

Is the claim subject to offset?
☐ No
☐ Yes

$ 395.95

---

**3.13** Nonpriority creditor's name and mailing address

CSI LEASING, INC.

9990 OLD OLIVE STREET ROAD, SUITE 101
ST. LOUIS, MO  63141

Date or dates debt was incurred    Mar - Sept 2016
Last 4 digits of account number    0 5 9 3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment Leases

Is the claim subject to offset?
☐ No
☐ Yes

$ 119,272.77

---

**3.14** Nonpriority creditor's name and mailing address

FIRST CHOICE SERVICES

1 S 660 MIDWEST ROAD, SUITE 120
OAKBROOK TERRACE, IL  60181

Date or dates debt was incurred    April - Aug 2016
Last 4 digits of account number    0 1 3 2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Coffee Service

Is the claim subject to offset?
☐ No
☐ Yes

$ 798.66

---

**3.15** Nonpriority creditor's name and mailing address

CT CORPORATION

2929 ALLEN PARKWAY, SUITE 3300
HOUSTON, TX  77019

Date or dates debt was incurred    June 2016
Last 4 digits of account number    5 7 1 9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Corporate Rep Fees

Is the claim subject to offset?
☐ No
☐ Yes

$ 296.00

---

**3.16** Nonpriority creditor's name and mailing address

CT CORPORATION

2929 ALLEN PARKWAY, SUITE 3300
HOUSTON, TX  77019

Date or dates debt was incurred    June 2016
Last 4 digits of account number    8 3 2 3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Corporate Rep Fees

Is the claim subject to offset?
☐ No
☐ Yes

$ 380.00

---

| Debtor | Geo Trace Technologies, Inc. | Case number (if known) | 16-36419 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.17** Nonpriority creditor's name and mailing address
DATA SPAN

P.O. BOX 845507
DALLAS, TX  75284

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Tapes

$ 3,195.50

Date or dates debt was incurred          April 2016
Last 4 digits of account number          4  3  0  9

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address
DELL FINANCIAL SERVICES LLC

211 E. 7TH ST., SUITE 620
AUSTIN, TX  78701-3218

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Equipment Lease

$ 301,235.19

Date or dates debt was incurred          Mar - Sept  2016
Last 4 digits of account number          0  2  2  2

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address
EXCALIBUR EXHIBITS

1313 CHARDONNAY DR.
HOUSTON, TX  77077

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Booth Storage

$ 1,746.00

Date or dates debt was incurred          Sept 2015 & March 2016
Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address
FEDERAL EXPRESS CORP.

3875 AIRWAYS, MODULE H3, DEPT. 4634
MEMPHIS, TN  38116

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Delivery Services

$ 348.58

Date or dates debt was incurred          Jul & Sept 2016
Last 4 digits of account number          7  0  1  4

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address
ZENO IMAGING (GRT AMER LSE)    - Dallas

14320 MIDWAY ROAD, SUITE 100
FARMERS BRANCH, TX  75244

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Printers

$ 4,796.14

Date or dates debt was incurred          May - Aug 2016
Last 4 digits of account number          6  2  4  2

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    GeoTrace Technologies, Inc.

Name

Case number (if known)    16-36419

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.22** Nonpriority creditor's name and mailing address

ZENO IMAGING (GRT AMER LSE) - Haddington

10688 HADDINGTON DR.
HOUSTON, TX  77043

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Printers

$ 4,107.60

Date or dates debt was incurred    May - Aug 2016
Last 4 digits of account number    G  T  0  4

Is the claim subject to offset?
☐ No
☐ Yes

**3.23** Nonpriority creditor's name and mailing address

JAY GULLY

209 S. TRAIL RIDGE
EDMOND, OK  73003

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Expense Report

$ 1,866.78

Date or dates debt was incurred    October 2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.24** Nonpriority creditor's name and mailing address

HEWLETT PACKARD FINANCIAL SERVICES

200 CONNELL DRIVE, SUITE 5000
BERKELEY HEIGHTS, NJ  07922

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment Lease

$ 70,879.90

Date or dates debt was incurred    Feb - Aug 2016
Last 4 digits of account number    6  7  9  9

Is the claim subject to offset?
☐ No
☐ Yes

**3.25** Nonpriority creditor's name and mailing address

IMAGE RESOURCES

17230 HUFFMEISTER RD., SUITE C
HOUSTON, TX  77429

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Cards

$ 225.92

Date or dates debt was incurred    Mar & May 2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.26** Nonpriority creditor's name and mailing address

INTERACTIVE NETWORK TECH. INC.

2901 WILCREST, SUITE 300
HOUSTON, TX  77042

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SW Maintenance

$ 4,113.50

Date or dates debt was incurred    October 2015
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    GeoTrace Technologies, Inc.                                    Case number (if known)  16-36419
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.27** Nonpriority creditor's name and mailing address
JP PALISADES II, LLC

2435 N. CENTRAL EXPY., SUITE 1650
RICHARDSON, TX  75080-2788

Date or dates debt was incurred    June - Jul 2016
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Dallas Rent

Is the claim subject to offset?
☐ No
☐ Yes

$ 79,190.01

**3.28** Nonpriority creditor's name and mailing address
DILLON LAFOY

426 N. WINDING OAKS DR.
WYLIE, TX  75098

Date or dates debt was incurred    Sept - Oct 2016
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Expense Report

Is the claim subject to offset?
☐ No
☐ Yes

$ 80.11

**3.29** Nonpriority creditor's name and mailing address
LANGE MECHANICAL INC.

933 WAKEFIELD DRIVE
HOUSTON, TX  77018

Date or dates debt was incurred    April 2016
Last 4 digits of account number    2  6  8  0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   5959 Maintenance

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,007.77

**3.30** Nonpriority creditor's name and mailing address
LEVEL 3

P.O. BOX 790407
ST. LOUIS, MO  63179

Date or dates debt was incurred    June - Sept 2016
Last 4 digits of account number    3  1  5  7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Data Lines

Is the claim subject to offset?
☐ No
☐ Yes

$ 103.78

**3.31** Nonpriority creditor's name and mailing address
LOCKE LORD BISSELL & LIDDELL

600 TRAVIS, SUITE 2800
HOUSTON, TX  77002

Date or dates debt was incurred    Feb - July 2016
Last 4 digits of account number    4  9  8  9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Legal Services

Is the claim subject to offset?
☐ No
☐ Yes

$ 94,426.30

Debtor  GeoTrace Technologies, Inc.
Name

Case number (if known) 16-36419

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

LONE STAR OVERNIGHT

7235 WYNNWOOD LN.
HOUSTON, TX  77008

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Delivery Services

$ 157.17

Date or dates debt was incurred    Sept 2016
Last 4 digits of account number    2  0  1  7

Is the claim subject to offset?
☐ No
☐ Yes

**3.33** Nonpriority creditor's name and mailing address

LONE STAR OVERNIGHT

7235 WYNNWOOD LN.
HOUSTON, TX  77008

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Delivery Services

$ 136.16

Date or dates debt was incurred    Sept 2016
Last 4 digits of account number    4  0  0  4

Is the claim subject to offset?
☐ No
☐ Yes

**3.34** Nonpriority creditor's name and mailing address

LEONARDO MARTINEZ

2401 FOUNTAIN VIEW, #200
HOUSTON, TX  77057

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: L. Am. Work

$ 460.00

Date or dates debt was incurred    April & Aug 2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.35** Nonpriority creditor's name and mailing address

NETWORK BOX

2825 WILCREST DRIVE, SUITE 259
HOUSTON, TX  77042

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SW Maintenance

$ 21,383.16

Date or dates debt was incurred    July & Sept 2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.36** Nonpriority creditor's name and mailing address

N-VINT INC.

3240 HANNA LAKE IND. DR. SE
CALEDONIA, MI  49316

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Equipment Lease

$ 46,772.25

Date or dates debt was incurred    Mar - Sept 2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Geo Trace Technologies, Inc. | Case number (if known) | 16-36419 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** | **Nonpriority creditor's name and mailing address**

OAK MANAGEMENT CORP.

901 MAIN AVE., STE. 600
NORWALK, CT 06851

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Management Expenses

**Date or dates debt was incurred** Feb 2016
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1,544.21

---

**3.38** | **Nonpriority creditor's name and mailing address**

OCCUCARE INTERNATIONAL

5151 KATY FWY, #170
HOUSTON, TX 77007

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Offshore Physicals

**Date or dates debt was incurred** April, June, Sept 2016
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1,425.00

---

**3.39** | **Nonpriority creditor's name and mailing address**

READY REFRESH

P.O. BOX 856680
LOUISVILLE, KY 40285

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Water Service

**Date or dates debt was incurred** Sept 2016
**Last 4 digits of account number** 6 9 4 5

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 106.64

---

**3.40** | **Nonpriority creditor's name and mailing address**

PANNELL KERR FORSTER OF TEXAS PC

5847 SAN FELIPE ST., #2600
HOUSTON, TX 77057

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 401K Audit

**Date or dates debt was incurred** July 2016
**Last 4 digits of account number** 2 1 0 0

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 11,953.00

---

**3.41** | **Nonpriority creditor's name and mailing address**

PAYFLEX SYSTEMS USA INC.

10802 FARNAM DR. #100
OMAHA, NE 68154

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Flex Spending Administration

**Date or dates debt was incurred** May, Jul, Sept 2016
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1,104.75

---

Debtor    GeoTrace Technologies, Inc.
_____    Case number (if known) _____
Name

| | |
|---|---|
| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

GARY PERRY

2030 QUAIL RUN RD.
WYLIE, TX  75098

Date or dates debt was incurred    Aug 2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Expense Report

Is the claim subject to offset?
☐ No
☐ Yes

$ 530.25

---

**3.43** Nonpriority creditor's name and mailing address

RED HAWK

P.O. BOX 677687
DALLAS, TX  75267

Date or dates debt was incurred    July, Aug, Sept 2016

Last 4 digits of account number    1  0  3  5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Security Services

Is the claim subject to offset?
☐ No
☐ Yes

$ 881.04

---

**3.44** Nonpriority creditor's name and mailing address

RACKSPACE

1 FANATICAL PLACE, CITY OF WINDCREST
SAN ANTONIO, TX  78218

Date or dates debt was incurred    Sept 2016

Last 4 digits of account number    8  9  5  8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Email Service

Is the claim subject to offset?
☐ No
☐ Yes

$ 374.00

---

**3.45** Nonpriority creditor's name and mailing address

R R DONNELLEY

208 S. LASALLE ST., SUITE 814
CHICAGO, IL  60604

Date or dates debt was incurred    Feb - Aug 2016

Last 4 digits of account number    4  6  5  1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Data Room Support Services

Is the claim subject to offset?
☐ No
☐ Yes

$ 16,160.40

---

**3.46** Nonpriority creditor's name and mailing address

RSM US LLP

211 E. 7TH ST., SUITE 620
AUSTIN, TX  78701

Date or dates debt was incurred    July 2016

Last 4 digits of account number    6  1  1  5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Great Plains Annual License Fees

Is the claim subject to offset?
☐ No
☐ Yes

$ 9,064.04

---

Debtor   GeoTrace Technologies, Inc.
_____
Name

Case number _(if known)_ __16-36419__

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.47**

**Nonpriority creditor's name and mailing address**

SEG- Soc. of Exploration Geo.

8801 S. YALE, SUITE 500
TULSA, OK  74137

Date or dates debt was incurred   Feb 2016
Last 4 digits of account number   6 2 8 6

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Annual Fees

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,000.00

---

**3.48**

**Nonpriority creditor's name and mailing address**

SAFEGUARD BUSINESS SYSTEMS

301 WELLS FARGO, SUITE C-11
HOUSTON, TX  77090

Date or dates debt was incurred   Feb 2016
Last 4 digits of account number   B 5 Z N

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Check Stock

Is the claim subject to offset?
☐ No
☐ Yes

$ 596.96

---

**3.49**

**Nonpriority creditor's name and mailing address**

SAFESITE INC.

9505 JOHNNY MORRIS RD.
AUSTIN, TX  78724-1527

Date or dates debt was incurred   May - Aug 2016
Last 4 digits of account number   5 3 0 3

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Offsite Storage

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,452.00

---

**3.50**

**Nonpriority creditor's name and mailing address**

BILL SCHROM

1513 HARVARD ST.
HOUSTON, TX  77008

Date or dates debt was incurred   Sept 2016
Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Expense Report

Is the claim subject to offset?
☐ No
☐ Yes

$ 922.13

---

**3.51**

**Nonpriority creditor's name and mailing address**

SESSAN WOODBRANCH INC.

12121 WICKCHESTER LN., SUITE 140
HOUSTON, TX  77079

Date or dates debt was incurred   July - Sept 2016
Last 4 digits of account number   0 2 0 0

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Houston Rent

Is the claim subject to offset?
☐ No
☐ Yes

$ 169,368.39

---

| Debtor | GeoTrace Technologies, Inc. | | Case number *(if known)* | 16-36419 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

A T & T  - Oklahoma

P.O. BOX 5019
CAROL STREAM, IL  60197-5019

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Phone Services

$ 386.19

Date or dates debt was incurred    June - Sept 2016
Last 4 digits of account number    2  4  2  8

Is the claim subject to offset?
☐ No
☐ Yes

**3.53** Nonpriority creditor's name and mailing address

STAPLES ADVANTAGE - DEPT DAL

P.O. BOX 83689
CHICAGO, IL  60696

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Dallas Office Supplies

$ 1,664.52

Date or dates debt was incurred    Feb - Sept 2016
Last 4 digits of account number    7  4  5  7

Is the claim subject to offset?
☐ No
☐ Yes

**3.54** Nonpriority creditor's name and mailing address

STEPHENS OFFICE SUPPLY INC.

7875 NORTHCOURT RD., SUITE 100
HOUSTON, TX  77040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Houston Office Supplies

$ 568.15

Date or dates debt was incurred    May, July - Sept 2016
Last 4 digits of account number    1  5  1  6

Is the claim subject to offset?
☐ No
☐ Yes

**3.55** Nonpriority creditor's name and mailing address

SUPERIOR POWER SOLUTIONS INC.

P.O. BOX 238
PINEHURST, TX  77362-0238

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  5959 Maintenance

$ 832.12

Date or dates debt was incurred    June 2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.56** Nonpriority creditor's name and mailing address

TECHCO GEOPHYSICAL SERVICES

1852 CAYGA DRIVE N.W.
CALGARY, ALBERTA, CANADA  T2L 0N3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SW Maintenance

$ 8,514.00

Date or dates debt was incurred    Mar, June, Sept 2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    GeoFace Technologies, Inc.       Case number *(if known)*   16-36419

Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57**   Nonpriority creditor's name and mailing address

INTENTIONALLY OMITTED

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ INTENTIONALLY OMITTED

---

**3.58**   Nonpriority creditor's name and mailing address

GRANT THORNTON LLP

700 MILIAM STREET, SUITE 300
HOUSTON, TX 77002

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Tax Audit Services

Date or dates debt was incurred    Jan - Mar 2016

Last 4 digits of account number   7 3 8 6

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 22,258.00

---

**3.59**   Nonpriority creditor's name and mailing address

TIDWELL SWAIM & ASSOCIATES

12770 COIT RD., SUITE 700
DALLAS, TX 75251

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Visa Processing Services

Date or dates debt was incurred    July 2016

Last 4 digits of account number   e N E W

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 3,765.00

---

**3.60**   Nonpriority creditor's name and mailing address

LEVEL 3

P.O. BOX 790407
ST. LOUIS, MO 63179

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Data Lines

Date or dates debt was incurred    2016

Last 4 digits of account number   2 4 9 1

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 24,398.94

---

**3.61**   Nonpriority creditor's name and mailing address

LEVEL 3

P.O. BOX 790407
ST. LOUIS, MO 63179

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Data Lines

Date or dates debt was incurred    2016

Last 4 digits of account number   9 7 8 6

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 9,785.28

---

Debtor  GeoTrace Technologies, Inc.
      Name

Case number (if known) 16-36419

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.62** **Nonpriority creditor's name and mailing address**

MUHLIS UNALDI

4410 WESTHEIMER RD., APT. 3246
HOUSTON, TX  77027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Expense Report

**$** 1,665.07

**Date or dates debt was incurred** Sept 2016

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.63** **Nonpriority creditor's name and mailing address**

VERIZON

P.O. BOX 5029
WALLINGFORD, CT  06492

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Dallas Data Lines

**$** 3,246.30

**Date or dates debt was incurred** Sept 2016

**Last 4 digits of account number** 9 2 7 0

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.64** **Nonpriority creditor's name and mailing address**

VISION SERVICE PLAN

P.O. BOX 742788
LOS ANGELES, CA  90074

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

**$** 749.52

**Date or dates debt was incurred** Sept 2016

**Last 4 digits of account number** 0 0 0 1

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.65** **Nonpriority creditor's name and mailing address**

WIRED ZONE PROPERTY, LPXEROX CORP

6060 N. CENTRAL EXPRESSWAY, STE 101
DALLAS TX  75206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 5959 Rent

**$** 95,055.31

**Date or dates debt was incurred** June - Sept 2016

**Last 4 digits of account number** 0 1 9 4

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.66** **Nonpriority creditor's name and mailing address**

XEROX CORP

45 GLOVER AVENUE
NORWALK, CT  06856-4505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Printer Services

**$** 44.85

**Date or dates debt was incurred** Sept - Oct 2016

**Last 4 digits of account number** 2 1 1 7

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   GeoTrace Technologies, Inc.
         _____        Case number _(if known)_ _____
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.⁶⁷** **Nonpriority creditor's name and mailing address**

CHUBB & SON INSURANCE
_____

1999 BRYAN ST., SUITE 900
_____
DALLAS, TX  75201-3136

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _Annual Auto Premium_

$ 1,962.00

Date or dates debt was incurred   Sept 2016

Last 4 digits of account number   0  0  1  C

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___** **Nonpriority creditor's name and mailing address**

_____
_____
_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___** **Nonpriority creditor's name and mailing address**

_____
_____
_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___** **Nonpriority creditor's name and mailing address**

_____
_____
_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___** **Nonpriority creditor's name and mailing address**

_____
_____
_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor          GeoTrace Technologies, Inc.                    Case number (*if known*)    16-36419
                _____               _____
                Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 727,287.86 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,230,782.87 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,958,070.73 |

GeoTrace Technologies, Inc.
Case No. 16-36419

Schedule of Former Employee Claims

**GEOTRACE TECHNOLOGIES, INC.**
**PRIORITY UNSECURED CREDITORS - EMPLOYEES**

| | NAME | OCT 2016 GROSS PAYROLL | SEPT 2016 COMMISSIONS | ACCRUED VACATION MAY - OCT 2016 | PRIORITY CLAIM | TOTAL ACCRUED VACATION YTD 10/27/16 | TOTAL CLAIM | GENERAL UNSECURED CLAIM [TOTAL - PRIOR.] |
|---|---|---|---|---|---|---|---|---|
| 1 | AARON ADAMS | $ 11,410.40 | $ - | $ 1,711.54 | $ 12,850.00 | $ 12,836.54 | $ 24,246.95 | $ 11,396.95 |
| 2 | BRIAN ADAMS | 7,051.38 | 1,065.40 | 3,173.08 | 11,289.87 | 3,173.08 | 11,289.87 | - |
| 3 | STACY BAKER | 3,195.86 | - | 179.99 | 3,375.85 | 2,406.83 | 5,602.69 | 2,226.83 |
| 4 | DALE DEVON BAPTISTE | 10,096.28 | - | 4,034.42 | 12,850.00 | 10,234.47 | 20,330.75 | 7,480.75 |
| 5 | REBECCA LYNN BUEHNER | 4,459.98 | 743.50 | 133.80 | 5,337.28 | 5,485.72 | 10,689.20 | 5,351.93 |
| 6 | ROBERT BURGER | 3,998.82 | - | - | 3,998.82 | 2,037.12 | 6,035.94 | 2,037.12 |
| 7 | JANELL CANTU | 3,507.00 | - | 1,260.05 | 4,767.05 | 2,239.81 | 5,746.81 | 979.76 |
| 8 | ELIZABETH K. CARLISLE | 8,333.44 | 875.00 | 1,750.00 | 10,958.45 | 11,750.01 | 20,958.45 | 10,000.01 |
| 9 | DAVID RUSSELL CREATH | 6,153.92 | - | 2,030.77 | 8,184.69 | 8,953.85 | 15,107.76 | 6,923.08 |
| 10 | TRI DUONG | 4,938.52 | - | 2,222.31 | 7,160.83 | 8,148.46 | 13,086.98 | 5,926.15 |
| 11 | MICHAEL FLEMING | 9,294.98 | - | 5,575.53 | 12,850.00 | 20,443.62 | 29,738.60 | 16,888.60 |
| 12 | DALE E. FLENTHROPE | 5,429.56 | 571.50 | 2,443.27 | 8,444.34 | 8,958.66 | 14,959.73 | 6,515.39 |
| 13 | TONY L FUNG | 2,466.55 | - | 798.45 | 3,265.00 | 2,889.64 | 5,356.18 | 2,091.18 |
| 14 | PATRICIA GENTRY | 6,282.14 | - | 2,826.93 | 9,109.07 | 10,365.40 | 16,647.55 | 7,538.47 |
| 15 | JOHN GILLOOLY | 4,807.74 | 1,667.24 | 575.48 | 7,050.46 | 1,295.91 | 7,770.89 | 720.43 |
| 16 | FRED GOSS | 3,097.99 | - | - | 3,097.99 | 3,624.66 | 6,722.65 | 3,624.66 |
| 17 | MICHELLE GRAHAM | 2,435.13 | - | 1,155.05 | 3,590.17 | 3,514.04 | 5,949.16 | 2,358.99 |
| 18 | JAY M GULLY | 5,624.44 | 3,844.87 | 1,181.12 | 10,650.43 | 7,930.36 | 17,399.67 | 6,749.24 |
| 19 | VU ANH HA | 5,128.28 | - | - | 5,128.28 | 2,146.16 | 7,274.44 | 2,146.16 |
| 20 | ANDRE HAMILTON | 6,410.34 | 2,212.56 | 1,730.77 | 10,353.67 | 8,269.24 | 16,892.13 | 6,538.47 |
| 21 | KEVIN J. HELLMAN | 10,564.22 | - | 2,852.31 | 12,850.00 | 10,458.47 | 21,022.69 | 8,172.69 |
| 22 | BRIAN JAMES | 3,737.22 | 300.00 | 317.31 | 4,354.53 | 3,966.35 | 8,003.57 | 3,649.04 |
| 23 | BRIAN JOINER | 4,348.84 | - | 1,107.66 | 5,456.30 | 6,030.60 | 10,379.24 | 4,922.94 |
| 24 | CALVIN L. JOYNER | 8,974.48 | - | 807.69 | 9,782.18 | 11,576.94 | 20,551.42 | 10,769.24 |
| 25 | DILLON LAFOY | 4,807.74 | 512.50 | 1,298.08 | 6,618.31 | 7,067.31 | 12,387.55 | 5,769.23 |
| 26 | FRANK LANDERS | 3,886.70 | - | 732.60 | 4,619.30 | 915.75 | 4,802.45 | 183.15 |
| 27 | TOM LANGSTON | 13,461.70 | - | 5,250.00 | 12,850.00 | 13,528.85 | 26,990.55 | 14,140.55 |
| 28 | BEN LASSCOCK | 10,464.20 | - | 4,442.31 | 12,850.00 | 7,551.93 | 18,016.13 | 5,166.13 |
| 29 | JOEL LATCHMAN | 5,384.68 | - | 403.85 | 5,788.52 | 5,250.00 | 10,634.68 | 4,846.15 |
| 30 | ANDREW LEWIS | 5,641.10 | 106.20 | 1,690.62 | 7,437.91 | 6,195.54 | 11,942.84 | 4,504.93 |
| 31 | WAY MATHEWS | 6,381.56 | - | 1,425.64 | 7,807.21 | 6,089.54 | 12,471.10 | 4,663.90 |
| 32 | BARBARA MOORE | 4,297.80 | 1,187.95 | 1,337.98 | 6,823.73 | 4,987.03 | 10,472.77 | 3,649.04 |
| 33 | WILLIAM MUSA | 5,128.28 | 423.25 | 461.54 | 6,013.07 | 6,153.86 | 11,705.39 | 5,692.32 |
| 34 | NICOLA PAPP | 10,597.24 | - | - | 10,597.24 | 12,873.91 | 23,471.15 | 12,873.91 |
| 35 | KELLY PATE | 2,583.00 | - | 321.25 | 2,904.25 | 3,491.70 | 6,074.70 | 3,170.46 |
| 36 | GARY PERRY | 10,256.54 | - | 2,153.85 | 12,410.39 | 11,384.62 | 21,641.16 | 9,230.77 |
| 37 | TUNA ALTAY SANSAL | 5,128.28 | 106.20 | 306.15 | 5,540.64 | 2,964.62 | 8,199.11 | 2,658.47 |
| 38 | WILLIAM SCHROM | 19,231.00 | - | 8,653.85 | 12,850.00 | 30,288.46 | 49,519.46 | 36,669.46 |
| 39 | MATTHEW SITTON | 2,038.56 | - | 96.06 | 2,134.62 | 576.35 | 2,614.91 | 480.29 |
| 40 | MUHLIS UNALDI | 5,128.28 | - | 1,229.23 | 6,357.52 | 3,993.85 | 9,122.14 | 2,764.62 |
| 41 | DIANE UNGER | 3,533.36 | - | 1,300.00 | 4,833.36 | 5,100.01 | 8,633.37 | 3,800.01 |
| 42 | DEBORAH WALKER | 11,218.08 | - | 5,048.06 | 12,850.00 | 18,509.60 | 29,727.69 | 16,877.69 |
| 43 | STUART WALLER | 5,913.52 | 1,058.13 | 2,661.06 | 9,632.71 | 9,757.21 | 16,728.86 | 7,096.15 |
| 44 | AARON WHITAKER | 3,737.22 | 298.69 | 740.39 | 4,776.29 | 4,971.16 | 9,007.07 | 4,230.78 |
| 45 | FRED WHITE | 4,807.74 | - | 1,440.87 | 6,248.60 | 1,921.15 | 6,728.89 | 480.29 |
| 46 | BRIAN WILLIAMS | 7,403.93 | 692.40 | 3,331.73 | 11,428.06 | 12,216.35 | 20,312.68 | 8,884.62 |
| 47 | MIN XU | 6,730.84 | - | 2,017.21 | 8,748.05 | 5,504.42 | 12,235.26 | 3,487.21 |
| 48 | WENDY YOUNG | 3,604.00 | - | - | 3,604.00 | 1,604.64 | 5,208.64 | 1,604.64 |
| 49 | DAVID ZERWIN | 4,230.82 | - | 1,903.85 | 6,134.66 | 6,980.77 | 11,211.59 | 5,076.92 |
| | TOTALS | $ 307,343.49 | $ 15,665.39 | $ 86,113.69 | $ 378,613.68 | $ 358,614.57 | $ 681,623.44 | $ 303,009.77 |

**Fill in this information to identify the case:**

Debtor name __Geotrace Technologies, Inc.__

United States Bankruptcy Court for the: __Southern__   District of   __Texas__
(State)

Case number (If known): __16-36419__   Chapter __7__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Leased Equipment-Sch #22 | Dell Financial Services LP |
| | | | 12234 N. IH-35 |
| | State the term remaining | 11 months | Austin, TX  78753 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Leased Equipment-Sch #1A | HP Financial Services Co. |
| | | | 200 Connell Drive |
| | State the term remaining | 13 months | Suite 5000 |
| | List the contract number of any government contract | | Berkeley Heights, NJ  07922 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Leased Equipment-Sch #3 | HP Financial Services Co. |
| | | | 200 Connell Drive |
| | State the term remaining | 5 months | Suite 5000 |
| | List the contract number of any government contract | | Berkeley Heights, NJ  07922 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Leased Equipment-Sch #5 | HP Financial Services Co. |
| | | | 200 Connell Drive |
| | State the term remaining | 7 months | Suite 5000 |
| | List the contract number of any government contract | | Berkeley Heights, NJ  07922 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Leased Equipment | ZENO DIGITAL SOLUTIONS LLC |
| | | | 10688 HADDINGTON DRIVE |
| | State the term remaining | 6 MONTHS | HOUSTON, TX  77043 |
| | List the contract number of any government contract | | |

Debtor <u>GEOTRACE TECHNOLOGIES, INC.</u>
Name

Case number *(if known)* <u>16-36419</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6** State what the contract or lease is for and the nature of the debtor's interest

Leased Equipment-Sch #12

State the term remaining 13 months

List the contract number of any government contract

CSI LEASING INC.
9990 OLD OLIVE STREET ROAD
SUITE 101
SAINT LOUIS, MO 63141

**2.7** State what the contract or lease is for and the nature of the debtor's interest

Leased Equipment (2.15.14)

State the term remaining 5 months

List the contract number of any government contract

N-VINT INC.
3240 HANNA LAKE IND. DR. SE
CALEDONIA, MI 49316

**2.8** State what the contract or lease is for and the nature of the debtor's interest

Leased Equipment (4.17.14)

State the term remaining 2 months

List the contract number of any government contract

N-VINT INC.
3240 HANNA LAKE IND. DR. SE
CALEDONIA, MI 49316

**2.9** State what the contract or lease is for and the nature of the debtor's interest

Leased Equipment (10.0.15)

State the term remaining 12 months

List the contract number of any government contract

N-VINT INC.
3240 HANNA LAKE IND. DR. SE
CALEDONIA, MI 49316

**2.10** State what the contract or lease is for and the nature of the debtor's interest

FACILITY LEASE

State the term remaining 36 months

List the contract number of any government contract

JP PALISADES II, LLC
2435 N. CENTRAL EXPY.
SUITE 1650
RICHARDSON, TX 75080-2788

**2.11** State what the contract or lease is for and the nature of the debtor's interest

FACILITY LEASE

State the term remaining 35 months

List the contract number of any government contract

SESSAN WOODBRANCH INC.
12121 WICKCHESTER LN.
SUITE 140
HOUSTON, TX 77079

**2.12** State what the contract or lease is for and the nature of the debtor's interest

FACILITY LEASE

State the term remaining 53 months

List the contract number of any government contract

WIRED ZONE PROPERTY LP
5959 CORPORATE DR.
#1500
HOUSTON, TX 77036

Debtor   GEOTRACE TECHNOLOGIES, INC.                    Case number (if known) 16-36419
_____Name_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.13**
State what the contract or lease is for and the nature of the debtor's interest — REVENUE CONTRACT / SMS #410-0897

State the term remaining — 120 days

List the contract number of any government contract —

Chesapeake Energy Corporation
6100 N. Western
Oklahoma City, OK 73118
Attn: Mike Lovell

**2.14**
State what the contract or lease is for and the nature of the debtor's interest — REVENUE CONTRACT / SMS #410-0870

State the term remaining — 30 days

List the contract number of any government contract —

Magnolia Petroleum
3811 Turtle Creek Blvd, Ste 1900
Dallas, TX 75219
Attn: Rus Richards

**2.15**
State what the contract or lease is for and the nature of the debtor's interest — REVENUE CONTRACT / SMS #410-0894

State the term remaining — 5 days

List the contract number of any government contract —

Continental Resources
20 N Broadway
Oklahoma City, OK 73102
Attn: Paul Constance

**2.16**
State what the contract or lease is for and the nature of the debtor's interest — REVENUE CONTRACT / SMS #410-0874

State the term remaining — 60 days

List the contract number of any government contract —

Silver Hill Energy Partners
5949 Sherry Lane, suite 1550
Dallas, TX 75225
Attn: Matt Huhnke

**2.17**
State what the contract or lease is for and the nature of the debtor's interest — REVENUE CONTRACT / SMS #415-0897

State the term remaining — 83 DAYS

List the contract number of any government contract —

Chesapeake Energy
P O Box 548806
Oklahoma City, OK 73154
Attn: Mark Falk

**2.18**
State what the contract or lease is for and the nature of the debtor's interest — REVENUE CONTRACT / SMS #415-0870

State the term remaining — contract complete not 100% invd.

List the contract number of any government contract —

RPM Exploration

**2.19**
State what the contract or lease is for and the nature of the debtor's interest — REVENUE CONTRACT / SMS #415-0894

State the term remaining — 3 DAYS

List the contract number of any government contract —

Magnolia Petroleum
3811 Turtle Creek Blvd, Suite 1900
Dallas, TX 75219
Attn: Kyle Burnett

Debtor   GEOTRACE TECHNOLOGIES, INC.                    Case number (if known) 16-36419
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | REVENUE CONTRACT  SMS #415-0874 | American Energy |
| | State the term remaining | 20 DAYS | |
| | List the contract number of any government contract | | |

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | REVENUE CONTRACT  SMS #510-0582 | E&B Resources  1600 Norris Rd  Bakersfield CA 93308 |
| | State the term remaining | 2 DAYS | Attn: Chet Pohle |
| | List the contract number of any government contract | | |

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | REVENUE CONTRACT  SMS #510-083 | E&B Resources  1600 Norris Rd  Bakersfield CA 93308 |
| | State the term remaining | 3 DAYS | Attn: Chet Pohle |
| | List the contract number of any government contract | | |

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | REVENUE CONTRACT  SMS #510-0590 | Oxy USA Inc.  5 Greenway Plaza  Suite 110 |
| | State the term remaining | 4 DAYS | Houston, Tx 77046-0521 |
| | List the contract number of any government contract | | Attn: Jeffrey Thompson |

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | REVENUE CONTRACT  SMS #510-0594 | Oxy USA Inc.  5 Greenway Plaza  Suite 110 |
| | State the term remaining | 8 DAYS | Houston, Tx 77046-0521 |
| | List the contract number of any government contract | | Attn: Jeffrey Thompson |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | REVENUE CONTRACT  SMS #510-0597 | Oxy USA Inc.  5 Greenway Plaza  Suite 110 |
| | State the term remaining | 18 DAYS | Houston, Tx 77046-0521 |
| | List the contract number of any government contract | | Attn: Jordon Nolan, Chris Taylor |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | REVENUE CONTRACT  SMS #510-0600 | Laredo Energy Operating, LLC  City Centre Four  840 West Sam Houston Pkwy N Suite 400 |
| | State the term remaining | 7 DAYS | Houston, Texas  77024 |
| | List the contract number of any government contract | | Attn: John  Hennessy |

Debtor   GEOTRACE TECHNOLOGIES, INC.                          Case number (if known) 16-36419
_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.27**

State what the contract or lease is for and the nature of the debtor's interest: REVENUE CONTRACT
SMS #420-0785

State the term remaining: 25 DAYS

List the contract number of any government contract:

Oxy USA Inc.
5 Greenway Plaza
Suite 110
Houston, Tx 77046-0521
Attn: Jeffrey Thompson

**2.28**

State what the contract or lease is for and the nature of the debtor's interest: REVENUE CONTRACT
SMS #420-0787

State the term remaining: 21 DAYS

List the contract number of any government contract:

Oxy USA Inc.
5 Greenway Plaza
Suite 110
Houston, Tx 77046-0521
Attn: Jordon Nolan, Chris Taylor

**2.29**

State what the contract or lease is for and the nature of the debtor's interest: REVENUE CONTRACT
SMS #420-0790

State the term remaining: 35 DAYS

List the contract number of any government contract:

Glacier Oil
202 Travis Street
Suite 407
Houston, Tx 77002
Attn: Dan Morris

**2.30**

State what the contract or lease is for and the nature of the debtor's interest: Letter of Intent, dated Nov. 8, 2016

State the term remaining: N/A

List the contract number of any government contract:

GeoKinetics, Inc.
1500 CityWest Blvd., Suite 800
Houston, TX 77042

**2.31**

State what the contract or lease is for and the nature of the debtor's interest: Software License Agreement, dated Nov. 23, 2016

State the term remaining: March 23, 2017

List the contract number of any government contract:

GeoKinetics, Inc.
1500 CityWest Blvd. Suite 800
Houston, TX 77042

**2.32**

State what the contract or lease is for and the nature of the debtor's interest: Use of License Fee Agreement, dated Nov. 30, 2016

State the term remaining: N/A

List the contract number of any government contract:

Silicon Valley Bank
380 Interlocken Crescent, Suite 600
Broomfield, CO 80021

**2._**

State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

Fill in this information to identify the case:

Debtor name __Geotrace Technologies, Inc.__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number (If known): __16-36419__

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | | | Column 2: Creditor | |
|---|---|---|---|---|---|
| **Name** | **Mailing address** | | | **Name** | Check all schedules that apply: |
| 2.1  GTHC Holding Corp. | 12141 Wickchester Lane | | | Geokinetics, Inc. | ☒ D |
| | Street | | | | ☐ E/F |
| | Suite 200 | | | | ☐ G |
| | Houston | TX | 77079 | | |
| | City | State | ZIP Code | | |
| 2.2 | | | | | ☐ D |
| | Street | | | | ☐ E/F |
| | | | | | ☐ G |
| | City | State | ZIP Code | | |
| 2.3 | | | | | ☐ D |
| | Street | | | | ☐ E/F |
| | | | | | ☐ G |
| | City | State | ZIP Code | | |
| 2.4 | | | | | ☐ D |
| | Street | | | | ☐ E/F |
| | | | | | ☐ G |
| | City | State | ZIP Code | | |
| 2.5 | | | | | ☐ D |
| | Street | | | | ☐ E/F |
| | | | | | ☐ G |
| | City | State | ZIP Code | | |
| 2.6 | | | | | ☐ D |
| | Street | | | | ☐ E/F |
| | | | | | ☐ G |
| | City | State | ZIP Code | | |

**Fill in this information to identify the case and this filing:**

Debtor Name   GeoTrace Technologies, Inc.

United States Bankruptcy Court for the:   Southern   District of   Texas
(State)

Case number (if known):   16-36419

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  *Amended Schedule* ____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/30/2016
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

John A. Downer
Printed name

Former Acting Chairman
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors