**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 26, 2023
Nathan Ochsner, Clerk

In Re:  Geotrace Technologies, Inc.

**Debtor(s)**

Case No.: 16–36419

Chapter: 7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Allison D Byman is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 9/26/23

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge